IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:08cv125/RS/MD |
| | ) |
| THE INTERNAL REVENUE SERVICE, | ) |
| C. NICHOLS, R.A. MITCHELL, | ) |
| and AS-YET UNNAMED IRS | ) |
| AGENTS/OFFICERS, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Northern District of Florida, Orlando Division, the United States of America, through Gregory R. Miller, United States Attorney for the Northern District of Florida, shows as follows:

1. An action against the United States has been filed in the Circuit Court in the First Judicial Circuit in and for Escambia County, Florida, Civil Action No. 2008 CA 000671. Copies of all the papers that have been made known to the United States are attached hereto as composite <u>Exhibit A</u>.

2. The foregoing constitutes an action which is removable to this Court pursuant to 28 U.S.C. §§ 1441, 1442 or 1444.

3. Without waiving any defenses related to service of process, Defendant C. Nichols received a copy of the Summons in connection with Plaintiff's Complaint on March 12, 2008. Neither the United States Attorney nor the United States Attorney General have received

service as required under 28 U.S.C. § 2410(b). Removal of this matter is timely under 28 U.S.C. § 1446(b).

4.     A copy of this notice will be filed with the Clerk of Court, Circuit Court of the First Judicial Circuit in and for Escambia County, Florida, pursuant to 28 U.S.C. § 1446(d), promptly after filing the original of this notice in this Court. The United States will request the clerk of that court to provide true and legible copies of all records and proceedings on file in that court to the United States to be filed with this Court, as contemplated by 28 U.S.C. § 1447(b).

WHEREFORE, this civil action now pending in the Circuit Court in the First Judicial Circuit in and for Escambia County, Florida, is removed to the United States District Court for the Northern District of Florida, Pensacola Division.

Dated: March 24, 2008.

Respectfully Submitted,

GREGORY R. MILLER
United States Attorney

Katherine Walsh
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044
Telephone (202) 353-7205
Katherine.Walsh@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF REMOVAL was furnished by first class mail on March 24, 2008, to the following:

WARD DEAN
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, FL 32509-5127

*Katherine Walsh*
Katherine Walsh
Trial Attorney, Tax Division
U.S. Department of Justice

# Exhibit A

IN THE CIRCUIT COURT, FIRST JUDICIAL CIRCUIT, ESCAMBIA COUNTY, FLORIDA

WARD DEAN
  PLAINTIFF,

VS.                                    CASE NO: 2008 CA 000671
                                       DIVISION:   N

INTERNAL REVENUE SERVICE, et al.
  DEFENDANTS,

## SUMMONS
### PERSONAL SERVICE ON A NATURAL PERSON

TO DEFENDANT:

  C. NICHOLS

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint or petition with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Petitioner or Plaintiff's/Petitioner's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Petitioner or Plaintiff's/Petitioner's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Petitioner or Plaintiff's/Petitioner's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

WARD DEAN, 06076-017
FEDERAL PRISON CAMP
110 RABY AVENUE
PENSACOLA, FL 32509-5127

110 RABY AVENUE
ith the Americans With Disabilities Act, if you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Chad High at 190 Governmental Center, Pensacola, FL 32502, telephone (850) 595-4170 within 2 working days of your receipt of this summons. If you are voice or hearing impaired, dial 711.

PLAINTIFF/PETITIONER OR PLAINTIFF'S/PETITIONER'S ATTORNEY
THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the Complaint or Petition in this lawsuit on the above-named Defendant.

DATED on: March 3, 2008

ERNIE LEE MAGAHA
CLERK OF THE CIRCUIT COURT

By: _____
              DEPUTY CLERK

Dkt ID: "00018178597"    Case: 2008 CA 000671

CIRCUIT COURT

ESCAMBIA COUNTY, FLORIDA

Ward Dean
    Plaintiff

v.                      Case No.: _____

The Internal Revenue Service,
"C. Nichols," "R.A. Mitchell,"
and as-yet unnamed IRS agents/
officers
    Defendants

125 W. Romana Street
Suite 300
Pen. FL. 32502

## COMPLAINT

1. Plaintiff Ward Dean brings this action against the agents (named and unnamed) who perpetrated the wrongful acts described herein, the agents' supervisors who authorized or allowed said agents to perform such acts, and the agency by which said agents were employed, which routinely condones such acts.

