IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,
      Plaintiff,

vs.                       3:08cv125/RS/MD

INTERNAL REVENUE SERVICE,
ET AL.
      Defendants.

---

ORDER and
**REPORT AND RECOMMENDATION**

This cause is before the court upon plaintiff's motion to withdraw order.  (Doc. 17). Plaintiff filed an amended complaint that was referred to the undersigned on a deficiency order as it was not accompanied by a motion to amend.  The pleading was returned to plaintiff without filing.  Upon review of the docket, it now appears that this proposed amended complaint was filed in response to the allegations contained within defendant's motion to dismiss.

Accordingly it is ORDERED:

Plaintiff's motion to withdraw order (doc. 17) is granted to the extent this order has issued.  He shall file his amended complaint within fifteen days from the date of this order. He shall also serve his amended complaint upon counsel for the defendants, who shall have thirty days from the date of service of the amended complaint to respond.

And it is respectfully RECOMMENDED:

Defendants' motion to dismiss (doc. 10) be denied as moot upon plaintiff's filing his amended complaint.

At Pensacola, Florida, this 26th day of June, 2008.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).