IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,

    Plaintiff,

vs.                                          CASE NO. 3:08cv125/RS-MD

INTERNAL REVENUE SERVICE;
C. NICHOLS; R. A. MITCHELL; and
UNITED STATES OF AMERICA,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 18) and Defendants' Motion to Dismiss (Doc. 10). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion to Dismiss (Doc. 10) is denied as moot because Plaintiff has now filed his First Amended Complaint (Doc. 19).

**ORDERED** on July 11, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**