UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Ward Dean
   Plaintiff

v.                    Civil No: 3:08-CV-125-RS-MD

United States of America
   Defendant

## MOTION TO ENLARGE DUE TO EXCUSABLE NEGLECT

Plaintiff Ward Dean respectfully moves this honorable Court to enlarge Plaintiff's time to respond to Defendant's Motion to Dismiss Amended Complaint, due to excusable neglect and conditions beyond Plaintiff's control that rendered

Plaintiff unable to substantively respond to Defendant's Motion in a timely manner.

On Thursday, August 7th, 2008, at approximately 3 AM, Plaintiff was returning to his room after using the restroom.

At approximately 5 AM, Plaintiff was awakened in his upper bunk by several BOP officers, and was escorted to the prison medical clinic. Only then did Plaintiff become aware that he was covered with blood, had incurred three supra-orbital lacerations above his left eye, and suffered a severe left subconjunctival hemorrhage.

-2-

Plaintiff was told by BOP staff that there were three large pools of blood in the hallway outside Plaintiff's room, and that the staff believed Plaintiff had been assaulted by one or more persons.

Plaintiff has <u>no recollection of any assault</u>. However, neither does he have any recollection of how he managed to get back into bed in his <u>upper bunk</u>.

In the clinic, Plaintiff was immobilized with a neck brace and backboard, and was transported to West Florida Medical Center by ambulance.

At the Medical Center, Plaintiff's facial lacerations were sutured, blood was drawn, and Plaintiff underwent Computerized Tomographic (CT) imaging of his head, neck and thoracic spine.

Plaintiff was informed by his attending physician that the CT images revealed that he had incurred a crush fracture of his fifth thoracic vertebra (T5) and four fractured ribs.

Plaintiff remained hospitalized overnight, and was discharged the following afternoon.

Because of the extent of Plaintiff's injuries, and the concern of BOP staff

-4-

that Plaintiff's injuries were inflicted by person[s] unknown, Plaintiff was transfered to Jackson County Correctional Facility (JCCF) for "protective custody" and recovery from his sustained injuries.

On 9 August 2008 Plaintiff received mail from JCCF staff that had been delivered to FPC Pensacola earlier in the week. Included in the mail was Defendant's subject <u>Motion to Dismiss</u>.

At the JCCF, Plaintiff is completely without access to his legal documents; and the marginally-stocked law library contains <u>only</u> books that <u>might</u> be helpful for Florida state cases.

-5-

Furthermore, Plaintiff did not have access to pen, paper, or postage-paid envelopes (purchased from commissary) until 21 August, 2008.

## CONCLUSION

Wherefore, in view of Plaintiff's current circumstances, in the interests of justice, Plaintiff respectfully moves that this Honorable Court grant an indefinite enlargement of time for Plaintiff to respond to Defendant's Motion to Dismiss until ten days after Plaintiff is relocated to a federal facility with a reasonably well-stocked law library to which Plaintiff has access; and regains access to his personal legal materials currently secured by the BOP

Respectfully submitted,

Ward Dean
06076-017
Plaintiff, Pro Se

-7-

## CERTIFICATE OF SERVICE

I certify that a handwritten copy of the foregoing Motion to Enlarge was sent by first class mail on 22d August, 2008, to:

Katherine Walsh
Trial Attorney, Tax Division
US Dept of Justice
PO Box 14198
Ben Franklin Station
Washington, DC 20044

Respectfully submitted

Ward Dean
06076-017
Plaintiff, Pro Se
Jackson County Cor. Fa
#701153
2737 Penn Avenue
Marianna, Florida 32448

- 8 -

JKSON COUNTY CORRECTIONAL FACILITY
mate Name Ward Dean #701153
2737 Penn Avenue
Marianna, FL 32448

Do NOT send cash or checks
Send Money Order made ...
Inmate only. No packages
No Postage stamps.
Jackson Co. Correctional Facility



GMF BAY COUNTY
FL 324 2 T
25 AUG 2008 PM

Clerk of the Court
US District Court
Northern District of Florida
One North Palafox Street
Pensacola, Florida 32502