UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Ward Dean,
  Plaintiff

v.                                Case No. 3:08cv125-RS/MD

United States of America
  Defendant

PLAINTIFF'S THIRD MOTION TO ENLARGE

Plaintiff Ward Dean respectively moves this honorable court to enlarge the deadline for responding to Defendant's Motion to Dismiss an additional 30 days due to conditions beyond control of Plaintiff.

Plaintiff was transferred to Federal Prison Camp Atlanta on 29 October 2008. However, his personal property (including his legal documents) has not been released to him and remains within the custody of the Bureau of Prisons (BOP).

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2008 NOV -7 AM 11:09

FILED

Plaintiff respectfully moves this Court to enlarge his time to respond to Defendant's Motion to Dismiss an additional 30 days, within which time the BOP will presumably release Plaintiff's legal material, thereby enabling Plaintiff to respond to Defendant's Motion in a meaningful way.

Respectfully submitted,

*Ward Dean*

Ward Dean
Plaintiff Pro Se
06076-017
Federal Prison Camp
PO Box 150160
Atlanta, GA 30315-0182
4 Nov 2008

4 November 2008

Clerk of the Court
US District Court
Northern District of Florida
One North Palafox Street
Pensacola, Florida 32502

Request to Clerk in lieu of <u>Certificate of Service</u>

Dear Clerk:

I am unfortunately unable to send a copy of the enclosed <u>Motion to Enlarge</u> to the Defendant's attorney due to virtually all of my legal material remaining in the custody of the Bureau of Prisons (including documents with Defendant's attorney's address) none of which has yet been released to me.

I request that Defendant's attorney be electronically notified upon receipt of the enclosed <u>Motion to Enlarge</u>.

Thank you,

Respectfully submitted,

Ward Dean

Ward Dean
06076-017, FPC
PO Box 150160
Atlanta, Georgia 30315-0182

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2008 NOV -7 AM 11:09

RECEIVED



Ward Dean
06076-017
Federal Prison Camp
PO Box 150160
Atlanta, Georgia 30315-0182

Special Mail

Clerk of the Court
US District Court
Pensacola Division
One North Palafox Street
Pensacola, Florida 32502