FLN (Rev. 4/2004) Deficiency Order                                                                                           Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WARD DEAN

     vs                                  Case No. 3:08cv125-RS/MD

INTERNAL REVENUE SERVICE, et al.

_____

## ORDER

Plaintiff's **Letter to Clerk re Notice of Change of Address (received 12/22/2008)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

    The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

For these reasons, IT IS ORDERED that:

XX    The clerk shall docket the pleading as submitted, and make the appropriate correction to plaintiff's address in the record.  Future submissions that do not comply with the Local Rules of this court may be returned to the plaintiff without docketing.

DONE and ORDERED this 23rd day of December, 2008.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE