# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WARD DEAN,

    Plaintiff,

vs.                                    CASE NO. 3:08cv125/RS/MD

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 34), United States of America's Objections to Report and Recommendation (Doc. 40), and Plaintiff's Motion in Opposition to United States of America's Objections to Report and Recommendation (Doc. 41).  I have considered the Government's objections de novo.  The Magistrate Judge's Report and Recommendation (Doc. 34) is adopted and incorporated by reference in this Order.  The Government's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 23) is DENIED.

**ORDERED** on February 18, 2009.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**