# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WARD DEAN

      vs                                            Case No. 3:08cv125-RS/MD

INTERNAL REVENUE SERVICE, et al.

_____

## ORDER

**Plaintiff's Response To Government's Opposition To Plaintiff's Motion To Compel Discovery (received 4/22/2009)**, was referred to the undersigned with the following deficiencies:

> No reply memoranda shall be filed absent a showing of good cause and upon leave of the court.  (See N.D.Fla.Loc.R. 7.1(C)(2)).

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

    Other:

DONE and ORDERED this 23rd  day of April, 2009.


/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE