# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**WARD DEAN,**

    **Plaintiff,**

**vs.**                                              **CASE NO.  3:08cv125-RS/MD**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## AMENDED SCHEDULING ORDER

Before me is Government's Consent Motion to Continue Trial and Reset Deadlines (Doc 52).  It is clear from this motion that parties knew over eight months ago a continuance would be likely be required but did nothing.  Instead of actively preparing this case by conducting discovery, the Government hoped its motion to dismiss would be granted and sat on its hands.  The Government tries to blame its lack of effort on Plaintiff, but the Government did not even timely file an answer.  The Government complains of numerous difficulties regarding communication with an incarcerated party.  This is not the first case to involve an incarcerated party, and other attorneys manage to handle the situation.  It is recommended that the Government arrange weekly or biweekly phone calls with the prison until the conclusion of this case.

**IT IS ORDERED:**

A. The bench trial, presently scheduled for May 18, 2009, is rescheduled to **July 16, 2009**, beginning at 9:00 a.m., at United States Courthouse, 30 W. Government Street, Panama City, Florida.

B. The parties will be permitted to complete all outstanding discovery, only. <u>This does not permit either party to propound additional discovery</u>. All outstanding discovery shall be completed no later than **May 22, 2009**.

C. Mediation was not originally required in this case. I am now requiring the parties to participate in mediation. Parties shall mediate this case no later than **June 12, 2009**, in accordance with the attached Mediation Requirements. The mediator or parties shall file a report no later than **June 15, 2009**, confirming when mediation was conducted and the outcome of the mediation (that is, whether the matter was settled or impasse was declared). Unless otherwise agreed, **the fee of the mediator shall be paid by the Government.**

D. Even though the deadline to file dispositive motions was nearly six months ago, dispositive motions may be filed no later than **May 25, 2009**. **The Government shall ensure Plaintiff receives any dispositive motions <u>before</u> May 25, 2009, even if it requires the**

**Government to hand deliver the motion.** Responses are due no later than **June 15, 2009**.

E. The attorney's communication deadline described by the Scheduling Order (Doc. 47) shall be completed no later than **June 19, 2009.**

F. The pretrial stipulation described by the Scheduling Order (Doc. 47) shall be filed with the Clerk of the Court not later than **July 1, 2009.**

G. Each party shall submit a trial brief or memorandum with citation of authorities and arguments in support of that party's position on all disputed issues of law not later than **July 1, 2009.** If there are no disputed issues of law, no trial brief needs to be submitted.

H. Each side shall submit motions for Writ of Habeas Corpus Ad Testificandum not later than **June 19, 2009.** The motion must state the name and place of confinement of each witness. Such a writ will automatically be issued for the Plaintiff, himself, so he need not file a motion to secure his own attendance at trial.

I. **The Government shall ensure Plaintiff receives all filings by the speediest method possible even if it requires hand delivery.**

J. Plaintiff shall continue to mail all filings to the clerk's office.  In addition, Plaintiff is permitted to fax filings to the clerk's office at (850) 769-7528 in order to comply with these deadlines.

ORDERED on April 23, 2009.

/S/ Richard Smoak_____
**RICHARD SMOAK
United States District Judge**

## MEDIATION REQUIREMENTS

The parties shall mediate this case in accordance with the following procedures:

(a)  The parties are directed to select a mediator certified by the Supreme Court of Florida as a Circuit Court Mediator or a person otherwise mutually agreeable to the parties. If the parties are unable to agree upon a mediator by **May 22, 2009**, the Government shall immediately file a notice so indicating, and I will appoint a mediator.

(b)  Unless otherwise agreed, **the fee of the mediator shall be paid by the Government.**  The fee shall be paid in the manner required by the mediator.

(c)  The mediator shall set the initial mediation conference with due regard to schedules and other commitments of the parties and counsel and may continue or adjourn the mediation conferences in his or her discretion within the time constraints set out in this order.

(d)  The person attending mediation on behalf of the Government must have full authority to settle the entire case without further consultation.

(e)  The parties shall confer in advance on the submission of written materials to the mediator and shall proceed in accordance with any agreement they reach or the instructions of the mediator. In the absence of agreement of the parties or instructions from the mediator, no written

    submissions to the mediator are required, but either party may submit materials as it deems appropriate, which the mediator may consider as he or she deems appropriate.

(f)   The mediator shall have authority to control the procedure to be followed in mediation, may adjourn the mediation conference and set times for reconvening, and may suspend or terminate mediation whenever, in the opinion of the mediator, the matter is not appropriate for further mediation.

(g)   All discussions, representations, and statements made at the mediation conference shall be off the record and privileged as settlement negotiations. Mediation proceedings shall not be recorded by a court reporter or by an electronic recording device, except as necessary to memorialize any settlement that may be reached.

(h)   This referral to mediation does not toll the time for completion of any other matter in this case.

(i)   The parties are encouraged to settle as many issues during mediation as possible. Partial or complete settlements shall immediately be reduced to writing in the presence of the mediator and shall be signed by all parties and their counsel.