IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,

    Plaintiff,

vs.                             CASE NO. 3:08cv125-RS/MD

UNITED STATES OF AMERICA,

    Defendant.
_____/

### MOTION TO RESCIND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On April 20th, 2009, Plaintiff and Counsel for Defendants, during a pre-trial telephone conference, jointly stipulated that both parties would benefit by a reopening and 30 day enlargement of the Discovery period, plus an additional 30 day continuance for the scheduled trial.

If this honorable Court rules in favor of this 60-day continuance, Plaintiff respectfully requests that any Writ of Habeas Corpus ad Testificandum that has been issued regarding his transportation and presence at trial be rescinded and scheduled for reissue at a date in closer proximity to the rescheduled trial date.

Plaintiff believes that minimizing the time spent in a relatively incommunicado status in transit or in a county jail will facilitate communications and be in the interest of justice.

                                              Respectfully submitted,

                                              Ward Dean
                                              Plaintiff, Pro Se
                                              06076-017
                                              Federal Prison Camp
                                              P.O. Box 150160
                                              Atlanta, Georgia 30315-0182

U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FL

2009 APR 24  PM 1: 03

FILED

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO RESCIND WRIT OF HABEAS CORPUS AD TESTIFICANDUM was sent via U.S. Mail on 21 April, 2009 to:

Katherine Walsh, J.D.
Trial Attorney, Tax Division
U.S. DOJ
P.O. Box 14198
Ben Franklin Station
Washington, DC  20044

Respectfully submitted,

*[signature]*
Ward Dean