IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:08-CV-125-RS-MD |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

Notice to the Clerk of Court of Plaintiff's Change of Address

Plaintiff herein Notices the Clerk of Court that his address has changed to:

> Ward Dean
> 06076-017
> Federal Detention Center
> 501 Capital Circle NE
> Tallahassee, Florida 32301

Respectfully submitted

*/s/ Ward Dean*

Ward Dean
06076-017
Plaintiff, Pro Se

FILED
2009 MAY 13 AM 11: 11
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

Certificate of Service

I certify that a copy of the foregoing Notice to the Clerk of Court of Plaintiff's Change of Address was sent by first class mail on 10 May, 2009, to:

Katherine Walsh, JD
Trial Attorney, Tax Division
US DoJ
PO Box 14198
Ben Franklin Station
Washington, DC 20044

Respectfully submitted,

Ward Dean
06076-017