IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,                                    )
                                              )
            Plaintiff,                        )
                                              )
    v.                                        )        Civil No. 3:08-CV-125-RS-MD
                                              )
UNITED STATES OF AMERICA,                     )
                                              )
            Defendant.                        )

## Motion to Compel Defendants Full Cooperation With Discovery

Plaintiff has previously filed a Motion to Compel Discovery (Doc #48) due to Defendant's failure to completely and fully comply with Plaintiff's Discovery requests.

On 25 February, 2009, Plaintiff proferred his Second (Supplemental) Request for Documents to Defendant (Exhibit a), and on 1 April, 2009

Plaintiff proferred his Second
(Supplemental) Request for Interrogatories
and Third (Supplemental) Request for
Documents (Exhibits B and C,
respectively).

Plaintiff's Motion to Compel was
Denied (Doc No. 51) as being
untimely due to the Discovery
period having closed on September 30,
2008.

Notwithstanding, in its Amended
Scheduling Order of April 23ª, 2009,
this Court Ordered that "all
outstanding Discovery ... be
completed no later than May 22ª
2009."

On 11 May, 2009, Plaintiff
received Defendant's Supplemental
Responses to Plaintiff's Second

2

(Supplemental) Request for Interrogatories and Third (Supplemental) Request for Documents (Exhibits D and E, respectively).

Similar to previous Discovery request responses, Defendant objected to the requests as being "vague, ambiguous and irrelevant ...."

On 13 May, 2009, in a telephone conference with Defendant's counsel, Plaintiff attempted to informally resolve the parties' Discovery disagreements.

Plaintiff explained that the <u>central issue</u> in this case is Plaintiff's inquiry into the authority of alleged agents/employees of IRS to do what they have done, and whether they have acted in compliance with the law.

3

In a related situation the 5th Circuit Court of appeals concluded that a "taxpayer is entitled to investigate the IRS's purpose where such purpose has been put in issue." US v. Roundtree, 420 F 2d 845, 852 (5th Cir 1969).

Further, in 1947, the Supreme Court warned American citizens that:

"Anyone entering into an arrangement with the government takes the risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations of his authority. [Emphasis added] Federal Crop Insurance Corporation v. Merrill, 332 US 380, 388 (1947),

4

In the instant case, Plaintiff did not want to "take the risk" that the agents/officers involved were not who or what they were purported to be, nor doeny what they might not be authorized to do.

Thus Plaintiff respectfully moves that this "Court Order" Defendant to fully and completely respond to the specific Discovery requests enumerated below:

Plaintiff's Request for Documents (Attached as Enclosure to Doc # 48):
    Requests Nos. 1, 3, 4, 9, 10, 14.

Plaintiff's Request for Interrogatories (Attached as Enclosure to Doc # 48):
    Request No. 3.

Plaintiff's Second (Supplemental) Request for Documents (attached hereto as Exhibit A):
Request No. 1.

Plaintiff's Second (Supplemental) Request for Interrogatories (attached hereto as Exhibit B):
Requests Nos. 1 and 2.

Plaintiff's Third (Supplemental) Request for Documents (attached hereto as Exhibit C):
Request No. 1.

Attached hereto as ~~Exhibit~~ was p.8 is Plaintiff's Affidavit that the parties have made a good faith effort to resolve their differences informally, without the intervention of the Court.

6

<u>Relief Requested</u>

Plaintiff requests that This Court Order Defendant to produce the requested documents or answer the Interrogatories, or concede that such documents do not exist or that answers to the Interrogatories are unknown.

Respectfully submitted,

Ward Dean

<u>Certificate of Service</u>

I certify that a copy of the foregoing Motion to Compel was sent by first class mail on __17__ May, 2009 to: Katherine Walsh, JD, Trial Attorney, Tax Division, US DOJ, PO Box 14198, Washington, DC 20044.

Respectfully submitted,

Ward Dean

7        06076-017
         FDC
         501 Capitol Circle NE
         Tallahassee, Florida 32301

# Affidavit

On 11 May, 2009, during a telephone conversation with Counsel for Defendant, Plaintiff, endeavored in good faith to informally resolve Discovery issues between the Parties, without involvement of the Court.

Defendant was disinclined to provide further elaboration upon any response beyond that which had already been provided.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 14 May, 2009.

