Exhibit 1

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

WARD DEAN                          EIN/SSN:  ┌──────────┐ 2485
                                             │          │ 3255
                                             └──────────┘

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

                                   ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT    DATE (23C,
                                   (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
               146,931.00

          TAXABLE INCOME
               143,428.00

          SELF EMPLOYMENT TAX
               1,056.00

06-30-1998 SUBSTITUTE FOR RETURN                    0.00     07-20-1998
           65210-181-00244-8

04-15-1997 EXTENSION OF TIME TO FILE
           EXT. DATE  08-15-1997

04-15-1997 EXTENSION OF TIME TO FILE
           EXT. DATE  10-15-1997

04-24-1999 STATUTORY NOTICE OF
           DEFICIENCY

           ESTIMATED TAX PENALTY     1,752.06                04-24-2000
           20001508

04-15-1997 WITHHOLDING CREDIT                    11,725.00

           ADDITIONAL TAX ASSESSED    45,561.00             04-24-2000
           07254-494-64128-0  20001508

03-30-2000 STATUTORY NOTICE OF
           DEFICIENCY CLOSED

           LATE FILING PENALTY        7,613.10             04-24-2000
           20001508

           INTEREST ASSESSED         11,334.70             04-24-2000
           20001508

           FAILURE TO PAY TAX          6,259.66            04-24-2000
           PENALTY
           20001508

FORM 4340  (REV. 01-2002)              PAGE    1
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

WARD DEAN                           EIN/SSN: ┌─────────┐-2485
                                            │         │-3255
                                            └─────────┘

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                    (REVERSAL)   (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------

           ADDITIONAL TAX ASSESSED                  0.00       10-02-2000
           07254-655-00386-0  20003808

02-12-2001 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

05-07-2001 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

04-29-2002 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

05-27-2002 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

12-16-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-09-2005 RECEIVED POA/TIA

FORM 4340  (REV. 01-2002)              PAGE    2
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

WARD DEAN                          EIN/SSN:  ┌──────┐ -2485
                                             │      │ -3255
                                             └──────┘

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


                                  ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE (23C,
                                  (REVERSAL)    (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------

08-28-2006 SUBSEQUENT PAYMENT                          815.00

10-23-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

11-06-2006 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

11-21-2006 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

12-11-2006 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

12-01-2006 FEDERAL TAX LIEN

12-11-2006 SUBSEQUENT PAYMENT                        1,957.51
           MISCELLANEOUS PAYMENT

04-02-2007 SUBSEQUENT PAYMENT                        2,606.88
           LEVY

04-18-2007 SUBSEQUENT PAYMENT                          613.57
           LEVY

05-01-2007 SUBSEQUENT PAYMENT                        2,606.88
           LEVY

FORM 4340  (REV. 01-2002)              PAGE    3
```

```
     CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

WARD DEAN                          EIN/SSN:        -2485
                                                   -3255


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


                                 ASSESSMENT,      PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE (23C,
                                 (REVERSAL)      (REVERSAL)     RAC 006 )
--------------------------------------------------------------------------------

06-01-2007  SUBSEQUENT PAYMENT                     2,606.88
            LEVY

07-02-2007  SUBSEQUENT PAYMENT                     2,606.88
            MISCELLANEOUS PAYMENT

07-23-2007  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

07-30-2007  SUBSEQUENT PAYMENT                     2,606.88
            LEVY

09-04-2007  SUBSEQUENT PAYMENT                     2,606.88
            LEVY

10-02-2007  SUBSEQUENT PAYMENT                     2,606.88
            LEVY

11-02-2007  SUBSEQUENT PAYMENT                     2,606.88
            LEVY

12-03-2007  SUBSEQUENT PAYMENT                     2,606.88
            LEVY

12-31-2007  SUBSEQUENT PAYMENT                     2,606.88
            LEVY

FORM 4340  (REV. 01-2002)              PAGE    4
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

WARD DEAN                          EIN/SSN:  ┌─────────┐ -2485
                                             │         │ -3255
                                             └─────────┘

