# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

WARD DEAN

    VS                                    CASE NO. 3:08cv125/RS/MD

UNITED STATES OF AMERICA

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   May 21, 2009
Type of Motion/Pleading: MOTION TO COMPEL DEFENDANTS' FULL COOPERATION WITH DISCOVERY
Filed by:       PLAINTIFF       on  5/20/09     Document     61
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                  WILLIAM M. McCOOL, CLERK OF COURT

                                      s/Civil Case Manager
                                    Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 21st day of May, 2009, that:

(a) The Defendant shall respond to plaintiff's motion to compel within five (5) days from the date of this order.

(b) For future guidance in the event of discovery disputes, the parties should review the court's standard discovery order at: **http://www.flnd.uscourts.gov/attorneys/publication_order_davis.pdf**

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.