UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

    VS                                                  CASE NO.  3:08cv125-RS/MD

THE INTERNAL REVENUE SERVICE, et al.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on  May 21, 2009
Type of Motion/Pleading: MOTION TO COMPEL Defendant's Full Cooperation With Discovery
Filed by: plaintiff   on 5/20/09   Document  61
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                      on _____ Doc.# _____
                                      on _____ Doc.# _____
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      /s/ *C. Justice*
                                      Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 2nd day of June, 2009, that:
(a)   The requested relief is DENIED.
(b)   See Rule 26.2(B).

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.