# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**WARD DEAN,**

    **Plaintiff,**

vs.                                                      **CASE NO.  3:08cv125-RS/MD**

**INTERNAL REVENUE SERVICE,**

    **Defendant.**

_____/

## **ORDER**

    Plaintiff, an inmate in the Federal Bureau of Prisons, currently incarcerated at Tallahassee Federal Correctional Institution, alleges the notices of federal tax liens and notice of levy are procedurally invalid.  This case is set for a bench trial on July 16, 2009, at 9 a.m., CDT, at the United States Courthouse, 30 W. Government Street, Panama City, Florida.

    Plaintiff is proceeding pro se.  This is a notice of an opportunity to provide pro bono consultation at Plaintiff's table during the bench trial.  **Any attorney who wishes to provide consultation may contact Plaintiff directly or chambers at 850-769-4807.**

    Public funds are not available for payment of attorney's fees.  Fees may be recoverable under applicable law if plaintiff ultimately prevails.  See 42 U.S.C. §

1988.  Limited funds sometimes are available from the district's Bench and Bar Fund for payment of out-of-pocket expenses incurred by attorneys providing representation of this type.

The clerk shall email this order to all members of the court's bar who are signed up for electronic noticing.

**ORDERED on June 11, 2009.**

/S/ Richard Smoak_____
**RICHARD SMOAK
United States District Judge**