IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,

    Plaintiff,

v.                                                        CASE NO.: 3:08cv125-RS/MD

UNITED STATES OF AMERICA,

    Defendant.
_____/

### REPORT OF MEDIATION CONFERENCE

DATE OF MEDIATION:   June 1, 2009

ATTENDANCE:   Ward Dean, Plaintiff

    Katherine Walsh, Trial Attorney, Tax Division, United States Department of Justice, for Defendant

**RESULT OF MEDIATION:** The parties reached an impasse.

W. Dexter Douglass, the mediator selected by the parties to conduct mediation in this case, files the following report.

The plaintiff, Ward Dean, and Katherine Walsh, attorney on behalf of the defendant, United States of America, met with the mediator at the Detention Center, Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida, on June 1, 2009, at 10:00 a.m.

After a full discussion with both parties, it was determined and agreed that the matter was at an impasse and no agreement could be reached between the parties.

Filed0615'09UsDcFln3PM0144

Respectfully submitted this 1st day of June, 2009.

_____
W. Dexter Douglass, Mediator
Post Office Box 1674
211 East Call Street (Zip 32301)
Tallahassee, FL 32302-1674
(850) 224-6191 (Telephone)
(850) 224-3644 (Facsimile)
ddouglass@douglass-law.com

_____
Ward Dean, Plaintiff
06076-017
Federal Detention Center
FCI Tallahassee
501 Capital Circle, N.E.
Tallahassee, FL 32301

_____
Katherine Walsh
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044
(202) 353-7205
Katherine.Walsh@usdoj.gov