UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

    VS                                                     CASE NO. 3:08CV125-RS-MD

UNITED STATES OF AMERICA

## JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (Doc. 63) is granted and this action is DISMISSED with prejudice.

                                          WILLIAM M. McCOOL, CLERK OF COURT

July 7, 2009                            s/ Jeremy Wright
DATE                                     Deputy Clerk: Jeremy Wright