### JURISDICTION AND VENUE

2. This court has jurisdiction pursuant to the Florida Uniform Federal Lien Registration Act, FS 713.901, the Florida Uniform Commercial Code, especially FS 679.4021, FS 679.4031, FS 679.5011, FS 679.5021, FS 679.5031, and FS 679.509, and the Florida Criminal Code, FS 843.0855 ("Criminal actions under color of law or through use of simulated legal process"), as well as 26 U.S.C. §§ 6321, 6323(f), 6331, 7403, and 7608.

3. Venue is proper in this county pursuant to FS 47.011, because property that is the subject of this litigation is located in Escambia County; and possibly pursuant to FS 47.021, as well, as discovery may disclose that one or more of the named and as-yet unnamed defendants are residents of Escambia county.

## PARTIES

4. Plaintiff is a natural person whose residence is in Escambia county, although he is currently a federal inmate at Federal Prison Camp, Pensacola, at Saufley Field.

5. Defendant Internal Revenue Service is nominally a subsidiary agency of the U.S. Treasury, and defendants "C. Nichols" and "R.A. Mitchell" and other as-yet unnamed entities are purported to be agents/employees/officers of the defendant Internal Revenue Service.

## FACTS AND NATURE OF ACTION

6. On November 22nd, 2006, Defendants issued, or caused to be issued, and had recorded on December 5th, 2006, in Escambia county, Florida, a Notice of Federal Tax Lien (NFTL), in the amount of $61,981.10, a copy of which is attached hereto as Exhibit A, and is hereby made a part hereof.

7. On September 19th, 2007, Defendants issued, or caused to be issued, and had recorded on October 2nd, 2007, in Escambia county, Florida, a Notice of Federal Tax Lien (NFTL), in the amount of $2,512,258.43, a copy of which is attached hereto as Exhibit B, and is hereby made a part hereof.

8. In order to ascertain the authority and legitimacy of the alleged preparer ("C. Nichols") and signatory/approving officer ("R. A. Mitchell") of the subject NFTLs, Plaintiff requested information

2

regarding these two entities pursuant to 5 U.S.C. § 293.311, and 5 U.S.C. § 552(a) (Freedom of Information Act) (Exhibit C).

9. Plaintiff was advised by the Internal Revenue Service Disclosure Office that no information required to be released to the public regarding "C. Nichols" and "R.A. Mitchell" was available (Exhibit D).

10. Liens or NFTLs filed by IRS agents must be filed in compliance with the requirements of the Florida Uniform Commercial Code (UCC), Florida Statutes Chapter 679 (FS 679.5011, FS 679.5021, FS 679.5031, and FS 679.509).

11. 26 U.S.C. § 7403, Action to enforce lien...," defines how a lien and/or levy is made and filed. Section 7403(a) states that:

> [T]he Attorney General or his delegate, at the request of the Secretary, may direct a civil action to be filed in a district court of the United States under this title with respect to such tax or liability....

12. Florida Real and Personal Property Code, FS 713.901(3)(a) and (c) require that NFTLs filed in the state of Florida be accompanied by appropriate court order, judgment and certification.

13. Defendants filed and recorded subject NFTLs without delegated authority from the Secretary of the Treasury, in violation of 26 U.S.C. § 7403(a) and FS 679.509.

14. Defendants caused to have subject NFTLs filed and recorded with the Escambia County clerk without the appropriate court orders, judgments or certificates.

15. Internal Revenue Agents have not been delegated authority to file NFTLs.

16. Such authority has been delegated by the Secretary of the Treasury to the Financial Management Service (FMS), not the IRS (Exhibit E).