Respectfully submitted,

Ward Dean

Ward Dean
06076-017
FDC
501 Capital Circle NE
Tallahassee, Florida 32301

8

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,                              )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )    Civil No. 3:08-CV-125-RS-MD
                                       )
UNITED STATES OF AMERICA,              )
                                       )
          Defendant.                   )

### PLAINTIFF'S SECOND (SUPPLEMENTAL) REQUEST FOR DOCUMENTS

Pursuant to Federal Rules of Civil Procedure, Rules 26 and 34, and Rule
26.2 of the Local Court Rules for the Northern District of Florida, Plaintiff
propounds his Second Request for Documents in the above-styled action.

**Request No. 1:**  Please provide the Oaths of Office (required by 5
U.S.C. § 3331) and Officer Affidavits (required by 5 U.S.C. § 3332), Job
Descriptions, and Delegation Orders pertaining to the following IRS employees/
officers:

> Linda B. Vranas, Technical Services Territory Manager, South
> Atlantic Area, P.O. Box 17167, Fort Lauderdale, Florida  33318
>
> Susan S. Wells, Employee Identification Number 65-04445
> P.O. Box 17167, Ft. Lauderdale, Florida  33318
>
> Catherine Sands, Revenue Officer, Employee Identification Number
> 59-08390, 125 W. Romana St., Ste 300, Pensacola, Florida  32502-5857

**Request No. 2:**  Should Defendant Deny Admission No. 4, please provide
a copy of the regulation that authorizes any person to prepare and file a
Substitute for Return pursuant to 26 U.S.C. § 6020(b), using an IRS Form 1040.

Ex A

**Request No. 3:**  Should Defendant Deny Admission No. 5, please provide a copy of the regulation that authorizes any person to prepare and file a Substitute for Return pursuant to 26 U.S.C. § 6020(b), using an IRS Form 1040.

**Request No. 4:**  Should Defendant Deny Admission No. 6, please provide a copy of the portion of the Internal Revenue Manual that authorizes any person to prepare and file a Substitute for Return pursuant to 26 U.S.C. § 6020(b), using an IRS Form 1040.

**Request No. 5:**  Please provide a copy of Treasury Order 150-01, which established Internal Revenue Districts.

**Request No. 6:**  Please provide a copy of Treasury Order 150-02.

Please respond to the above requests within 30 days.

Respectfully submitted,

Ward Dean
Plaintiff, Pro Se
06076-017
Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia   30315-0182

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFF'S SECOND (SUPPLEMENTAL) REQUEST FOR DOCUMENTS was sent via U.S. Mail on 25 February, 2009, to:

> Katherine Walsh, J.D.
> Trial Attorney, Tax Division
> U.S. DOJ
> P.O. Box 14198
> Ben Franklin Station
> Washington, DC   20044

Respectfully submitted,

Ward Dean

2

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

WARD DEAN,

      **Plaintiff,**

vs.                                   **CASE NO.  3:08cv125-RS/MD**

UNITED STATES OF AMERICA,

      **Defendant.**

_____/

### PLAINTIFF'S SECOND (SUPPLEMENTAL) REQUEST FOR INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure, Rules 26 and 33, and Rule 26.2 of the Local Court Rules for the Northern District of Florida, Plaintiff propounds his Second Request for Interrogatories in the above-styled action.

**Request No. 1:**  Please provide the name and employee identification number of the employee of the Internal Revenue Service authorized to use the pseudonym C. Nichols.

**Request No. 2:**  Please provide the name and employee identification number of the employee of the Internal Revenue Service authorized to use the pseudonym R.A. Mitchell.

Ex  B

Please respond to the above requests within 30 days.

Respectfully submitted,

Ward Dean
Plaintiff, Pro Se
06076-017
Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia 30315-0182

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFF'S SECOND

(SUPPLEMENTAL) REQUEST FOR INTERROGATORIES was sent via U.S. Mail on _____

April, 2009, to:

Katherine Walsh, J.D.
Trial Attorney, Tax Division
U.S. DOJ
P.O. Box 14198
Ben Franklin Station
Washington, DC   20044

Respectfully submitted,

Ward Dean

2

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

WARD DEAN,

      Plaintiff,

vs.                                  **CASE NO.  3:08cv125-RS/MD**

UNITED STATES OF AMERICA,

      Defendant.

_____/

### PLAINTIFF'S THIRD (SUPPLEMENTAL) REQUEST FOR DOCUMENTS

Pursuant to Federal Rules of Civil Procedure, Rules 26 and 34, and Rule 26.2 of the Local Court Rules for the Northern District of Florida, Plaintiff propounds his Third Request for Documents in the above-styled action.

**Request No. 1:** Please provide the Oath of Office (required by 5 U.S.C. § 3331) and Officer Affidavit (required by 5 U.S.C. § 3332), job description and delegation orders pertaining to the Internal Revenue Service employee authorized to use the pseudonym C. Nichols.