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 08-28-2006 | SUBSEQUENT PAYMENT CORRECTED | | (815.00) | |
| 02-04-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 03-03-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 04-01-2008 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 2,606.88 | |
| 05-02-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 05-21-2008 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-02-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 06-30-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 08-04-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |

```
FORM 4340  (REV. 01-2002)                    PAGE    5
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

WARD DEAN                          EIN/SSN:  [    ] -2485
                                                    -3255


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 09-03-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 09-29-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 11-03-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 12-01-2008 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 01-02-2009 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| 02-02-2009 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| | FAILURE TO PAY TAX PENALTY 20090708 | 1,733.80 | | 03-02-2009 |
| 03-02-2009 | SUBSEQUENT PAYMENT LEVY | | 2,606.88 | |
| | INTEREST ASSESSED 20091008 | 2,141.34 | | 03-23-2009 |

```
FORM 4340  (REV. 01-2002)              PAGE    6
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: ┌──────┐-2485
                                            └──────┘-3255


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


                                   ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT    DATE (23C,
                                   (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

            FAILURE TO PAY TAX                  465.54         03-23-2009
            PENALTY
            20091008

02-23-1998 Taxpayer Deliquency Notice

04-20-1998 Taxpayer Deliquency Notice

04-24-2000 Statutory Notice of Balance Due

05-29-2000 Notice of Balance Due

10-02-2000 Statutory Notice of Balance Due

11-27-2000 Statutory Notice of Intent to Levy

10-23-2006 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                 PAGE    7
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WARD DEAN                          EIN/SSN:        -2485
                                                   -3255


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1996
------------------------------------------------------------------------


BALANCE          0.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME: _____ Dorothy W. Rucker _____

TITLE: _____ Operations Manager, Accounting Control Services _____

DELEGATION ORDER: _____ 198 _____


LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

          ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)               PAGE    8

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

WARD DEAN                              EIN/SSN:        ·2485
                                                       ·3255


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT      DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                  222,126.00

            TAXABLE INCOME
                  218,676.00

            SELF EMPLOYMENT TAX
                  1,316.00

05-01-2000 SUBSTITUTE FOR RETURN                      0.00     06-26-2000
           07210-155-29611-0

04-15-1998 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1998

04-15-1998 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-1998

01-14-2002 ASSESSMENT STATUTE EXPIR
           DATE EXTEND TO 05-01-2003

09-09-2005 RECEIVED POA/TIA

            FRAUD PENALTY             46,194.83              09-03-2007
            20073408

            ESTIMATED TAX PENALTY      3,337.28             09-03-2007
            20073408

04-15-1998 WITHHOLDING CREDIT                       12,051.00

            ADDITIONAL TAX ASSESSED   75,768.00             09-03-2007
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            49247-626-00156-7   20073408

09-03-2007 RENUMBERED RETURN
           49247-626-00156-7

            LATE FILING PENALTY       14,336.32             09-03-2007
            20073408

FORM 4340  (REV. 01-2002)            PAGE    1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

WARD DEAN                          EIN/SSN:      -2485
                                                 -3255


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


                                   ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT   DATE (23C,
                                   (REVERSAL)     (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

            INTEREST ASSESSED              107,078.88         09-03-2007
            20073408

            FAILURE TO PAY TAX              15,929.25         09-03-2007
            PENALTY
            20073408

09-28-2007 FEDERAL TAX LIEN

10-22-2007 FEES AND COLLECTION COSTS           20.00

02-05-2008 INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

02-07-2008 INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

05-21-2008 MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

10-06-2008 REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

02-20-2008 LEGAL SUIT PENDING

FORM 4340  (REV. 01-2002)                  PAGE    2
```

```
     CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

WARD DEAN                           EIN/SSN:        ┌──────┐ -2485
                                                    │      │ -3255
                                                    └──────┘

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


                                      ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE (23C,
                                       (REVERSAL)     (REVERSAL)      RAC 006 )
-------------------------------------------------------------------------------

02-20-2008 CORRECTION OF LEGAL SUIT
           PENDING

02-22-1999 Taxpayer Deliquency Notice

04-19-1999 Taxpayer Deliquency Notice

09-03-2007 Statutory Notice of Balance Due

12-29-2008 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                 PAGE    3
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

WARD DEAN                           EIN/SSN:        -2485
                                                    -3255


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997
-------------------------------------------------------------------------------


BALANCE       250,613.56

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

        -------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Dorothy W. Rucker_____

TITLE:_____Operations Manager, Accounting Control Services_____

                              198
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

          ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)               PAGE    4
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [        ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