3

17. Plaintiff avers that no request as required by 26 U.S.C. § 7403 (a) was made by the Secretary of the Treasury (or his delegate) to the Attorney General or his delegate.

18. Plaintiff further avers that no delegate of the Attorney General has brought a civil action in a district court of the United States to enforce any lien(s) as required by 26 U.S.C. § 7403 (a).

19. FS 843.0855, Criminal actions under color of law or through use of simulated legal process, makes it a felony of the third degree for any person to deliberately impersonate or falsely act as a public officer or employee, in connection with or relating to any legal process affecting persons and property.

20. Plaintiff avers that the real persons hiding behind "C. Nichols" and "R.A. Mitchell," are in violation of FS 843.0855.

21. Plaintiff avers that the subject NFTLs are both legally deficient and fraudulent.

22. Plaintiff further avers that his property has been wrongfully clouded by the reckless and illegal actions of the Defendants and unknown others.

23. Plaintiff avers that whoever prepared and filed the subject NFTLs in this case did so willfully and fraudulently, in violation of FS 679.5011, FS 679.5021, FS 679.5031, FS 679.509, FS 713.901, and FS 843.0855, as well as 26 U.S.C. §§ 6321, 6323(f), 6331, 7403, and 7608.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests this honorable court to:

(1) Vacate the subject <u>Notices of Federal Tax Lien</u> from Plaintiff's property; and

(2) Refer this case, as appropriate, to the State Attorney, for investigation and possible criminal prosecution for violations of FS 843.0855.

Pursuant to 28 U.S.C. § 1764, I declare under penalty of perjury that the foregoing is true and correct. Executed on 25 February, 2008.

Respectfully submitted,

Ward Dean
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, Florida  32509-5127
Pro Se

Ruth B. Dunnavant, Case Manager,
Authorized by the Act of July 7, 1955,
as amended, to administer oaths,
(18 USC 4004)
Federal Prison Camp
110 Raby Avenue
Pensacola, Fl. 32509

| Residence | 8799 BURNING TREE RD |
| --- | --- |
| | PENSACOLA, FL 32514 |

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
| --- | --- | --- | --- | --- | --- |
| 1040 | 12/31/1996 | XXX-XX-2485 | 04/24/2000 | 05/24/2010 | 59980.52 |
| 6682 | 12/31/2001 | XXX-XX-2485 | 07/01/2002 | 07/31/2012 | |
| 6682 | 12/31/2001 | XXX-XX-2485 | 07/08/2002 | 08/07/2012 | 1000.58 |
| 6702 | 12/31/1997 | XXX-XX-2485 | 04/03/2000 | 05/03/2010 | 500.00 |
| 6702 | 12/31/1998 | XXX-XX-2485 | 11/27/2000 | 12/27/2010 | 500.00 |

Place of Filing
CLERK OF CIRCUIT COURT
ESCAMBIA COUNTY
PENSACOLA, FL 32595

Total $ 61981.10

This notice was prepared and signed at JACKSONVILLE, FL, on this, the 22nd day of November, 2006.

Signature R. A. Mitchell
for C. NICHOLS

Title REVENUE OFFICER
(850) 430-1110 x1100

23-09-2414

(NOTE: Certificate of officer authorized by law to take acknowledgement is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)

Recorded in Public Records 10/02/2007 at 01:29 PM OR Book 6227 Page 832, Instrument #2007094265, Ernie Lee Magaha Clerk of the Circuit Court Escambia County, FL Recording $10.00