**Request No. 2:** Please provide the Oath of Office (required by 5 U.S.C. § 3331) and Officer Affidavit (required by 5 U.S.C. § 3332), job description and delegation orders pertaining to the Internal Revenue Service employee authorized to use the pseudonym R.A. Mitchell.



Please respond to the above requests within 30 days.

Respectfully submitted,

Ward Dean
Plaintiff, Pro Se
06076-017
Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia   30315-0182

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PLAINTIFF'S THIRD

(SUPPLEMENTAL) REQUEST FOR DOCUMENTS was sent via U.S. Mail on _____

April, 2009, to:

Katherine Walsh, J.D.
Trial Attorney, Tax Division
U.S. DOJ
P.O. Box 14198
Ben Franklin Station
Washington, DC   20044

Respectfully submitted,

Ward Dean

2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,                              )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )   Civil No. 3:08-CV-125-RS-MD
                                       )
UNITED STATES OF AMERICA,              )
                                       )
            Defendant.                 )

## UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND (SUPPLEMENTAL) REQUEST FOR INTERROGATORIES

The United States of America, by and through its undersigned attorney, responds to

Plaintiff's "Second (Supplemental) Request for Interrogatories" as follows:

**Request No. 1: Please provide the name and employee identification number of the employee of the Internal Revenue Service authorized to use the pseudonym C. Nichols.**

Response: The United States objects to this request as vague, ambiguous and irrelevant to the

extent that it seeks information, factual or otherwise, that is not reasonably tailored to lead to the

discovery of admissible evidence regarding any claim or defense of any party. *See* FED. R. CIV.

P. 26(b) and 33(a). The United States further objects that this interrogatory seeks confidential

information. Subject to and without waiving these objections, the employee authorized to use the

pseudonym C. Nichols has an Internal Revenue Service badge number of 59-35556.

**Request No. 2: Please provide the name and employee identification number of the employee of the Internal Revenue Service authorized to use the pseudonym R.A. Mitchell.**

Response: The United States objects to this request as vague, ambiguous and irrelevant to the

extent that it seeks information, factual or otherwise, that is not reasonably tailored to lead to the

discovery of admissible evidence regarding any claim or defense of any party. *See* FED. R. CIV.

4211143.1



P. 26(b) and 33(a). The United States further objects that this interrogatory seeks confidential information. Subject to and without waiving these objections, if a badge number exists for R.A. Mitchell, the United States will produce such information when it is received from the Internal Revenue Service.

Dated: May 7, 2009

THOMAS F. KIRWIN
United States Attorney

Katherine Walsh
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044
Telephone (202) 353-7205
Katherine.Walsh@usdoj.gov

2

4211143.1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,                                    )
                                              )
              Plaintiff,                      )
                                              )
       v.                                     )    Civil No. 3:08-CV-125-RS-MD
                                              )
UNITED STATES OF AMERICA,                     )
                                              )
              Defendant.                      )

## UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S THIRD (SUPPLEMENTAL) REQUEST FOR DOCUMENTS

The United States of America, by and through its undersigned attorney, responds to

Plaintiff's "Third (Supplemental) Request for Documents" as follows:

**Request No. 1: Please provide the Oath of Office (required by 5 U.S.C. § 3331) and Officer Affidavit (required by 5 U.S.C. § 3332), job description and delegation orders pertaining to the Internal Revenue Service employee authorised to use the pseudonym C. Nichols.**

Response: The United States objects to this request as vague, ambiguous and irrelevant to the

extent that it seeks information, factual or otherwise, that is not reasonably tailored to lead to the

discovery of admissible evidence regarding any claim or defense of any party. *See* FED. R. CIV.

P. 26(b) and 34(a).

4211370.1



**Request No. 2: Please provide the Oath of Office (required by 5 U.S.C. § 3331) and Officer Affidavit (required by 5 U.S.C. § 3332), job description and delegation orders pertaining to the Internal Revenue Service employee authorised to use the pseudonym R. A. Mitchell.**

Response: The United States objects to this request as vague, ambiguous and irrelevant to the extent that it seeks information, factual or otherwise, that is not reasonably tailored to lead to the discovery of admissible evidence regarding any claim or defense of any party. *See* FED. R. CIV. P. 26(b) and 34(a).

Dated: May 4, 2009

THOMAS F. KIRWIN
United States Attorney

Katherine Walsh
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044
Telephone (202) 353-7205
Katherine.Walsh@usdoj.gov

4211370.1