                                   ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT     DATE (23C,
                                   (REVERSAL)    (REVERSAL)   RAC 006 )
---------------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
                356,341.00

          TAXABLE INCOME
                352,791.00

          SELF EMPLOYMENT TAX
                3,675.00

06-15-2000 RETURN FILED & TAX ASSESSED            0.00        04-30-2001
          07207-090-91300-1

04-15-1999 EXTENSION OF TIME TO FILE
          EXT. DATE  08-15-1999

04-15-1999 EXTENSION OF TIME TO FILE
          EXT. DATE  10-15-1999

09-09-2005 RECEIVED POA/TIA

11-15-2006 SUBSEQUENT PAYMENT                     717.56

          FRAUD PENALTY            93,202.38                  09-03-2007
          20073408

          ESTIMATED TAX PENALTY     5,865.46                  09-03-2007
          20073408

04-15-1999 WITHHOLDING CREDIT                   3,338.00

          ADDITIONAL TAX ASSESSED 131,893.00                  09-03-2007
          BY EXAMINATION
          AUDIT DEFICIENCY PER
          DEFAULT OF 90 DAY LETTER
          49247-627-00054-7  20073408

09-03-2007 RENUMBERED RETURN
          49247-627-00054-7

          LATE FILING PENALTY      32,138.75                  09-03-2007
          20073408

FORM 4340  (REV. 01-2002)              PAGE    1
```

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

WARD DEAN                            EIN/SSN: [        ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | INTEREST ASSESSED<br>20073408 | 183,387.62 | | 09-03-2007 |
| 09-28-2007 | FEDERAL TAX LIEN | | | |
| 02-05-2008 | INTENT TO LEVY COLLECTION<br>DUE PROCESS NOTICE<br>LEVY NOTICE ISSUED | | | |
| 02-07-2008 | INTENT TO LEVY COLLECTION<br>DUE PROCESS NOTICE<br>RETURN RECEIPT SIGNED | | | |
| 05-21-2008 | MODULE BLOCKED OR<br>RELEASED FROM FEDERAL<br>PAYMENT LEVY PROGRAM | | | |
| 10-06-2008 | REVERSAL OF MODULE<br>BLOCKED FROM FEDERAL<br>PAYMENT LEVY PROGRAM | | | |
| 02-20-2008 | LEGAL SUIT PENDING | | | |
| 02-20-2008 | CORRECTION OF LEGAL SUIT<br>PENDING | | | |
| 06-05-2000 | Taxpayer Deliquency Notice | | | |
| 09-03-2007 | Statutory Notice of Balance Due | | | |
| 12-29-2008 | Statutory Notice of Intent to Levy | | | |

```
FORM 4340  (REV. 01-2002)              PAGE     2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [        ]2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
--------------------------------------------------------------------------

BALANCE        442,431.65

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____
                    Dorothy W. Rucker
TITLE:_____
              Operations Manager, Accounting Control Services
DELEGATION ORDER:_____
                              198

LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

      ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------

WARD DEAN                          EIN/SSN: [        ] -2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| | ADJUSTED GROSS INCOME 215,811.00 | | | |
| | TAXABLE INCOME 212,211.00 | | | |
| | SELF EMPLOYMENT TAX 592.00 | | | |
| 05-03-2001 | RETURN FILED & TAX ASSESSED 07221-132-89543-1 | | 0.00 | 06-04-2001 |
| 04-15-2000 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-2000 | | | |
| 09-09-2005 | RECEIVED POA/TIA | | | |
| | FRAUD PENALTY 20073408 | 51,213.28 | | 09-03-2007 |
| | ESTIMATED TAX PENALTY 20073408 | 3,415.59 | | 09-03-2007 |
| 04-15-2000 | WITHHOLDING CREDIT | | 569.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 49247-626-00157-7  20073408 | 71,208.00 | | 09-03-2007 |
| 09-03-2007 | RENUMBERED RETURN 49247-626-00157-7 | | | |
| | LATE FILING PENALTY 20073408 | 17,659.75 | | 09-03-2007 |
| | INTEREST ASSESSED 20073408 | 83,285.07 | | 09-03-2007 |
| 09-28-2007 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WARD DEAN                          EIN/SSN:  [____]·2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| 02-05-2008 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-07-2008 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-21-2008 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-06-2008 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-20-2008 | LEGAL SUIT PENDING | | | |
| 02-20-2008 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 03-12-2001 | Taxpayer Deliquency Notice | | | |
| 09-03-2007 | Statutory Notice of Balance Due | | | |
| 12-29-2008 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