4811

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

**Area:** SMALL BUSINESS/SELF EMPLOYED AREA #3
Lien Unit Phone: (800) 913-6050

**Serial Number:** 392540607

**For Optional Use by Recording Office**

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer:** WARD DEAN

**Residence:** 8799 BURNING TREE RD
PENSACOLA, FL 32514

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 250593.56 |
| 1040 | 12/31/1998 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 442431.65 |
| 1040 | 12/31/1999 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 226212.69 |
| 1040 | 12/31/2000 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 208005.76 |
| 1040 | 12/31/2001 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 217112.74 |
| 1040 | 12/31/2002 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 242291.54 |
| 1040 | 12/31/2003 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 289191.24 |
| 1040 | 12/31/2004 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 322707.85 |
| 1040 | 12/31/2005 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 313711.40 |

**Place of Filing**
CLERK OF CIRCUIT COURT
ESCAMBIA COUNTY
PENSACOLA, FL 32595

**Total** $ 2512258.43

This notice was prepared and signed at JACKSONVILLE, FL, on this, the 19th day of September, 2007.

**Signature:** R.A. Mitchell for C. NICHOLS
**Title:** REVENUE OFFICER 23-09-2414
(850) 430-1110 x1100

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Tax Lien against my property (Attached Exhibits A and B).

The Internal Revenue Manual (IRM), Chapter 12, "Federal Tax Liens," Section 1, ¶ 5.12.1.3 (02-22-2000) Approval Process, states, "1. A determination to file a Notice of Federal Tax Lien by revenue officers below GS-9 must be reviewed and approved by the supervisor prior to the notice actually being filed."

Pursuant to the Freedom of Information Act, as well as 5 C.F.R. § 293.311 Availability of Information, please send me the six items of information enumerated by § 293.311, with regard to the revenue officer who made the determination to file the enclosed Notices of Federal Tax Lien.

Also, if the responsible revenue officer is below GS-9, please send me the same enumerated items of information for the supervisor who reviewed and approved the filing of the enclosed Notices of Federal Tax Lien, as well as a copy of any documents by which the supervisor signified his review and approval of these Notices/Liens.

Thank you for your help.

Purusant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 17 October, 2007.

Sincerely,

Ward Dean
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

Ward Dean
06076-017
Federal Prison Camp
110 Raby Avenue
Pensacola, Florida 32509-5127

Ex C

### 1.2.40.21  (05-15-2002)
### Delegation Order 29 (Rev. 5)

1. **Certification and Approval of Internal Revenue Collections**
2. **Authority:** To certify and approve as accountable officers Internal Revenue collections in such manner and on such forms as the Financial Management Service of the Department of the Treasury shall designate and/or require pursuant to the provisions of the Treasury Financial Manual, and all amendments and revisions thereof, and to designate in writing employees of the Internal Revenue Service under their supervision who have authority to do the same.
3. **Delegated to:** Commissioners, Wage and Investment and Small Business/Self Employed Divisions; the Chief Financial Officer; and the field Submission Processing Directors.
4. **Redelegation:** Except as provided below, the authority described in paragraph 1 may not be redelegated. The Chief Financial Officer may redelegate the authority to designate officers and employees for the purpose described in paragraph 1, but designates identified pursuant to such redelegated authority may not be below the branch level.
5. **Source of Authority:** Treasury Order 150-08
6. To the extent that the authority previously exercised consistent with this Order may require ratification, it is hereby approved and ratified. This Order supersedes Delegation Order No. 29 (Rev. 4), effective October 4, 1990.
7. **Signed:** Bob Wenzel, Deputy Commissioner

**Escambia County Florida Clerk of the Circuit Court**
**Courtviewer Records Search**

### CASE

| | |
| --- | --- |
| Case Number 2008 CA 000671 | Case Judge RASMUSSEN, PAUL A |
| Case Type CIRCUIT CIVIL | File Date 2/29/2008 |
| Case Action Code OTHER CIRCUIT CIVIL | Case Status OPEN |

### PARTIES

| Rcd | Party Type | Name | Race | Gender | D.O.B. / D.O.D. |
| --- | --- | --- | --- | --- | --- |
| 1 | Plaintiff | DEAN, WARD | | | |
| 2 | Defendant | INTERNAL REVENUE SERVICE | | | |
| 3 | Defendant | NICHOLS, C. | | | |
| 4 | Defendant | MITCHELL, R. A. | | | |