WARD DEAN                        EIN/SSN: [        ] -2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1999
---------------------------------------------------------------------------

BALANCE        226,212.69

---------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____
PRINT NAME: _____Dorothy W. Rucker_____
TITLE: _____Operations Manager, Accounting Control Services____
                              198
DELEGATION ORDER: _____


LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

          ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)              PAGE      3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [        ] ·2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 217,936.00 | | | |
| | TAXABLE INCOME 214,261.00 | | | |
| | SELF EMPLOYMENT TAX 651.00 | | | |
| 09-05-2001 | SUBSTITUTE FOR RETURN 07210-301-29701-1 | | 0.00 | 11-26-2001 |
| 08-29-2002 | AMENDED RETURN FILED 07221-347-88001-4 | | | |
| 09-09-2005 | RECEIVED POA/TIA | | | |
| 11-21-2006 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 08-29-2005 | | | |
| | FRAUD PENALTY 20073408 | 52,730.70 | | 09-03-2007 |
| | FAILURE TO PAY TAX PENALTY 20073408 | 18,183.00 | | 09-03-2007 |
| | ESTIMATED TAX PENALTY 20073408 | 3,884.96 | | 09-03-2007 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 49247-626-00168-7  20073408 | 72,732.00 | | 09-03-2007 |
| 09-03-2007 | RENUMBERED RETURN 49247-626-00168-7 | | | |
| | INTEREST ASSESSED 20073408 | 60,475.10 | | 09-03-2007 |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

WARD DEAN                         EIN/SSN: [        ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 09-28-2007 | FEDERAL TAX LIEN | | | |
| 02-05-2008 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-07-2008 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-21-2008 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-06-2008 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-20-2008 | LEGAL SUIT PENDING | | | |
| 02-20-2008 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 06-03-2002 | Taxpayer Deliquency Notice | | | |
| 09-03-2007 | Statutory Notice of Balance Due | | | |
| 12-29-2008 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

WARD DEAN                        EIN/SSN: [      ] ·2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2000
--------------------------------------------------------------------

BALANCE        208,005.76

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____Dorothy W. Rucker_____

TITLE:_____Operations Manager, Accounting Control Services____

DELEGATION ORDER:_____198_____


LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

          ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)             PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WARD DEAN                              EIN/SSN: [          ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 263,752.00 | | | |
| | TAXABLE INCOME 259,952.00 | | | |
| | SELF EMPLOYMENT TAX 2,758.00 | | | |
| 06-13-2002 | RETURN FILED & TAX ASSESSED 07221-050-17602-5 | | 0.00 | 05-09-2005 |
| 09-09-2005 | RECEIVED POA/TIA | | | |
| | FRAUD PENALTY 20073408 | 64,896.93 | | 09-03-2007 |
| | ESTIMATED TAX PENALTY 20073408 | 3,574.55 | | 09-03-2007 |
| 04-15-2002 | WITHHOLDING CREDIT | | 608.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 49247-626-00158-7  20073408 | 90,121.00 | | 09-03-2007 |
| 09-03-2007 | RENUMBERED RETURN 49247-626-00158-7 | | | |
| | INTEREST ASSESSED 20073408 | 59,128.26 | | 09-03-2007 |
| 09-28-2007 | FEDERAL TAX LIEN | | | |
| 02-05-2008 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-07-2008 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

WARD DEAN                         EIN/SSN: [          ] 2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001


|      |                          | ASSESSMENT,    | PAYMENT,     | ASSESSMENT  |
|------|--------------------------|----------------|--------------|-------------|
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS (REVERSAL) | CREDIT (REVERSAL) | DATE (23C, RAC 006 ) |

--------------------------------------------------------------------------

05-21-2008 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

10-06-2008 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-20-2008 LEGAL SUIT PENDING

02-20-2008 CORRECTION OF LEGAL SUIT
           PENDING

09-03-2007 Statutory Notice of Balance Due

12-29-2008 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    2

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [        ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001
-----------------------------------------------------------------------------

BALANCE       217,112.74

    ---------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.    I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

  ---------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:            Dorothy W. Rucker