### CHARGES

None

### DISPOSITIONS

| Rcd | Status | Status Date | Disposition Code | Disp Date | Judge |
| --- | --- | --- | --- | --- | --- |
| 1 | OPEN | 2/29/2008 | Undisposed | | RASMUSSEN, PAUL A |

### DOCKETS

| Rcd | Date | Description | Document Tag # |
| --- | --- | --- | --- |
| 1 | 2/29/2008 | COMPLAINT/PETITION FILED | 1 |
| 2 | 2/29/2008 | CIRCUIT CIVIL FILING FEE Receipt: 858293 Date: 02/29/2008 | |
| 3 | 2/29/2008 | COPIES/CERTIFICATIONS Receipt: 858293 Date: 02/29/2008 | |
| 4 | 3/3/2008 | SUMMONS ISSUED | |
| | | CRCIVIL SUMMONS w/barcd<br>Sent on: 03/03/2008 14:34:38 | 3 |
| 5 | 3/3/2008 | SUMMONS ISSUED | |
| | | CRCIVIL SUMMONS ON NATURAL PERSON w/barcd<br>Sent on: 03/03/2008 14:37:04 | 4 |
| 6 | 3/12/2008 | SUMMONS RETURNED NOT SERVED (R A MITCHELL) | 5 |
| 7 | 3/12/2008 | SUMMONS RETURNED SERVED (C NICHOLS) | 6 |
| 8 | 3/12/2008 | SUMMONS RETURNED SERVED (INTERNAL REVENUE SERVICE) | 7 |

### EVENTS

No Information available - See Dockets

### FINANCIAL SUMMARY

| Rcd | Docket Application | Owed | Paid | Dismissed | Due |
| --- | --- | --- | --- | --- | --- |
| 1 | Filing Fee | $255.00 | $255.00 | $0.00 | $0.00 |
| 2 | Service Charge | $4.50 | $4.50 | $0.00 | $0.00 |
| | TOTAL | $259.50 | $259.50 | $0.00 | $0.00 |

### RECEIPTS

| Rcd | Date | Receipt | Received From | Payment Amount | Applied Amount | Change Returned |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2/29/2008 | 858293 | DEAN, WARD | $259.50 | $259.50 | $0.00 |

### TICKLERS

| Rcd | Entry Date | Description | Days Due | Due Date | Notices | Extensions | Completed Date |
|---|---|---|---|---|---|---|---|
| 1 | 2/29/2008 | SUMMONS - BUSINESS | 0 | 2/29/2008 | 0 | 0 | 3/3/2008 |
| 2 | 2/29/2008 | SUMMONS - NATURAL | 0 | 2/29/2008 | 0 | 0 | 3/3/2008 |
| 3 | 2/29/2008 | THIRD TICKLER | 0 | 2/29/2008 | 0 | 0 | 3/3/2008 |

### CITATIONS

None

### ADDITIONAL CIVIL

None

### CLAIMANTS

None

### ADDITIONAL FIELDS

None

[ Search Again ]

**Disclaimer**

While the Clerk's Office has attempted to preserve the accuracy of the online versions of the records, this information is not official and the Escambia County Clerk of Court will not be responsible for any inaccuracies that may be encountered.

For security and analytic purposes, information about searches conducted through the Internet index provided will be logged. Information collected from these logs will be used to maintain and improve this service.

By using this service, in any form, the user agrees to indemnify and hold harmless the Escambia County Clerk of Court and anyone involved in storing, retrieving, or displaying this information for any damage of any type that may be caused by retrieving this information over the Internet.

http://205.152.130.14/cv_web_1.asp?ulname=&ufname=&ucasetype2=&ucase=2008+ca+000671&ucit=&ufromdate=&utodate=&ucasetype=