TITLE:          Operations Manager, Accounting Control Services

DELEGATION ORDER:               198


LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

       ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)                PAGE    3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [          ] -2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 234,788.00 | | | |
| | TAXABLE INCOME 230,863.00 | | | |
| | SELF EMPLOYMENT TAX 15,824.00 | | | |
| 10-31-2006 | SUBSTITUTE FOR RETURN 28210-888-00000-6 | 0.00 | | 11-20-2006 |
| 09-09-2005 | RECEIVED POA/TIA | | | |
| | FRAUD PENALTY 20073408 | 62,066.53 | | 09-03-2007 |
| | ESTIMATED TAX PENALTY 20073408 | 2,843.34 | | 09-03-2007 |
| 04-15-2003 | WITHHOLDING CREDIT | | 4,708.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 49247-626-00159-7   20073408 | 90,317.00 | | 09-03-2007 |
| 09-03-2007 | RENUMBERED RETURN 49247-626-00159-7 | | | |
| | LATE FILING PENALTY 20073408 | 19,262.02 | | 09-03-2007 |
| | INTEREST ASSESSED 20073408 | 51,108.40 | | 09-03-2007 |
| | FAILURE TO PAY TAX PENALTY 20073408 | 21,402.25 | | 09-03-2007 |

FORM 4340  (REV. 01-2002)              PAGE    1

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

WARD DEAN                        EIN/SSN:  [      ] ·2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2002


                                   ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT     DATE (23C,
                                     (REVERSAL)    (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

09-28-2007 FEDERAL TAX LIEN

02-05-2008 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-07-2008 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-21-2008 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

10-06-2008 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-20-2008 LEGAL SUIT PENDING

02-20-2008 CORRECTION OF LEGAL SUIT
           PENDING

09-03-2007 Statutory Notice of Balance Due

12-29-2008 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE     2
```

```
       CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

WARD DEAN                           EIN/SSN: [        ] 2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2002
-------------------------------------------------------------------------------

BALANCE        242,291.54

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____
                                     Dorothy W. Rucker
PRINT NAME:_____
                Operations Manager, Accounting Control Services
TITLE:_____
                                198
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

          ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)              PAGE    3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [          ] 2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 302,259.00 | | | |
| | TAXABLE INCOME 297,509.00 | | | |
| | SELF EMPLOYMENT TAX 17,943.00 | | | |
| 10-31-2006 | SUBSTITUTE FOR RETURN 28210-888-00000-6 | 0.00 | | 11-20-2006 |
| 09-09-2005 | RECEIVED POA/TIA | | | |
| | FRAUD PENALTY 20073408 | 78,648.00 | | 09-03-2007 |
| | ESTIMATED TAX PENALTY 20073408 | 2,835.47 | | 09-03-2007 |
| 04-15-2004 | WITHHOLDING CREDIT | | 1,194.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 49247-626-00160-7   20073408 | 109,674.00 | | 09-03-2007 |
| 09-03-2007 | RENUMBERED RETURN 49247-626-00160-7 | | | |
| | LATE FILING PENALTY 20073408 | 24,408.00 | | 09-03-2007 |
| | INTEREST ASSESSED 20073408 | 52,581.37 | | 09-03-2007 |
| | FAILURE TO PAY TAX PENALTY 20073408 | 22,238.40 | | 09-03-2007 |

FORM 4340  (REV. 01-2002)              PAGE    1

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

WARD DEAN                              EIN/SSN: [          ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003


                                    ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT       DATE (23C,
                                      (REVERSAL)     (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------

09-28-2007 FEDERAL TAX LIEN

02-05-2008 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-07-2008 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-21-2008 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

10-06-2008 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-20-2008 LEGAL SUIT PENDING

02-20-2008 CORRECTION OF LEGAL SUIT
           PENDING

03-14-2005 Taxpayer Deliquency Notice

09-03-2007 Statutory Notice of Balance Due

12-29-2008 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [          ]-2485

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2003
------------------------------------------------------------------------

BALANCE       289,191.24

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Dorothy W. Rucker_ (signature)

PRINT NAME:_____Dorothy W. Rucker_____

TITLE:_____Operations Manager, Accounting Control Services____

DELEGATION ORDER:_____198_____

LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

          ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------------

WARD DEAN                         EIN/SSN: [        ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 358,555.00 | | | |
| | TAXABLE INCOME 353,705.00 | | | |
| | SELF EMPLOYMENT TAX 19,388.00 | | | |
| 10-31-2006 | SUBSTITUTE FOR RETURN 28210-888-00000-6 | | 0.00 | 11-20-2006 |
| 09-09-2005 | RECEIVED POA/TIA | | | |
| | FRAUD PENALTY 20073408 | 93,770.05 | | 09-03-2007 |
| | ESTIMATED TAX PENALTY 20073408 | 3,750.48 | | 09-03-2007 |
| 04-15-2005 | WITHHOLDING CREDIT | | 1,168.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 49247-626-00161-7  20073408 | 130,506.00 | | 09-03-2007 |
| 09-03-2007 | RENUMBERED RETURN 49247-626-00161-7 | | | |
| | LATE FILING PENALTY 20073408 | 29,101.05 | | 09-03-2007 |
| | INTEREST ASSESSED 20073408 | 47,994.26 | | 09-03-2007 |
| | FAILURE TO PAY TAX PENALTY 20073408 | 18,754.01 | | 09-03-2007 |

FORM 4340  (REV. 01-2002)                PAGE    1

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [        ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2004


                                      ASSESSMENT,      PAYMENT,        ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                      (REVERSAL)      (REVERSAL)       RAC 006 )
-----------------------------------------------------------------------------
09-28-2007 FEDERAL TAX LIEN

02-05-2008 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

02-07-2008 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

05-21-2008 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

10-06-2008 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

02-20-2008 LEGAL SUIT PENDING

02-20-2008 CORRECTION OF LEGAL SUIT
           PENDING

09-03-2007 Statutory Notice of Balance Due

12-29-2008 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

WARD DEAN                          EIN/SSN: [          ]-2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2004
------------------------------------------------------------------------------

BALANCE        322,707.85

------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____Dorothy W. Rucker_____

TITLE:_____Operations Manager, Accounting Control Services_____

DELEGATION ORDER:_____198_____


LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

          ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)                    PAGE    3

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------
WARD DEAN                                EIN/SSN:  [          ] ·2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2005

                                         ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT        DATE (23C,
                                         (REVERSAL)      (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                 375,608.00

            TAXABLE INCOME
                 370,608.00

            SELF EMPLOYMENT TAX
                 20,299.00

10-31-2006  SUBSTITUTE FOR RETURN                           0.00        11-20-2006
            28210-888-00000-6

09-09-2005  RECEIVED POA/TIA

            FRAUD PENALTY                  98,919.73                    09-03-2007
            20073408

            ESTIMATED TAX PENALTY           5,470.18                   09-03-2007
            20073408

04-15-2006  WITHHOLDING CREDIT                             602.00

            ADDITIONAL TAX ASSESSED       137,043.00                   09-03-2007
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            49247-626-00162-7  20073408

09-03-2007  RENUMBERED RETURN
            49247-626-00162-7

            LATE FILING PENALTY            30,699.22                   09-03-2007
            20073408

            INTEREST ASSESSED             30,583.79                    09-03-2007
            20073408

            FAILURE TO PAY TAX            11,597.48                    09-03-2007
            PENALTY
            20073408

FORM 4340  (REV. 01-2002)                 PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

WARD DEAN                        EIN/SSN: [        ]·2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
| --- | --- | --- | --- | --- |
| 09-28-2007 | FEDERAL TAX LIEN | | | |
| 02-05-2008 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 02-07-2008 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 05-21-2008 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 10-06-2008 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-20-2008 | LEGAL SUIT PENDING | | | |
| 02-20-2008 | CORRECTION OF LEGAL SUIT PENDING | | | |
| 09-03-2007 | Statutory Notice of Balance Due | | | |
| 12-29-2008 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

WARD DEAN                              EIN/SSN: [      ] 2485


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005
-----------------------------------------------------------------------------


BALANCE       313,711.40

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____

PRINT NAME:_____Dorothy W. Rucker_____

TITLE:_____Operations Manager, Accounting Control Services_____

DELEGATION ORDER:_____198_____


LOCATION: INTERNAL REVENUE SERVICE
          DORAVILLE, GA

          ACCOUNT STATUS DATE 03/24/2009

FORM 4340  (REV. 01-2002)              PAGE    3
```