Recorded in Public Records 12/05/2006 at 01:28 PM OR Book 6042 Page 1660,
Instrument #2006120508, Ernie Lee Magaha Clerk of the Circuit Court Escambia
County, FL Recording $10.00

**$10.00 DUE**

| Form 668 (Y)(c)<br>(Rev. February 2004) | 7131 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>330071806 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer WARD DEAN

Residence      8799 BURNING TREE RD
               PENSACOLA, FL 32514

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | XXX-XX-2485 | 04/24/2000 | 05/24/2010 | 59980.52 |
| 6682 | 12/31/2001 | XXX-XX-2485 | 07/01/2002 | 07/31/2012 | |
| 6682 | 12/31/2001 | XXX-XX-2485 | 07/08/2002 | 08/07/2012 | 1000.58 |
| 6702 | 12/31/1997 | XXX-XX-2485 | 04/03/2000 | 05/03/2010 | 500.00 |
| 6702 | 12/31/1998 | XXX-XX-2485 | 11/27/2000 | 12/27/2010 | 500.00 |

| Place of Filing | CLERK OF CIRCUIT COURT<br>ESCAMBIA COUNTY<br>PENSACOLA, FL 32595 | Total | $ 61981.10 |
|---|---|---|---|

This notice was prepared and signed at _____ JACKSONVILLE, FL _____ , on this,

the ____ 22nd ____ day of ____ November ____ , 2006 .

| Signature     *K. A. Mitchell*<br>for C. NICHOLS | Title<br>REVENUE OFFICER<br>(850) 430-1110 x1100 | 23-09-2414 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO. 60025X

Ex A

Recorded in Public Records 10/02/2007 at 01:29 PM   OR Book 6227   Page 832,
Instrument #2007094265,   Ernie Lee Magaha Clerk of the Circuit Court Escambia
County, FL Recording $10.00

| Form 668 (Y)(c)<br>(Rev. February 2004) | 4811 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | **Serial Number**<br>392540607 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  WARD DEAN

Residence        8799 BURNING TREE RD
                 PENSACOLA, FL 32514

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1997 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 250593.56 |
| 1040 | 12/31/1998 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 442431.65 |
| 1040 | 12/31/1999 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 226212.69 |
| 1040 | 12/31/2000 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 208005.76 |
| 1040 | 12/31/2001 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 217112.74 |
| 1040 | 12/31/2002 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 242291.54 |
| 1040 | 12/31/2003 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 289191.24 |
| 1040 | 12/31/2004 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 322707.85 |
| 1040 | 12/31/2005 | XXX-XX-2485 | 09/03/2007 | 10/03/2017 | 313711.40 |

Place of Filing
                 CLERK OF CIRCUIT COURT
                 ESCAMBIA COUNTY               Total  |$  2512258.43
                 PENSACOLA, FL 32595

This notice was prepared and signed at _____ JACKSONVILLE, FL _____ , on this,

the ___ 19th ___ day of ___ September ___, 2007.

| Signature   *R. A. Mitchell*<br>for C. NICHOLS | Title<br>REVENUE OFFICER<br>(850) 430-1110 x1100 | 23-09-2414 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Ex ℔



LKY7012420202

| Form 668-W(ICS) | Department of the Treasury – Internal Revenue Service | 7012420202 |
| --- | --- | --- |
| (Rev. July 2002) | **Notice of Levy on Wages, Salary, and Other Income** | |

DATE: 01/08/2007

REPLY TO:  Internal Revenue Service
C. NICHOLS
125 W. ROMANA ST. SUITE 300
125 W. ROMANA ST., SUITE 300
PENSACOLA, FL 32502-5857

TELEPHONE NUMBER
OF IRS OFFICE:  (850)430-1110

NAME AND ADDRESS OF TAXPAYER:
WARD DEAN
8799 BURNING TREE RD
PENSACOLA, FL 32514

TO:  DEFENSE FINANCE AND ACCOUNTING SERV
CLEVELAND CENTER - RETIREE PAY
1240 E 9TH ST
CLEVELAND, OH 44199-2055

IDENTIFYING NUMBER(S):  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

DEAN

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
| --- | --- | --- | --- | --- |
| 1040 | 12/31/1996 | 58023.01 | 35276.85 | 93299.86 |
| | | | | |
| | | | | |
| | | | Total Amount Due  ⟹ | 93299.86 |

We figured the interest and late payment penalty to  02-07-2007

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

The Internal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy this money to the extent it isn't exempt, as shown in the instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

If you don't owe money to this taxpayer, please call us at the telephone number at the top of this form. Instead of calling us you may complete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

| Signature of Service Representative | | Title | |
| --- | --- | --- | --- |
| C. NICHOLS | | REVENUE OFFICER | Exhibit C |

Part 1 –     For Employer or other Addressee     Catalog No. 35390F     www.irs.gov     Form 668-W(ICS) (7-2002)

LKY7062709542

## RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| FEB 21, 2007 | APR 02, 2007 | 7062709542 2485 |

PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES

**DFAS POINTS OF CONTACT**

DEFENSE FINANCE AND ACCOUNTING SERVICE
US MILITARY RETIREMENT PAY
PO BOX 7130
US MILITARY RETIREMENT PAY
PO BOX 7130
LONDON KY 40742-7130

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

myPay
https://myPay.dfas.mil
1-877-363-3677

CDR WARD F DEAN USN RET
8799 BURNING TREE RD
PENSACOLA FL 32514-5604

### PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | 3,990.00 | 3,990.00 | FITW | 653.95 | 653.95 |
| TAXABLE INCOME | 3,990.00 | 3,990.00 | TAX LEVIES | | 2,606.88 |
| | | | NET PAY | 3,336.05 | 729.17 |

### PAYMENT ADDRESS

8799 BURNING TREE ROAD
PENSACOLA, FL 32514-5604

### YEAR TO DATE SUMMARY (FOR INFORMATION ONLY)

| | |
|---|---|
| TAXABLE INCOME: | 11,970.00 |
| FEDERAL INCOME TAX WITHHELD: | 1,961.85 |

### TAXES

| | |
|---|---|
| FEDERAL WITHHOLDING STATUS: | SINGLE |
| TOTAL EXEMPTIONS: | 00 |
| FEDERAL INCOME TAX WITHHELD: | 653.95 |

### SURVIVOR BENEFIT PLAN (SBP) COVERAGE

NO SBP ELECTION IS REFLECTED ON YOUR ACCOUNT.

DFAS-CL 7220/148 (REV 03-01)

IA51F

DEAN

Exhibit D

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF OKLAHOMA

3

4

5

6     UNITED STATES OF AMERICA,)

7          Plaintiff,           )

8     vs.                       ) CASE NO. 08-CV-00278-

9     LINDSEY K. SPRINGER,      )          TCK-PJC

10    et al.,                   )

11         Defendants.          )

12

13

14

15

16              DEPOSITION OF:  RENEE MITCHELL

17                 Thursday, April 2, 2009

18                      10:00 a.m.

19

20

21

22

23    REPORTED BY:

24    Jennifer Strothers

Exhibit E

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF OKLAHOMA
 3
 4
 5
 6   UNITED STATES OF AMERICA,)
 7      Plaintiff,         )
 8      vs.                ) CASE NO. 08-CV-00278-
 9   LINDSEY K. SPRINGER,   )        TCK-PJC
10   et al.,               )
11      Defendants.        )
12
13
14
15
16      DEPOSITION OF:  RENEE MITCHELL
17         Thursday, April 2, 2009
18              10:00 a.m.
19
20
21
22
23   REPORTED BY:
24   Jennifer Strothers
```

2

```
 1        IN THE UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF OKLAHOMA
 3
 4
 5
 6   UNITED STATES OF AMERICA,)
 7      Plaintiff,         )
 8      vs.                ) CASE NO. 08-CV-00278-
 9   LINDSEY K. SPRINGER,   )        TCK-PJC
10   et al.,               )
11      Defendants.        )
12
13
14           The deposition of RENEE MITCHELL,
15   witness herein, taken by the defendant as upon
16   cross-examination pursuant to the Federal Rules of
17   Civil Procedure and pursuant to Notice and
18   stipulations hereinafter set forth at the offices
19   of the United States Attorney General's Office,
20   221 East Fourth Street, Cincinnati, Ohio, at 10:00
21   a.m., on Thursday, April 2, 2009, before Jennifer
22   Strothers, a notary public within and for the
23   State of Ohio.
24
```

3

```
 1              APPEARANCES:
 2
 3
     On behalf of the Plaintiff:
 4
 5        JAMES C. STRONG, ESQUIRE
          U.S. Department of Justice
 6        P.O. Box 7238
          Ben Franklin Station
 7        Washington, DC  20044
          (202) 514-9953
 8
 9
     On behalf of the Defendant:
10
          Pro Se
11        5147 South Harvard, Suite 116
          Tulsa, Oklahoma  74135
12        (479) 420-9246
13
14
15
16
17
18
19
20
21
22
23
24
```

4

```
 1           S T I P U L A T I O N S
 2
 3           It is stipulated by and between counsel
 4   for the respective parties that the deposition of
 5   RENEE MITCHELL, may be taken at this time by the
 6   defendant as upon cross-examination pursuant to
 7   the Federal Rules of Civil Procedure and pursuant
 8   to Notice and agreement of counsel as to the time
 9   and place; that the deposition may be taken in
10   stenotypy by the notary public court reporter and
11   transcribed by her out of the presence of the
12   witness; that the deposition is to be submitted to
13   the deponent for her examination and signature,
14   and that signature may be affixed out of the
15   presence of the notary public court reporter.
16
17
18
19
20
21
22
23
24
```

```
 1                I N D E X
 2
 3        Witness              Page
 4
 5    RENEE MITCHELL
 6                      Cross  Direct  Re-Cross
 7    By Mr. Springer      6              126
 8    By Mr. Strong             126
 9
10
11            E X H I B I T S
12
13
14          (No Exhibits Marked.)
15
16
17
18
19
20
21
22
23
24
```

```
 1                RENEE MITCHELL,
 2    of lawful age, as having been duly sworn, was
 3    examined and testified as follows:
 4                CROSS-EXAMINATION
 5    BY MR. SPRINGER:
 6         Q    We are here today in case 08-00278
 7    styled United States of America versus Lindsey K.
 8    Springer, et al.  I am Lindsey Springer.  Nice to
 9    meet you.  To your left is Mr. Strong.
10              Would you please state your name in
11    full?
12         A    Renee Mitchell.
13         Q    Is that Renee A. Mitchell?
14         A    Yes.
15         Q    Mrs. Mitchell, is that your real name or
16    a pseudonym?
17         A    That is my real name.
18         Q    Can you tell me, are you R.A. Mitchell
19    that has occasion to have her name or signature
20    appear on documents from the Internal Revenue
21    Service?
22         A    Yes.
23         Q    Could you please tell me your background
24    and education?  How much education do you have as
```

```
 1    far as high school or college?  If you could
 2    describe that?
 3         A    I have a BS degree.
 4         Q    Where is that from?
 5         A    Morgan State University.
 6         Q    When did you graduate from Morgan State
 7    University?
 8         A    In May 1977.
 9         Q    As far as after you graduated, could you
10    give me some general -- not specific, but how you
11    got to the Internal Revenue Service?  Have you
12    been there your whole career or have you had other
13    employment before the IRS?
14         A    Yes, I had some employment prior to the
15    IRS.  I have been at the IRS since 1979.
16         Q    Just two years between the time you
17    graduated and the time you went to the Internal
18    Revenue Service?
19         A    Yes.
20         Q    Where was your first duty, post of duty,
21    or where were you first assigned with the Internal
22    Revenue Service?
23         A    Baltimore, Maryland.
24         Q    How long were you in Baltimore?
```

```
 1         A    Off and on, I was last assigned there in
 2    the year 2000.
 3         Q    When you say "off and on", could you
 4    explain what you meant by that?
 5         A    I had a variety of positions within the
 6    IRS.
 7         Q    Is that safe to say that you moved
 8    around periods of time to different locations in
 9    the country?
10         A    Yes.
11         Q    Are you familiar with the
12    phrase "district director" or "Internal Revenue
13    District"?
14         A    Yes.
15         Q    Is it true that prior to 1998, '99, 2000
16    area, that your location was designated in
17    reference to the Internal Revenue District whether
18    it be service centers or inside the district, if
19    you know?
20         A    Pretty much we were broken up in
21    districts.
22         Q    Can you tell me what your -- up to 2000
23    -- what was your -- take me from '79 forward, in
24    general what your job description was or title was
```

1    that you had with the Internal Revenue Service?
2      A    A lot of different positions.
3      Q    Let me see if I can help you.  Have you
4    ever been a revenue agent?
5      A    I have been a revenue officer.
6      Q    Since '79?
7      A    No.  I started in the old taxpayer
8    service.
9      Q    That was in '79?
10     A    Yes.
11     Q    When did you become a revenue officer?
12     A    In 1982.
13     Q    Where were you assigned district-wise in
14   1982?
15     A    In the Baltimore district.
16     Q    Do you remember whether Maryland was an
17   Internal Revenue District by itself or whether it
18   had more than one area besides Maryland that it
19   covered, if you know?
20     A    I do not really know.  It was the
21   Baltimore district.
22     Q    Have you any knowledge of how many
23   districts there were in 1982?  If you know?
24     A    Maybe over 60.

1      Q    Maybe over 60.  On that issue, do you
2    ever remember between 1982 and, say 1999 -- for
3    the sake of the Reform and Restructuring Act of
4    1998, do you ever remember that being changed to
5    33?  Do you remember it being changed in that time
6    period?
7      A    Yes, it has changed over the course of
8    the years.
9      Q    You have no knowledge of why that would
10   have changed, do you?
11     A    No.
12     Q    I can tell that.  Now, the significance
13   of a district director -- what does that mean to
14   you up until 1988 or '99?
15     A    That was the executive that had a
16   specific area.
17     Q    How would the district director become
18   the district director, say, of Baltimore?  Is that
19   appointed by the President or hired by the
20   commissioner of Internal Revenue, if you know?
21     A    Various processes over the years.
22     Q    As you became a revenue officer in 1982,
23   did that become a position that you had to ask for
24   or something that someone appointed you to?  How

11

1    did you go from the taxpayer service center to a
2    revenue officer?
3      A    I applied for the position.
4      Q    And in becoming a revenue officer, there
5    is a certain set of credentials that are given to
6    you to become a revenue officer, is that true?
7      A    I do not know what you mean.
8      Q    Do you get a badge number, a commission
9    or some type of document or identification that
10   says "I am a revenue officer"?
11     A    Yes.
12     Q    What is that?  What identification and
13   where would it come from?  If you could answer
14   both of those.
15     A    You get what is called a pocket
16   commission.
17     Q    Is that safe to say that is your badge
18   of authority?  If someone said --
19     A    I am not sure what you are asking.
20     Q    If you walked up to somebody and
21   said, "I am with the Internal Revenue Service.  I
22   am a revenue officer.  And I am here to do my job
23   as a revenue officer", how do you identify
24   yourself?

12

1      A    By name.
2      Q    Has anyone ever asked you to show that
3    you are R.A. Mitchell and that you are authorized
4    to be a revenue officer for the Revenue Service?
5      A    I think the commission I am talking
6    about is for identification purposes.
7      Q    Did you bring that with you today?
8      A    I am not a revenue officer today.
9      Q    Did you turn that pocket commission back
10   in when you became -- strike that.  When, in your
11   life with the IRS, did you cease being a revenue
12   officer?
13     A    Around 1999.
14     Q    Does that have anything to do with the
15   reform and restructuring of the IRS?
16     A    No.
17     Q    If you could tell me when you ceased
18   being a revenue officer, did you turn the pocket
19   commission in to somebody?
20     A    Yes.
21     Q    Okay.  When you did that, still being
22   with the IRS, what job title did you obtain in
23   1999?
24     A    Collection division chief.

13

1    Q    Out of where?

2    A    At the time it was the Delaware,

3  Maryland district.

4    Q    So when you were a revenue officer -- is

5  it safe to say you were a revenue officer from

6  1982 until 1999?

7    A    Off and on.

8    Q    Sorry to pry, that "off and on" part is

9  what I am trying to get to so I can get past it.

10      If you stopped being a revenue officer,

11  did you give up the pocket commission or hold it

12  the entire time?

13    A    You have to give it up.

14    Q    Can you, just in general terms, explain

15  how you go back and forth between '82 and '99 from

16  being a revenue officer to something else?  Then I

17  will ask you -- where I am leading -- what were

18  you when you were not a revenue officer?

19    A    As I mentioned before, I had a variety

20  of jobs.

21    Q    Okay.

22    A    Some as a revenue officer and some as an

23  analyst.

24    Q    Is that a pre-1999 term?

14

1    A    No, we still have it.

2    Q    Still have it.  Is the description of an

3  analyst different from '99 and before, versus '99

4  and forward?

5    A    Some analyst positions are.

6    Q    If you could explain what an analyst did

7  prior to 1999?

8    A    Very similar to what they do today,

9  except at some point in my career I held the

10  position as a regional analyst.

11    Q    Now, is that -- did you become a

12  regional analyst before 1999?

13    A    Yes.

14    Q    There is no more regional analysts after

15  1992; isn't that true?

16    A    True.

17    Q    When you surrendered the pocket

18  commission and you became an analyst, can you

19  explain generally what that job description --

20  what would you do as an analyst, just generally?

21    A    Analyze data.

22    Q    Of a specific taxpayer?

23    A    No.  Analyze data from specific areas.

24  I was assigned to a region or areas to that

15

1  region.

2    Q    "Area" is a post-'99 term and "region" is

3  a pre-'99 term?

4    A    Yes.

5    Q    So, when you would go back and forth,

6  you would go back and forth from analyzing

7  information that had to with many people, versus

8  information as a revenue officer always

9  case-specific people; is that true for the most

10  part?

11    A    For the most part.

12    Q    Now, prior to 1999 as a revenue officer,

13  what would your basic -- I will say this is not

14  including your collection chief position that you

15  took after this, because I understand there is

16  some overseeing of revenue officers with that

17  position; so I will go first with what was your

18  specific functions as a revenue officer?  In other

19  words, what were you were doing as a revenue

20  officer when you weren't an analyst?  Were you

21  collecting taxes?

22    A    When I was not an analyst?

23    Q    Yes, ma'am.

24    A    I had assigned inventory for part of the

16

1  time.  I did a -- worked a variety of cases.

2    Q    Now, when you say "variety of cases"

3  and "inventory", that means that somebody has to

4  assign you to a certain case; is that true?

5    A    Yes.

6    Q    And is every case that you'd be assigned

7  a taxpayer-specific type of case?  There's a

8  specific name, social security number?

9    A    Not always.

10    Q    You are familiar with the collection

11  procedures before 1999 on this part of the

12  deposition, dealing with the collection of income

13  taxes; is that true?

14    A    Yes.

15    Q    And is it true, to the best of your

16  knowledge, that the person assigned prior to 1999

17  to collection income taxes, is the district

18  director?

19    A    No.

20    Q    Are you familiar with section 6301 of

21  the income tax code?

22    A    Yes, by and large.

23    Q    I will try to refresh you because -- let

24  me lay a little foundation so your answers mean

1    something to this.

2            In your job as a revenue officer, have

3    you had occasion to have to deal with Internal

4    Revenue Code statutes and regulations?

5        A    Yes.

6        Q    Is it your understanding under your job

7    description as a revenue officer, that a

8    regulation has to correspond with a statute,

9    generally?

10       A    At that point in my career as a revenue

11   officer, yes, I had some knowledge of the code and

12   procedures, but that was not my job to deal with

13   that.

14       Q    But you did have to be aware of certain

15   procedures so you were not being alleged to have

16   violated some taxpayer right; is that true?

17       A    That is true.

18       Q    At any time between 1995 and 1998, did

19   you ever testify or give testimony in relation to

20   Congress' looking into overhauling the Internal

21   Revenue Service?

22       A    No.

23       Q    Have you ever written any opinions about

24   things you learned or found while you were at the

1    Internal Revenue Service that you thought were

2    abuses or things you thought needed to change with

3    the IRS?

4        A    No, I didn't.

5        Q    Does that mean -- even though you

6    didn't, does that mean you have not seen anything

7    that needs to be changed or were never asked?

8        A    It does not mean either of those.

9        Q    Specifically, I am trying to lay some

10   general foundation so the Judge can rely on your

11   testimony.

12            This is the Internal Revenue Code for

13   2005.  Without you saying you know this has ever

14   changed, that is 6301.  Have you ever had occasion

15   to read that section that says "Collection

16   Authority"?

17       A    Not from this.

18       Q    Not from a book?

19       A    Not from the book you are presenting.

20       Q    Have you ever seen section 6301 in any

21   publication by the IRS?

22       A    A long time ago.

23       Q    Is that part of your training to become

24   a revenue officer?

1        A    References to the code were.

2        Q    In specifically since you are collecting

3    taxes, collection authority is very important to

4    you, isn't it?

5        A    Yes.

6        Q    Now, I mentioned a minute ago in a

7    general sense, about regulations.  In your

8    training, at times aren't you directed to

9    regulations for actually learning how to enforce

10   the code?

11       A    When you become a revenue officer you

12   actually go through a training that is not --

13   gives some identification, but you're more

14   concerned with how you perform your jobs.  As a

15   revenue officer, it is not my job as that type of

16   employee to, you know --

17       Q    Okay.  I hear that. You are familiar

18   with the Reform and Restructuring Act in general,

19   because it was such a significant change to the

20   IRS?

21       A    Yes.

22       Q    One of the parts is the Collection Due

23   Process phase.  Are you familiar with that

24   language?

1        A    Yes.

2        Q    One of the changes, significant changes,

3    was that when you give -- when the IRS gives

4    notice of a levy or a lien, they are supposed to

5    offer a Collection Due Process hearing.  Is that

6    true or false?

7        A    I believe that is true.

8        Q    Have you ever -- bear with me just one

9    second.  When you said you believe that is true,

10   do you know of any time when a notice has been

11   sent out for a lien or a levy with an offering of

12   Collection Due Process hearing with your signature

13   on it?

14       A    That, I can't answer.

15       Q    We will get to that in a minute.  I had

16   to get that because where I was going with 6301.

17            Would you say up until 1999 as far as

18   your training is concerned, that the district

19   director was assigned in each district to collect

20   income taxes in each district?

21       A    Based on my training?

22       Q    Yes, ma'am.  As a revenue officer.

23       A    Based on my training as a revenue

24   officer I was given inventory and had

1    responsibility for resolving that inventory.

2        Q    Who assigned that responsibility?

3        A    My manager.

4        Q    Is that pre-1999 when that was a group

5    manager?

6        A    Yes.

7        Q    That has changed after '99; has it not?

8        A    No.

9        Q    Still group manager?

10       A    Yes.

11       Q    Okay.  Sorry, the group area that that

12   group manager was over prior to '99 changed after

13   1999; is that true?  In other words, group manager

14   in a district prior to '99, the restructure took

15   place, the group manager was over an area?

16       A    No.

17       Q    Can you explain that why that is not

18   true?

19       A    A group manager is still a group

20   manager.  A group manager is a front-line manager.

21       Q    "Front-line"?

22       A    Yes.  He provides oversight for

23   front-line employees.

24       Q    "Police"?

1        A    Employees.

2        Q    When you say "group" in group manager,

3    what does the "group" word mean?

4        A    The group of employees.

5        Q    Okay.  Do they have to have -- sorry.

6    In your pocket commission you received as revenue

7    officer, did it assign you to a certain place or

8    region or area, or certain land, to collect taxes

9    or could you go anywhere in the country and

10   collect taxes?

11       A    No.  When you are hired as any position,

12   even for revenue officer, you are hired for a

13   specific post of duty.

14       Q    "Post of duty".  Is that the same

15   terminology they used after '99 as well?

16       A    Yes.

17       Q    Still "post of duty"?

18       A    Yes.

19       Q    How many post of duties have you had?

20   Just a guess.

21       A    I can't remember.

22       Q    Many?

23       A    Many.

24       Q    If I said more that 20, is that safe?

1        A    Yes.

2        Q    Okay.  Prior to 1999 as revenue officer

3    to collect taxes, did you have the authority to

4    issue Notices of Intent to Levy?

5        A    Yes.

6        Q    That was within the pocket commission

7    power that you were given?

8        A    The pocket commission was for purposes

9    of identification.

10       Q    Only?

11       A    It was an official document used to

12   identify me.

13       Q    Who gave you the authority to collect

14   taxes as revenue office -- is Notice of Intent to

15   Levy intent to collect taxes?

16       A    Yes.

17       Q    Who gave you the authority -- prior to

18   1999, who gave you authority to issue Intent to

19   Levy?

20       A    I believe the Internal Revenue Code.

21       Q    Based on you being a revenue officer?

22       A    That position.

23       Q    If I asked you use the word "grade"

24   or "grade level", am I -- do you have a grade as a

1    revenue officer?  Like a level -- we have heard

2    testimony of 12s and 14s, do those numbers mean

3    anything?

4        A    Yes, you can have a grade.

5        Q    At the time prior to 1999 as revenue

6    officer, did you have a grade?

7        A    Yes.

8        Q    Can you tell me where you began and

9    where you ended as a grade level?

10       A    I began as a five.

11       Q    That is 1982 basically?

12       A    Yes.

13       Q    Then --

14       A    Ended at 14.

15       Q    What grade do you have to have to be

16   authorized to issue a Notice of Intent to Levy?

17       A    At this point, I do not know.

18       Q    1999 backwards?

19       A    I can't tell you.

20       Q    After 1999 have you ever been a revenue

21   officer?

22       A    No.

23       Q    You have not made attempt to collect by

24   levy since at least 1999?

```
 1      A    Me personally?
 2      Q    In your official title as a revenue
 3  officer and any title that you ever had, if you
 4  know?
 5      A    As I move on past that job, like a
 6  collection division chief.
 7      Q    Right.  We will get to that.  I am
 8  saying as a revenue officer.  This is 1999
 9  backwards.  The Restructuring Act is what is
10  causing these questions to be divided.  I am not
11  trying to make that more difficult than it is.
12      A    Okay.
13      Q    At the time that you had power to
14  collect taxes as a revenue officer prior to 1999,
15  did you also have the power to sign a Notice of
16  Lien?
17      A    Yes.
18      Q    Is it safe to say that the form that
19  generally used to issue Notice of Federal Tax Lien
20  is a 668 form?
21      A    That is one of the forms.
22      Q    And there is a 66Y and 66Z?
23      A    Yes, there are several in the series.
24      Q    As a revenue officer, if you Notice of
```

```
 1  Federal Tax Lien prior to 1999, it had to be
 2  signed; is that true?
 3      A    Yes.
 4      Q    This is so hard because of the split in
 5  '99.  I will bring you post-'99 then come back to
 6  that.  Since 1999, since the IRS was overhauled
 7  and you stopped being a revenue officer, what is
 8  your official job description?  You gave me
 9  collection chief in Maryland; is that consistent
10  in the last nine years?
11      A    No.
12      Q    How many times has that changed since
13  '99?
14      A    Four times.
15      Q    Can you tell me beginning in 1999, when
16  you stopped being a revenue officer, what did you
17  start there as and where are you today?
18      A    In 1999 I was collection division chief.
19      Q    In Maryland?
20      A    Yes.
21      Q    Okay?
22      A    October 2000 I was the director, area 6.
23      Q    Area 6 director.  Is that a new position
24  created by the Reform and Restructuring Act?
```

```
 1      A    Under the new law.
 2      Q    Can you tell me what area that covered?
 3      A    That covered Ohio, Michigan, Kentucky,
 4  West Virginia, some parts of Indiana, Wisconsin
 5  and Illinois.
 6      Q    Only part of Indiana, the rest is
 7  completely --
 8      A    -- covered, yes, right.
 9      Q    And Illinois, right?
10      A    Yes.
11      Q    How long were you area director over
12  those areas that you just described?
13      A    Until October 2002.
14      Q    Where did you go from there?
15      A    I went to headquarters.
16      Q    Washington, DC?
17      A    New Carrolton.
18      Q    How long were you there?
19      A    I was there from October 2002 until
20  January 2006.
21      Q    From there where did you go?
22      A    To this present position.
23      Q    Which is what?
24      A    Director Campus Compliance Operations,
```

```
 1  Cincinnati.
 2      Q    Okay.  In 2000, as area director, is
 3  that -- prior to 1999 there were district
 4  directors and Internal Revenue districts.  After
 5  1999, there were areas and you said you were area
 6  director.  You said area 6?
 7      A    Yes.
 8      Q    How many areas were there, if you know?
 9      A    There were -- I really do not know.  My
10  area relates to small business, self-employed.
11      Q    For the 2000 to 2002 time period?
12      A    Yes.
13      Q    Are you saying you were only over small
14  business and self-employed issues in those areas:
15  Ohio, Michigan, part of Indiana, Kentucky,
16  Wisconsin, West Virginia, Illinois?
17      A    Correct.
18      Q    When you went to headquarters in New
19  Castle, what was your title?
20      A    Director case management.
21      Q    Was that over the whole country?
22      A    I had people throughout the entire
23  country, but again, that is small business,
24  self-employed.
```

29

```
1       Q    You went from small business in an area,
2    to over all the areas of small business,
3    self-employed, area directors come to you?
4       A    Yes.
5       Q    How would you be over?
6       A    I was not over, I had employees.  I went
7    from having employees in a specific state, to
8    having employees across the country.
9       Q    So, at the time you were an area
10   director, would you have been considered an
11   employee to somebody who was a director of case
12   management?
13      A    No.  That is different.
14      Q    Okay.  What would you do as director of
15   case management?  What kind of issues would your
16   employees have that you would be assigned to help
17   them figure out or --
18      A    As director of case management I had
19   oversight for insolvency, technical services,
20   quality review and case processing.
21      Q    That is 2002 through 2006?
22      A    That is from 2002 to 2005.
23      Q    What changed in 2005?
24      A    We restructured those organizations,
```

30

```
1    those programs.
2       Q    Are those programs as of 2002, were they
3    still being implemented as they were prior to the
4    Restructuring Act or were they changed a second
5    time?
6       A    They were changed a second time.
7       Q    Do you know the reasons for those
8    changes generally?
9       A    Just a sheer volume.
10      Q    Okay.  As area director over small
11   business from 2002 to 2006, even though you
12   changed in 2005, that was a technical change,
13   right?  You testified 2002 through 2006 you were
14   at headquarters?
15      A    Yes, in New Carrolton.
16      Q    But in 2005 things changed while you
17   were there?
18      A    Yes.
19      Q    And that is the second change, but you
20   weren't there when the initial changes took place,
21   the Restructuring Act changed things at the
22   beginning of the century, you were not involved in
23   any of that?
24      A    I was in area 6.
```

31

```
1       Q    Right.  I know you wonder where I am
2    going.  You are being honest with me and I
3    appreciate that.
4            Have you ever heard of the name Lindsey
5    Springer before you were contacted -- start
6    better.  How did you find out about being deposed
7    and being here today?
8       A    I was notified that I was being deposed
9    and to report to this location.
10      Q    By who?
11      A    Mr. Strong.
12      Q    Had you ever met Mr. Strong before that?
13      A    No.
14      Q    Okay.  Have you ever had an occasion to
15   hear, in your employment, the name Lindsey
16   Springer?
17      A    Before he contacted me?
18      Q    Yes.
19      A    No.
20      Q    Have you, in your official capacity or
21   individual capacity, have you ever been sued for
22   something allegedly that you did in your job
23   description as an Internal Revenue Service
24   director or analyst or case manager or campus
```

32

```
1    compliance operation?
2       A    Yes.
3       Q    Do you know the first time you were ever
4    sued for any of those?
5       A    No.
6       Q    Has it been beyond -- do you know how
7    many times you have been sued?
8       A    No.
9       Q    How do you find out that you have been
10   sued?
11      A    Generally someone notifies me.
12      Q    You get served with process?
13      A    No.
14      Q    You do not get served with process?
15      A    No.
16      Q    Come through the mailroom of the
17   location you are at?
18      A    Sometimes, yes.
19      Q    Generally speaking, certified mail?
20      A    I do not know.  It just shows up.
21   Generally someone contacts me from the appropriate
22   office and tells me.
23      Q    Have you ever had to give a deposition
24   before?
```

```
1      A    No.
2      Q    First one ever?
3      A    Yes.
4      Q    Have you ever -- do you know the outcome
5  of any of those cases that you said were too
6  numerous to even count -- I am not putting words
7  in your mouth.  Do you know the outcome of any of
8  those cases?
9      A    No.
10     Q    Has anyone ever obtained a judgment
11 against you because of conduct you took in your
12 individual capacity?
13     A    I do not know of any.
14     Q    You would know that, true?
15     A    I hope I would know.
16     Q    Has anybody ever, from the government,
17 ever paid for a judgment that was rendered against
18 you in your official capacity?
19     A    Not that I know of.
20     Q    Do you know whether the Internal Revenue
21 Service can sue or be sued, do you know?
22     A    I do not actually know.
23     Q    Do you know the subject matter, the
24 general subject matter of the cases that you have
```

```
1  been sued about?
2      A    I assume in my official capacity.
3      Q    Do you know what the conduct is that
4  people are complaining about?
5      A    Just that my name usually turns up
6  because my name appears on the lien.
7      Q    "On the lien", you mean Notice of Federal
8  Tax Lien?
9      A    Yes.
10     Q    How does your name usually appear on
11 Notice of Federal Tax Liens?
12     A    I think R.A. Mitchell, primarily.
13     Q    Does it appear on the Notice of Tax
14 Liens in general for a reason?
15     A    It is part of my job.
16     Q    Part of your job in which -- since 2006?
17     A    Yes.
18     Q    So, would you safely say prior to 2006,
19 it would be rare to see your name on Notice of
20 Federal Tax Lien?
21     A    I do not know how rare.  I worked
22 inventory for a while.
23     Q    From 2002 to 2006?
24     A    That is pre.
```

```
1      Q    So, right.  Because your name appears on
2  Notice of Federal Tax Liens, generically, I am not
3  specific -- what does putting your signature on
4  those documents -- what do you mean by putting
5  that name on the tax liens; what does that tell
6  the public?
7      A    That I am authorized to have my name
8  placed on those tax liens by virtue of the
9  position that I hold.
10     Q    It does not mean that -- for instance,
11 have you ever heard the name Brenda Jones?
12     A    Not that I can remember.
13     Q    Have you ever heard the name Kim Norman?
14     A    Not that I can remember.
15     Q    Lori Skoville?
16     A    No.
17     Q    Michael W. Cox?
18     A    Michael Cox, yes.
19     Q    You do know Michael Cox?
20     A    Yes.
21     Q    Where is he out of?
22     A    Out of the same place I am out of.
23     Q    Is he underneath you?
24     A    Yes, he works for me.
```

```
1      Q    He is an employee of yours?
2      A    Yes.
3      Q    Do you know what grade he is?
4      A    His designation is not grade, per se.
5  He is job series 340-01.
6      Q    Is that code section 3401?
7      A    No.
8      Q    We are all sitting here trying to figure
9  it out.  Diane Thomas?
10     A    No.
11     Q    The reason I ask you those names, many
12 documents appear with your name signed over the
13 top of their printed name.  And it says, like, in
14 particular for somebody?
15     A    Yes.
16     Q    But their name is not signed.  The
17 question that looms is: Why didn't they sign it?
18 If it is for them, why aren't they signing it
19 instead of you signing it?
20     A    In my current position, as a part of my
21 official job duties, I am authorized to sign for
22 those folks.
23     Q    Those people are not authorized; is that
24 what you are saying?
```

1      A    No, I did not say that.

2      Q    Why would they need to get your

3    signature if they could sign it; if you know?

4      A    The way the liens are processed.

5      Q    The process, then?

6      A    Yes.

7      Q    So, do all notice of federal tax liens

8    have to be processed through your employment --

9    compliance operation -- campus compliance

10   operation?

11     A    No.

12     Q    Have you ever heard the name C. Sherwood

13   before?

14     A    Yes.

15     Q    That is Cheryl Sherwood, true?

16     A    Yes.

17     Q    Do you know where she is out of?

18     A    New Carrolton.

19     Q    She is in the headquarters?

20     A    Yes.

21     Q    Is she above you, with you, side by side

22   or below you?

23     A    She is my boss.

24     Q    Boss, okay.  What is her job title?

1      A    Director campus compliance services.

2      Q    "Services" means the whole country?

3      A    Yes, there are several campuses.

4      Q    She is over all of them?

5      A    Yes.

6      Q    How long has she been in that position,

7    do you know?

8      A    I do not know.

9      Q    At least since you have been there in

10   2006?

11     A    No, less than that.

12     Q    Okay.  Explain how a notice of tax lien

13   that starts in a blank form, that needs to be

14   filled in, and winds up with your signature on

15   it.  How does that happen; if you know?

16     A    The process?

17     Q    Yes.

18     A    The site process.

19     Q    Your "site" meaning campus compliance

20   operations in Cincinnati?

21     A    Yes.

22     Q    Is that over the same areas: Ohio,

23   Michigan, West Virginia and Kentucky?

24     A    No.

1      Q    Is that the whole country?

2      A    No.  It is not over the whole country.

3      Q    What does it cover?

4      A    It is hard to explain. It covers

5    different things.

6      Q    It is not area driven, it is

7    subject-matter driven?

8      A    Program driven.

9      Q    Program driven.  Is it safe to say your

10   name could wind up on documents in every County

11   Recorder's office in every county in the country

12   based upon you current job title?

13     A    Yes.

14     Q    That is just since 2006?  That could not

15   happen prior to 2006 with your case management

16   position at headquarters?

17     A    No, that could have happened before.

18     Q    So from 2002 forward, you were

19   authorized to sign or approve tax lien notices?

20     A    No, that could have happened pre-2000.

21     Q    That is under the district director, the

22   old structure, right?

23     A    Yes.

24     Q    Under the new structure, your name could

1    not -- you are saying as of '99 as a revenue

2    officer, your name could have appeared on tax lien

3    notices in every County Recorder's office across

4    the country?

5      A    It depends on the cases I had.

6      Q    So you had difficult cases?

7      A    If there was a need to file a lien in

8    more than one area, then I could to file in more

9    than one courthouse.

10     Q    Have you ever given testimony in a

11   criminal case before?

12     A    A criminal case?

13     Q    Yes.

14     A    Not that I know of.

15     Q    You have never given any testimony in a

16   civil case before with the IRS?  Let me clarify.

17     A    In what way?

18     Q    About something that you learned --

19     A    -- in the course of my job?

20     Q    Yes.

21     A    No.

22     Q    I am only trying to say in the course of

23   your job.  If I did not make that clear, I want to

24   make that clear.  You are being honest with me, I

1     will be very fair here.

2           So we start out -- what I am trying do,

3     I am trying to take the steps backwards.  We have

4     an end product that has your name on it.  There

5     has been testimony in this case, I am

6     characterizing it -- Mr. Strong can object. There

7     has been testimony that your signature is just a

8     stamp and that it is systemically done and no

9     human being is aware of things with your name on

10    it this case.  Although you have testified that

11    you've never heard the name Lindsey Springer, have

12    you ever had occasion to review a case file with

13    the name Lindsey Springer?

14    A    Not to my recollection.

15    Q    So, is it safe to say that any document

16    with your name on it is not -- it has Lindsey

17    Springer's name on it, would be a document that

18    you do not know anything about?

19    A    Your question is not clear.

20    Q    Let me get it better.

21    A    Okay.

22         MR. STRONG:    (Indicating).

23    Q    I will, I will.  I am laying a

24    foundation here.  You are being honest with me.

1           You have testified here that you have

2     never heard the name Lindsey K. Springer until Mr.

3     Strong told you that you were going to be

4     deposed.  Is there a way that your name could

5     appear on any document without you knowing

6     anything about the information on that document?

7     I am doing "in general".  In other words, there's

8     Notice of Tax Liens with serial numbers and

9     districts; in this case it is Oklahoma.  It has

10    information and case number and addresses and your

11    signature.

12    A    Okay.

13    Q    Is it safe to say you do not know

14    anything about any of the information on the

15    documents?

16         MR. STRONG:          Objection.

17         MR. SPRINGER:        I am laying my

18    foundation.

19         MR. STRONG:          You are asking about

20    a document that you just asked about.

21         MR. SPRINGER:        I want to know

22    generally what she says.  I just read from it

23    in general.

24         MR. STRONG:          She does not have

1           the document in front of her.

2     BY MR. SPRINGER:

3     Q    You have testified you are familiar with

4     the form 668, true?

5     A    Yes.

6     Q    You said earlier there were many

7     different varieties?

8     A    They are different.

9     Q    I mentioned a couple: Z and Y.  Do you

10    remember that?

11    A    Yes.

12    Q    Those are some of the documents that you

13    said would be connected with Notice of Federal Tax

14    Liens?

15    A    I did not say that then, but yes.

16    Q    Okay.  Are you familiar with Revenue

17    Ruling 7466?

18    A    Not by just you saying that.

19    Q    I will place before you what has been

20    marked by the Government as Exhibit 2 attached to

21    their amended complaint in the case United States

22    of America versus Lindsey K. Springer.  Is that

23    your signature where it says R.A. Mitchell?  Do

24    you recognize that signature?

1     A    As far as I can tell, that looks

2     familiar.

3     Q    If I asked you to reproduce your

4     signature right now, would it look similar to that

5     signature there?

6     A    Yes.

7     Q    Close?

8     A    Close.

9     Q    I understand we have varying ones.  It

10    is it safe to say you've never even spoke with

11    Steven J. Rice before?

12    A    Not that I recall.

13    Q    Okay.  Is there a way that if you had

14    spoken to him, is there a way in the normal course

15    of your job you would have made a record of that

16    somewhere?

17    A    No.

18    Q    Is it safe to say that the document I

19    placed in front of you in any form you have never

20    seen -- I say "in any form" because you may have

21    seen it without the exhibit sticker.

22    A    Right.

23    Q    You may have seen it without the April

24    26th sticker.  You sign it before it goes to the

1    clerk's office?

2        A    Yes.  I cannot recall seeing this

3    document before.

4        Q    You recognize R.A. Mitchell.  Do you

5    know how many people have the authority to sign

6    your name on a Notice of Federal Tax Lien?

7        A    How many people?

8        Q    Yes.

9        A    Sign my name?

10       Q    Yes.

11       A    No one other than me that I know of.  I

12   am not sure what you are asking.

13       Q    We have heard testimony that your

14   signature is a stamp and that somebody else has

15   used the stamp and not you.  I want to clear that

16   up, because that is a big problem from my vantage

17   point; not yours, but from mine.

18            Your signature, you will admit, appears

19   on documents across the country?

20       A    Yes.

21       Q    You will admit that you have been sued

22   in some capacity because your names appears on

23   documents across the country?

24       A    Yes.

1        Q    How does your name get on those

2    documents across the country?  I am not

3    saying "name", sorry, I am saying your signature

4    get on those?

5        A    The system that generates the lien, I

6    have to sign my signature.

7        Q    That signature, is that held

8    electronically in a computer somewhere and just

9    spits it out on every document?

10       A    I do not know the specifics of it, but I

11   guess it is something like that.

12       Q    Is it safe to say that if a document has

13   your name on it, it has been authorized to have

14   your name on it?

15       A    For the most part.

16       Q    Can you come up with an example of how a

17   document can have your signature on it but not be

18   authorized to have your signature on it?

19       A    Yes.  Sometimes we have systemic

20   glitches.

21       Q    What is a systemic glitch?

22       A    Sometimes we update our systems --

23       Q    Okay.

24       A    -- or things like that.  We change

1    things.

2        Q    In a systemic glitch, can that cause a

3    bunch of documents to go out unauthorized or does

4    it just cause one document to go out?

5        A    I do not know.

6        Q    How many times have you addressed

7    documents with your name on it that were systemic

8    glitches since 2006?

9        A    I do not know.

10       Q    Many?

11       A    I actually would not know.  I have that

12   authority.  I do not actually -- I am the

13   executive that has that authority for signature

14   purposes.  My folks take care of that.

15       Q    "Folks" is your employees?

16       A    I have a manager, senior manager.

17       Q    Below you or above you?

18       A    Below me.

19       Q    He is called senior manager.  What is

20   his name?

21       A    Joseph Bud.

22       Q    Is he at the same office as you?

23       A    Yes.

24       Q    I am placing before you a copy of

1    Government's Exhibit 3 attached to their amended

2    complaint.

3            First of all, do you know what the

4    relevance is of serial numbers?  Why is there a

5    serial number on a Federal Notice of Tax Lien?

6        A    Generally?

7        Q    Yes.

8        A    Generally because we put a serial number

9    on the document.  Specifically, no, I can't.

10       Q    Is that so you can, by computer, track

11   the document; is that what it is for?

12       A    Specifically, I can't tell you.

13       Q    What does that mean at the top where it

14   says, "Area: Small business, self-employed area

15   number 5"?  What does that mean?

16       A    I can only guess that would identify the

17   area.

18       Q    Now I will place before you Government's

19   Exhibit 1 and I want to ask you -- do you see up

20   there where it says "District"?  Do you see that?

21   Arkansas, Oklahoma?

22            MR. STRONG:      I would like to

23       raise the point that Mrs. Mitchell's

24       signature does not appear on Exhibit 1.

```
 1      Q     That is true.  That is true.  That is
 2   what we are going to do now.  Can you tell me
 3   whether this date and this date on Exhibits 1 and
 4   3 are the same date?
 5      A     Just by looking at the documents, is
 6   that what you are asking?
 7      Q     Do they both say April 26, 1999?
 8      A     Yes.
 9      Q     Do they both have printed on there under
10   the signature, "For" and then a name?  And do both
11   say "Brenda Jones"?
12      A     Just by looking at the document?
13      Q     Yes.
14      A     Yes.
15      Q     What makes this so difficult is before
16   and after the restructuring, that is why I have to
17   do it this way.  Mrs. Jones is identified in the
18   title as a revenue officer here, but here isn't
19   she identified as an OIC technician?
20      A     Based on the documents, yes.
21      Q     Can you tell what the difference is
22   between a revenue officer and an OIC technician?
23      A     Different job, I guess.
24      Q     Have you ever been an OIC technician?
```

```
 1      A     No.
 2      Q     Do you have an OIC technicians?
 3      A     No.
 4      Q     Is that Offer and Compromise Technician?
 5      A     Yes.
 6      Q     Can an a revenue officer be an offer in
 7   compromise technician?
 8      A     I would say yes.
 9      Q     As a revenue officer or do they have to
10   give up their pocket commission to be an OIC
11   technician?
12      A     I would be guessing.
13      Q     Never had to deal with that question
14   before?
15      A     No.
16      Q     Isn't it true both have -- and I know
17   know this is blurry -- the last four say "4770",
18   and that is Exhibit 1, and "4770" and that is
19   Exhibit 3, true?
20      A     Based on what I am looking at.
21      Q     The Court will take your testimony based
22   on the documents before it.  This document here,
23   Exhibit 1, says "District"; and this document
24   says "Area".  Can you explain what the difference
```

```
 1   is between an Arkansas/Oklahoma district or an
 2   area -- small business area number 5?
 3      A     I guess I would say it goes with the
 4   restructuring.
 5      Q     Again, we talked about in 1999 there was
 6   a change that took place from the Reform and
 7   Restructuring Act?
 8      A     Yes.
 9      Q     I do not mean to make you uncomfortable;
10   if I do, I am just pointing things out to you.
11          This has same address, residence; and
12   Exhibit 1 and Exhibit 3 say "Lindsey K. Springer";
13   same serial number; and for the most part, the
14   same information except for the $4,000.00 amount
15   and 6673 which is not on Government's Exhibit 3?
16      A     Yes, based on what I am looking at.
17      Q     You are familiar with a Refiling Notice
18   of Federal Tax Liens?
19      A     Yes.
20      Q     Now in the Exhibit 1 before you, it
21   says, "As provided by section 6321, 6322 and
22   6323", then goes on to explain why the Notice of
23   Tax Lien is being issued; is that true?
24      A     Yes.
```

```
 1      Q     If a person signs down here in the
 2   signature area, are they saying these words up
 3   here?
 4      A     I do not know.
 5      Q     So, what would be -- you testified that
 6   your job allows your signature, the authority of
 7   your signature to be put on Notices of Federal Tax
 8   Lien?
 9      A     Yes.
10      Q     The basic issue here is: What does that
11   mean?  What is the significance of your name
12   signed being on a Notice of Federal Tax Lien, or
13   in this case, a refile?  Over here it is a
14   notice.  They refiled this, this is supposed to be
15   this, but it is not.  Then they have a new refile
16   number and your signature is with Fred Rice.  See,
17   this is "For Brenda" and "For Brenda", and
18   changed.
19          So, I am asking you: What is the
20   meaning?  You wrote your signatures on the
21   documents, and you have been sued over them in
22   some instances that you have said.  What does that
23   mean to have your name signed on the Notice of
24   Federal Tax Lien?  What are you saying when you
```

53

1    say "I am authorizing my signature on this
2    document", what are you saying to the clerk's
3    office?
4        A    I am not really sure what you are asking
5    me.
6        Q    You have a business degree?
7        A    Yeah.
8        Q    You understand that this document is
9    giving the public -- a 668 which your name appears
10   on -- and we will go through those in a minute --
11   but you testified throughout the country your name
12   appears on those documents. And we understand it
13   is there, we are not having a debate there. What
14   does it mean when it is on there? You said some
15   have been systemically glitched. What makes it a
16   document with your name on it systemically a
17   glitch, and what makes it not a glitch?
18       A    It is not predicated whether my name is
19   on it or not. I think if the system has a problem
20   in the matter, it is a problem.
21       Q    If your signature is on a 668 or any
22   document, are you required to sign that to make
23   that document be a valid document?
24       A    Am I required or my signature?

54

1        Q    Yeah, is your signature on there to make
2    it a valid document?
3        A    I am really actually authorized to
4    sign. I do not believe my signature, my personal
5    signature, is required to make it a valid
6    document.
7        Q    Does it have to have anyone's signature
8    on it to make it valid? You notice on the bottom
9    it says "signature" and it has a place for the
10   title. If those were left blank, would the County
11   Recorder's office be receiving these documents
12   from the IRS?
13       A    I guess my slowness to answer -- I am
14   not sure what you mean "valid". Do you mean does
15   somebody's signature have to be on it from the
16   service?
17       Q    Yeah, we will go and read this
18   language. You agree that is your signature there?
19            MR. STRONG:        On Exhibit 3?
20       Q    Yes.
21       A    Yes.
22       Q    And you would agree the language here --
23   Exhibit 3 is the same to Exhibit 1? Would you
24   agree with that? What I want to read and see if

55

1    this is anything that has to do with your
2    signature on a tax lien notice: "As provided by
3    6321, 6322 and 6323 of the Internal Revenue code,
4    we are giving notice of taxes, including interest
5    and penalty, have been assessed against the
6    following named taxpayer." Who is the "we" in
7    that statement? Is that you and Mr. Rice over
8    here?
9        A    I guess you could look at it that way.
10   I look as it being the Internal Revenue Service.
11       Q    You said you have dealt with tax lien --
12   that basic issue across the country?
13       A    Yes.
14       Q    As part of that, are you familiar with
15   the Uniform Federal Tax Lien Acts that each state
16   had to pass -- that Congress mandated they pass;
17   are you familiar with that?
18       A    No.
19       Q    When you issue these notices of Federal
20   Tax Liens -- scratch that. What is it that you
21   intend by signing -- allowing your signature on
22   the federal tax lien, what is it that you believe
23   the intention of that is? Why do you send them to
24   the County Recorder's office in the county?

56

1        A    By law, if a lien exists, the purpose of
2    the Notice of Federal Tax Lien is for that purpose
3    to provide notice.
4        Q    How do you determine a tax lien exists?
5        A    I don't.
6        Q    You don't. Okay. When you sign a
7    document or have a document with your signature on
8    it, you have no knowledge -- your signature does
9    not say that you know there has been an assessment
10   against somebody? As we read just a moment ago in
11   the paragraph saying, "We are giving notice that
12   interest and taxes have been assessed against the
13   following taxpayer"?
14       A    Can you ask that again?
15       Q    I am trying. I know this is a tough
16   spot. When you sign -- have you ever dealt with
17   County Recorder's offices rejecting Notice of Tax
18   Liens with your signature on them?
19       A    From time to time, yes.
20       Q    Were you made aware of why they were
21   rejecting them?
22       A    Yes.
23       Q    Do you know what instances you
24   determined that was causing that?

```
1    A    By and large, it deals with payment.
2    Q    You having to pay a fee to file it?
3    A    Yes.
4    Q    Have you ever had any come back because
5    they were not signed?
6    A    I do not know.  I can't say.
7    Q    Do you know who would deal with that?
8    A    Generally, I guess my senior manager.
9    Q    Is that the Joshua Bud?
10   A    Joseph Bud.
11   Q    Okay, sorry, Joseph.  Who told you that
12   you had the authority to sign Notice of Federal
13   Tax Liens?
14   A    Say that again?
15   Q    What is the name of the person when you
16   became authorized to sign the tax liens through
17   campus compliance, who told you that as part of
18   your job you would use your signature to fill out
19   notice of -- complete a Notice of Federal Tax Lien
20   to send to Clerk of Courts offices across the
21   country?
22   A    I am not sure what you mean as "who",
23   but my position as identified through that
24   particular organization is the position identified
```

```
1    --
2    Q    Is that in writing somewhere?
3    A    -- to do that because I manage the site
4    who produces the liens.
5    Q    You manager the site, the computer
6    program?
7    A    No, sir.  I mean the actual --
8    Q    Location?
9    A    Location, operation, yes.
10   Q    So, prior to 1999 Notices of Federal Tax
11   Liens can come from anywhere, but since the
12   restructuring and especially since the 2005
13   changes, they all come from one central location,
14   generally?
15   A    Generally, not absolutely.
16   Q    Exceptions are if there is a jeopardy
17   issue?
18   A    Several exceptions.
19   Q    They do not evade your view, they may
20   happen and then you may find out about them; is
21   that right?
22   A    Yes.
23   Q    There is still a system in place for
24   Notices of Federal Tax Lien to be issued, right?
```

```
1    A    Yes.
2    Q    Do your Notices of Federal Tax Liens
3    have to be approved by Ms. Sherwood?
4    A    No.
5    Q    She is your boss, you said and she has
6    the same -- since it is your boss, she has the
7    same power to sign that you have; is that true?
8    A    I do not know.
9    Q    Okay.  How does generally a revenue
10   officer or revenue agent or employee of the IRS
11   obtain a Notice of Federal Tax Lien signed by
12   you?  How do they obtain that?  What is the
13   procedure they have to follow to get that?
14   A    I do not know the entire procedure.
15   Q    Say, at your site.
16   A    Generally they would request it based on
17   a case they have.
18   Q    The case, there's a request form they
19   have to fill out?
20   A    I can't actually take you through the
21   procedures.
22   Q    You do not know what they are?
23   A    I have some familiarity, but I will not
24   guess because I do not do that every day.
```

```
1    Q    In your campus, who would be the one who
2    could tell us how an IRS agent or officer obtains
3    your signature on a Notice of Federal Tax Lien to
4    a case they are assigned to?
5    A    Actually the best source is the Internal
6    Revenue Manual.
7    Q    The manual.  On a refile -- could you
8    explain what a refile is?  And specifically, a
9    Refile of Notice of Federal Tax Lien.
10   A    Generally?
11   Q    I will not try to pin you down.
12   A    There is ten-year statute for collecting
13   -- collection.  The initial lien, I believe, is
14   filed for six years.  If somewhere during that
15   process before that lien expires, there is belief
16   by whomever that the lien should be held in place
17   for priority, then a lien is refiled.
18   Q    For another six years?
19   A    No, until the collection statute --
20   Q    Expires?
21   A    -- expires or unless it is extended.
22   Q    Do you know whether that changed to 10
23   years at some point in time?  The reason I ask
24   that, if you look on Exhibit 3 of the Government,
```

61

```
1      it says, "Last day for refile" and a column there;
2      but on Exhibit 1, it has, "last day for refile"
3      and the actual date is 10 years and a month after
4      the assessment date occurs.  Do you know if that
5      changed to 10 years or still six years?
6           A     I think for the original.
7           Q     From the manual, it is still six years?
8           A     Yeah.
9           O     Now, with your signature on a Notice of
10     Federal Tax Lien or refile, you're not telling --
11     you personally are not telling the court clerks'
12     office where this gets filed with the document
13     locator number, you are not telling them that all
14     of these things are true and correct to the best
15     of your knowledge and belief, are you?
16          A     The document that comes out of the
17     system is based on the current information that
18     the IRS has.
19          Q     Right.  But your signature on there is
20     not saying to the clerks' offices "This is the
21     current information that the IRS system has"?
22     Aren't you specifically talking about when your
23     signature appears on a document, aren't you
24     saying, "This is specifically the information we
```

62

```
1      have on Mr. Springer and the specific information
2      on the date of assessment and this is the specific
3      amounts"?  Isn't that what your signature would
4      mean on the document?
5           A     I am not sure what you are asking.  It
6      is whatever the IRS shows that would be due.
7           Q     Okay.  You have, in the past, dealt with
8      in your own personal knowledge, writing checks
9      before?
10          A     Yes.
11          Q     A blank check really can get you in a
12     lot of trouble, for most people?
13          A     Yes.
14          Q     But a check you fill out with your name
15     and where you write it to and the amount and your
16     signature, the check has a specific intent, a
17     specific purpose; and you are saying, "I will
18     stand good for this much money on this document"
19     with your signature on the signature line, right?
20          A     On that date.
21          Q     Exactly.  But here, your signature is
22     not really saying anything about anything on the
23     document; is that true or false?
24          A     I am not sure what you are asking, but I
```

63

```
1      think that is false.
2           Q     You do or do not have firsthand personal
3      knowledge of any of the information on Government
4      Exhibit 3?  Firsthand knowledge.  Can you verify
5      the stuff on Exhibit 3 right there is accurate
6      under penalty of perjury?
7           A     I would have to look at the system.
8           Q     That is what I am asking you.
9           A     But at the time that the document is
10     produced, there are review processes that say
11     "this is generally what is in the system."
12          Q     Okay.  The two documents that I have
13     before you, 1 and 3, and your signature is not on
14     1, and there are differences between the two
15     documents, but they purport to basically represent
16     the exact same number except for this number
17     here.  When you do a refile, aren't they supposed
18     to take the Notice of Tax Lien and then refile
19     it?  Or are they supposed to create another one
20     and alter it and a make it look like it is the
21     same and put your signature on that one?  Because
22     this document here and this document here are not
23     the same document.  You agree with that that they
24     have differences in them?
```

64

```
1           A     Yes.
2           Q     I am not talking about the information
3      filled in.  I am talking about the blank form, the
4      668YC and this is 668F, and this says "district"
5      and this says "area".
6           A     Yes.
7           Q     This document is not a refile of this
8      document, to the best of your knowledge?
9           A     To the best of my knowledge it is a
10     refile.
11          Q     Okay.  Tell me how -- what is the
12     significance of the meaning "refile"?
13          A     At the time the initial lien was about
14     to expire --
15          Q     Right.
16          A     -- but the taxes have not been paid.
17          Q     Okay.
18          A     You refile based on lien law, to
19     maintain your place --
20          Q     Okay.
21          A     -- that is the purpose of the refile.
22          Q     The meaning of refile: We have Notice of
23     Tax Lien in place, it is about to expire, we are
24     refiling that specific Notice of Tax Lien,
```

1   correct?

2       A   I would not agree with that.

3       Q   From your job position, that is not the

4   best way to describe it?

5       A   Exactly.

6       Q   Okay. Do you have any manual or

7   procedure or knowledge of any discussion of what

8   the word "refile" means?

9       A   You mean from my knowledge?

10      Q   Since 1982?

11      A   Yes.

12      Q   Is "refile" the serial number?

13      A   No. It is a component, everything based

14  on the initial lien that was filed.

15      Q   It is true, is it not, the Notice of

16  Federal Tax Lien arises without regard to whether

17  a Notice of Federal Tax Lien was filed or not; is

18  that true?

19      A   I think your wording was a "Notice of

20  Federal Tax Lien". A statutory lien arises.

21      Q   This Notice of Federal Tax Lien

22  procedure cannot begin until after a lien arises

23  as a matter of law; is that true?

24      A   I believe that is true.


1       Q   So this Notice of Federal Tax Lien is

2   basically being used to go out into the states and

3   make a priority claim over property of the

4   taxpayer within the state's jurisdiction; is that

5   true or false?

6       A   That is only part of it.

7       Q   What is the other part?

8       A   The law requires if a statutory lien

9   arises, that the Government provides Notice of

10  Federal Tax Lien for the public.

11      Q   Now, just to tell the public there's a

12  lien there, just in general?

13      A   Generally.

14      Q   Okay. I want to show you Government's

15  Exhibit 4. And Mr. Strong, that is just a copy.

16  This is Government Exhibit 4. It has the same

17  serial number as Government's Exhibit 3, just last

18  four, 4770. And it has your signature on a refile

19  document. April 26, 1999 is the date. And it is

20  not the same -- I will help you out there. It is

21  not the same document as Exhibit 1. It has your

22  name, but you have never seen it before; is that

23  true?

24      A   Yes.


67                                                                                          68

1       Q   And you never met Fred Rice before and

2   never met Brenda Jones before. You would not know

3   them from anybody if they were in the room, would

4   you?

5       A   Not that I know of.

6       Q   Now, on these documents right here, the

7   significance of having the taxpayer's name on the

8   document, this document is meaningless without a

9   taxpayer's name? If it is blank, it would -- can

10  you send a blank 668 to the courthouse?

11      A   I can't weigh on if it is meaningless or

12  not. We are required to list the name.

13      Q   What is the significance of the address?

14      A   To identify where the taxpayer lives

15  based on the records.

16      Q   Based on the records, okay. How does

17  the IRS have or hold an address for a taxpayer, if

18  you know?

19      A   There are a variety of ways.

20      Q   Now, is it generally, the master file,

21  specific?

22      A   From my plain language?

23      Q   Yes.

24      A   Because the taxpayer filed or something


1   was submitted to the Service with their address on

2   it.

3       Q   Would you consider a Notice of

4   Deficiency -- I will show you Defendant's Exhibit

5   1 already in the case. Would you say if the IRS

6   sent Notice of Deficiency to an address, that is

7   an address the IRS was aware of at the time they

8   sent the deficiency out?

9       A   It seems like it would be.

10      Q   Is there a way for an address to appear

11  on an IRS document without the IRS having that

12  firsthand knowledge of that address?

13      A   Having some knowledge or belief that was

14  the address.

15      Q   If in 1996 -- I believe that is the date

16  -- it is in the Government complaint, September

17  1996. If documents were issued in 1999 with a

18  different address -- and the reason I ask you this

19  is because of the knowledge you gave me so far, if

20  a Notice of Tax Lien is derived from Notice of

21  Deficiency and the addresses are different, then

22  what is the policy or your understanding of which

23  address the Government is supposed to go by? Have

24  you ever heard of "last known address" before, or

69

1    that phrase?
2              MR. STRONG:        Objection.   That is
3         compound.
4         Q     You are right, that is compound.   It is
5    hard because she is being so honest with me.   You
6    would agree Exhibit 1 and Exhibit 3 do not have
7    same address that Defendant's Exhibit 1 has, you
8    agree?
9         A     Based on what I see.
10        Q     Would agree somewhere in the IRS records
11   or system, there's a logical explanation for that?
12        A     I would assume.
13        Q     Generally speaking, would it be if the
14   address changed from 1996 to 1999, something had
15   to change for this address to become the current
16   last-known address?
17             MR. STRONG:        Objection, assumes
18        facts.
19        Q     If she knows?
20        A     I do not know.
21        Q     Have you ever dealt with or seen a tax
22   lien with CPD hearing notice that was sent to the
23   wrong address?
24        A     Not personally.

70

1         Q     You have seen Notice of Tax Liens with a
2    right to a CPD hearing on it with your name on
3    them, haven't you?
4         A     At some point.   You have to be somewhat
5    familiar with a tax hearing and a CPD hearing
6    because you offer them to the public, true?
7         A     The service does, yes.
8         Q     What I gather, there are lots of
9    documents with your name on it and you do not know
10   your name is on it?
11        A     That is not what I said.
12        Q     I am trying to get to that.   Your
13   signature is getting ready to be a really big
14   deal.   Is it safe to say that documents that go
15   out of any place with the name "Internal Revenue
16   Service" over it, those documents go out with your
17   signature on them, you have no firsthand knowledge
18   of those documents, generally speaking?
19        A     What do you mean "firsthand"?
20        Q     Did you know your name was being put on
21   the document 668?
22        A     In my position, I do know and understand
23   that if there is a balance due and the
24   determination made that a Federal Notice of Tax

71

1    Lien has to be filed, that my name will be the
2    official name with signature that goes out on
3    those documents.
4         Q     Since 2006?
5         A     And some other times prior.
6         Q     But not at the level it is now?
7         A     Yes.   Actually at some point before, in
8    another job I had.
9         Q     Same thing?
10        A     Yes.
11        Q     Just the restructuring part is what
12   changed?
13        A     Yes.
14        Q     Who makes the determination before you
15   come to the conclusion that, as you said, the
16   determination is made that a lien is arisen, who
17   makes the determination that a lien actually does
18   exist?
19        A     That is driven by the law.
20        Q     Is that driven by computer?
21        A     No, that is driven by law.
22        Q     Does the computer play a role in that?
23        A     No.   The computer only has the
24   information based on any outstanding liabilities.

72

1         Q     Okay.   So if Notice of Federal Tax Liens
2    are -- have you ever had occasion to deal with
3    withdrawing of Notice of Federal Tax Lien?
4         A     Yes.
5         Q     And how does your -- how does the system
6    determine a Notice of Federal Tax Lien needs to be
7    withdrawn?
8         A     Based on various circumstances that may
9    occur.   You can determine that a Notice of Federal
10   Tax Lien needs to be withdrawn.
11        Q     It is possible a computer could
12   mistakenly issue a withdraw of Notice of Federal
13   Tax Lien?
14        A     Say that again, please?
15        Q     You said earlier that a tax lien is
16   determined, then the information is in the
17   computer and it spits out a document with your
18   name on it?
19        A     Okay.
20        Q     And so now I am dealing with -- dealt
21   with refiles before, and now we are dealing with
22   withdraws of Federal Tax Liens.   Withdrawing a
23   Notice of Federal Tax Lien is doing what?   What is
24   it doing?   What is the function of a withdraw of a

1    Notice of Federal Tax Lien?

2    A    For just that purpose.

3    Q    Is that withdrawing the document with

4    the serial number and information on it, or is it

5    withdrawing the lien?

6    A    It is withdrawing that particular

7    document.

8    Q    So the withdraw is specific to the

9    serial number; is that true, generally?

10   A    I think so.

11   Q    Okay.  Who would know -- either above

12   you or below you, who could testify about the

13   procedure of withdrawing a Notice of Federal Tax

14   Liens done by the IRS?

15   A    I would refer you to the manual that

16   lays out the process.

17   Q    Do you know what part of the manual that

18   would be?  Or who would know what part of the

19   manual is?

20   A    I think that you could probably find

21   that on our website.

22   Q    IRS.gov?

23   A    Yes.

24   Q    Do you know whether withdraw of Notices

1    of Federal Tax Liens have to be signed?

2    A    Actually, I believe they do.

3    Q    Would you also agree Notices of Federal

4    Tax Liens need to be signed?

5    A    Yes.

6    Q    Would you agree that refiles have to be

7    signed?

8    A    Yes.

9    Q    What I will do, I am just going to go

10   through these documents.  You have said you have

11   never seen Exhibit 1.  You have said that you have

12   not seen Exhibit -- you never said you have not

13   seen Government Exhibit 2 before with your

14   signature on the bottom, Fred Rice?

15   A    I do not recall.

16   Q    You do not deny that is your signature?

17   A    It looks like it.

18   Q    Have you ever had a case where people

19   have forged your name on a document?

20   A    Say that again?

21   Q    Has anyone ever been indicted or charged

22   with forging a document with your name on it?

23   A    I do not know.

24   Q    You would know if someone stole your

1    identity; would you not?

2    A    You asked if I knew someone's been

3    indicted.

4    Q    Have you ever known of any named human

5    being that forged your signature on any document?

6    A    I think I have been advised before.

7    Q    That it has happened?

8    A    Yes.

9    Q    Has it ever happened within the system

10   that you operate?  It is someone -- maybe a

11   taxpayer has done it, but never inside the Service

12   ever forged your name?

13   A    No.

14   Q    Exhibit 3, with your signature on the

15   refile with new serial number there, you have not

16   seen this either, true?

17   A    Not that I recall.

18   Q    Also Exhibit 4 there is a refile, your

19   signature there and you have not seen that?

20   A    I do not recall.

21   Q    Would you recall if you had seen them?

22   You do not have occasion to ever look at Notice of

23   Federal Tax Liens?

24   A    Once in a while.

1    Q    So, it would be a rare occasion that you

2    laid your eyeballs on a Notice of Federal Tax Lien

3    or a withdraw of Notice of Federal Tax Lien at

4    this point in your career?

5    A    Not rare.  We do do reviews.

6    Q    Out of ratio of 10 million documents

7    nationwide with your name on it, you may only

8    looked at a couple?

9    A    I do not know.

10   Q    It is a low number.  Exhibit 5 has your

11   signature.  You have not seen that before, either?

12   A    No.

13   Q    Number 6 has got your signature on it

14   and you have never seen that?

15   A    Not that I recall.

16   Q    Now, this is Government's Exhibit 7,

17   Withdraw of Filed Notice of Federal Tax Lien and

18   it has your signature and "Director Campus

19   Compliance Operations".

20   A    Yes.

21   Q    Do you have any reason to believe why

22   that document is not authorized or was issued in

23   error?

24   A    Ask that question again?

1    Q    I will try it again.  For your signature
2    to be on that document, that document had to go
3    through a process of the IRS; true or false?
4    A    I would agree.
5    Q    And to get that withdraw, somebody had
6    to make a request for that withdraw; is that true?
7    A    No.
8    Q    Okay.  How does withdraw -- you are
9    saying if -- okay, sometimes -- then you are
10   saying, sometimes somebody can catch in the
11   Service a mistake and withdraw something; is that
12   what you are saying?
13   A    No.  That is not what I am saying.
14   Q    I have spoken at length with a person
15   who does review withdraws, so I am fully aware how
16   that operation works.  You have a small role with
17   your signature here.
18   A    Right.
19   Q    I know that person says the same thing
20   you said here:  The computer is the one that puts
21   the signature there, that is why they are all
22   identical.
23   A    Okay.
24   Q    For that document to have your name,

1    doesn't that mean that at least somebody at the
2    IRS looked at that document and made the
3    determination to withdraw the Federal tax liens?
4    A    No.
5    Q    Does that same thing hold true with
6    Notices of Federal Tax Liens that just because
7    your name is on there, it does not mean there is a
8    tax lien?
9    A    No, that is different.  There is a
10   process.  Sometimes there's a request and
11   sometimes there's other things that trigger a
12   withdraw.
13   Q    So the process to get a Notice of Tax
14   Lien filed is different from the process of
15   getting a withdraw?
16   A    Can be.
17   Q    But both end up with your signature
18   generally?
19   A    Yes.
20   Q    On a withdraw with your signature on it
21   -- I will get 7 and you can read along with me --
22   it says, "I certify".  Who is the "I" in that?
23   A    That would be me.
24   Q    "I certify that the following named

1    taxpayer met one or more of the elements of the
2    Internal Revenue Code section 6323J."  Have you
3    ever seen 6323J before?
4    A    Some time ago.
5    Q    Okay.  We are looking for J, "Withdraw
6    of Notice in certain circumstances."  Would you
7    agree it lists four circumstances of Notice of
8    Federal Tax Lien?
9    A    Based on what I see there, yes.
10   Q    Does that appear to be different
11   language than what you have seen in the past, as
12   best you know?
13   A    Best I know.
14   Q    If you say "I certify" on a Withdraw of
15   Notice of Tax Lien and cite 6323J, that is that
16   code section in this book, the Internal Revenue
17   book?
18   A    Yes.
19   Q    If the years coordinate?
20   A    Yes.
21   Q    Now, you say, "I certify the following
22   named taxpayer has met one or more of the
23   following elements of the Internal Revenue Code."
24   The first one says, "If the secretary determines

1    that the filing of such Notice was premature or
2    otherwise not in accordance with administrative
3    procedure of the secretary."
4         Do you know whether or not you issued
5    that document based on: A -- remember it says
6    6323J, but does not say specifically A, B, C or D.
7    Would you know if it was A?
8    A    I do not know.
9    Q    Do you know whether "the taxpayer has
10   entered into agreement under 6159 to satisfy the
11   tax liability for which the liens imposed by means
12   of installment payment unless such agreement
13   provides otherwise"?
14   A    I do not know.
15   Q    Is it safe to say you don't know whether
16   Withdraw of Notice facilitated the collection of
17   the tax liability?
18   A    Not just by looking at this document.
19   Q    And the last one, "taxpayer" -- "the
20   national taxpayer tax codes advocate the withdraw
21   of the Notice is in the best interest of the
22   taxpayer and the United States"?
23   A    I do not know by looking at this.
24   Q    Of those four, how would you determine

1   is not on it?

2       A    No, that is not --

3       Q    That is not a key ingredient.  I showed

4   you Government's Exhibit 7, now go to Exhibit 8.

5           I just want to point out the serial

6   number issue here.  The last four on Exhibit 7 was

7   3507.  And the last one of Exhibit 8 were M607.

8   Those serial numbers coordinate to a specific

9   Notice of Federal Tax Lien with those numbers on

10  there, right?  And that is how the IRS keeps track

11  of it?

12      A    I said, "I guess".

13      Q    When you certify a document, you do not

14  know the serial number; you do not know the

15  specific provision of the statute that you are

16  certifying under; is that true?  You do not know

17  both of those?

18      A    I am not sure what you are saying.

19      Q    You would not be able to tell the serial

20  number because you do not know that much about it.

21  I will leave that, if you do not know, I can't go

22  any further on that.  Serial numbers are

23  meaningless to you --

24      A    No, I did not say that.  I said, "I

---

1   this to be true?

2       A    Yes.

3       Q    But now you are saying you do not know

4   whether that is true until you review the file?

5       A    Right.

6       Q    And what you would review?  You do not

7   know, per se, but you try to get the case file and

8   look to the computer system and gather information

9   from a whole host of areas to make the

10  determination of what you meant by your

11  certification; is that true?

12      A    Well, from whomever.

13      Q    There could be more than one "whomever";

14  is that true?

15      A    I guess it could be.

16      Q    Now, if the Withdraw of Notice of

17  Federal Tax Lien does not have the revenue

18  officer's name printed on it, but just you; but

19  the notice of tax lien withdraw has the revenue

20  officer's name on it and your name and signature,

21  can you explain to me why that could possibly be?

22      A    Because I am authorized under my duties.

23      Q    Is it safe to say the revenue officer

24  did not have anything to do with it since his name

---

1       A    The Offer and Compromise Specialist.

2       Q    Okay.  How about technical services?

3   Would you go to the technical services group

4   manager?

5       A    You could.

6       Q    If the technical services group manager

7   had knowledge of that withdraw, could you explain

8   what their function is?  How would they issue a

9   withdraw?  How do they have authority to issue a

10  withdraw?

11      A    I can't take you through the process,

12  but they have the authority.

13      Q    Do you know if they have a tier of more

14  than one person to look at the file to make the

15  determination?

16      A    I do not know.

17      Q    There is a level of review that the IRS

18  has in place nationwide; is there not?

19      A    If you are talking about technical

20  services, I do not know that either.

21      Q    You do not have anyone in technical

22  services underneath you?

23      A    No.

24      Q    Now, you are the one that is certifying

---

1   -- if you had to find out -- if the Court said,

2   "I need you to go find out which of the four you

3   were certifying when you signed that document,"

4   how would you try to determine that?  What steps

5   would you take?

6       A    I guess I would look up the case file or

7   the case.

8       Q    The case file.  Who would hold the case

9   file?

10      A    I am not -- do not know if it is case

11  file anymore.  We are trying to do it all

12  electronically these days.  It could be the

13  revenue officer that has your case.

14      Q    Okay.  Are you suggesting that the

15  revenue officer may have had something to do with

16  the withdraw?

17      A    No.  I am saying "could be".  There are

18  a variety of ways.

19      Q    I will through a net over that

20  word "variety".  I want to catch everything in

21  that "variety" that is conceivable, but not

22  erroneous.  The revenue officer is one place that

23  you would go.  Is there any other place that you

24  would go?

1  to me -- director campus compliance operations, is
2  that over Dallas, Texas?
3       A    No, it is not over the site, it is over
4  the lien.
5       Q    I understand that.  So, when this
6  says "Dallas, Texas", what does that mean to you?
7       A    What does that mean to me?
8       Q    Yes.
9       A    I don't know.
10      Q    You think that is more of an irrelevant
11 thing because of the restructuring?
12      A    No.  Just that I will not guess.
13      Q    So, there's an actual possibility that
14 there are documents in the country with your
15 signature on them with different cities and states
16 on that line and that is because of the procedure
17 --
18      A    The process.
19      Q    -- the process works?
20      A    Yes.
21      Q    If it says -- let's take the
22 words "signed off" for a moment.  "This Notice was
23 prepared at Dallas, Texas."  Now, if it said that
24 and you got this case file and saw this document,

1  notice and refused to pay in order for there to
2  have a lien arise?
3       A    It is based on whether it's paid or not
4  after.
5       Q    Okay.  Regardless of Notice of Demand?
6       A    Yeah, after.
7       Q    As long as it is owed?
8       A    Yes, and if it is owed and Notice of
9  Demand.
10      Q    Exhibit 8, Government's Exhibit 8 has
11 your signature again on it.  This says Dallas,
12 Texas, August 23, 2007.  Do you see that?
13      A    Yes.
14      Q    When it says, "Notice was prepared and
15 signed Dallas, Texas", how could it be signed in
16 Dallas by you?
17      A    It does not say I was in Dallas, Texas.
18      Q    Says the notice was prepared and signed
19 in Dallas, Texas.
20      A    It does not say I was there.  This is
21 the process that is in place.
22      Q    I understand where you are on that.  So
23 is it safe to say that no document came out of
24 Cincinnati or through campus -- it will come back

1  the law.
2       Q    By "law", you mean statutes, right?  You
3  mean procedures and manual and all that stuff?
4       A    No, I mean, "by the law".
5       Q    Okay.  So your verification here has
6  nothing to do with anything but the law?
7       A    It references a specific code.
8       Q    That is what you are certifying?
9       A    Based on this document.
10      Q    What does it mean, "The Notice is being
11 withdrawn"?  The lien is not affected by this
12 withdraw?  What does that mean in that language?
13      A    The statutory lien arises after Notice
14 of Demand.
15      Q    And refusal to pay?
16      A    It does not have to be refusal to pay,
17 just that it is not paid after a certain period of
18 time.
19      Q    Do you know how much time that is?
20 Short time?
21      A    Short time.
22      Q    30 days?
23      A    I think less than that.
24      Q    Generally the taxpayer had to have

1  can't take you through the process."
2       Q    Okay.  You could go back and get the
3  case file and look up that serial number?
4       A    Yes.
5       Q    That is what that serial number is for,
6  is it not; so you can find it?
7       A    Yes.
8       Q    If you look at Exhibit 8, that is same
9  language as 6323J up here.  Then below
10 it, "Internal Revenue Service" -- I am starting
11 second sentence: "Internal Revenue Service
12 therefore withdraws the Notice of Federal Tax Lien
13 of these taxes and additions by IRC section 6321."
14           MR. STRONG:         You missed a
15 sentence.
16      Q    "Therefore withdraws the Notice of
17 Federal Tax Lien" -- sorry, "Withdraw of this tax
18 lien does not affect the statute of lien provided
19 by 6321."  Do you know what that section is?
20      A    I have some knowledge, statutory lien.
21      Q    Yes.  You do not actually go by the
22 language of 6321, you go generally by the manual
23 or regulations; is that true?
24      A    Everything we do is in accordance with

1    would you contact someone in Dallas, Texas to find
2    out the specifics of this document?
3       A    No, not necessarily.
4       Q    Would you say that Dallas, Texas is
5    meaningless?
6       A    No, I am not saying that.
7       Q    What is the relevance of Dallas, Texas
8    on this document?
9       A    I do not know.
10      Q    If somebody in Dallas wanted to withdraw
11   a Notice of Federal Tax Lien, they go into the
12   computer system and type something in?
13     A    They could.
14     Q    And the computer would print this out
15   and your signature would appear on it if that is
16   what they asked the computer to do?
17     A    They could.
18     Q    That person is authorized to do that
19   how?
20     A    Well, it depends. It could with be the
21   person assigned to the case.
22     Q    A revenue officer?
23     A    Yes.
24     Q    Do revenue officers have the authority

1    to use your signature on documents?
2     A    Yes.
3     Q    What is the level that a revenue officer
4    has to be to be authorized to use your signature?
5     A    I do not know. Most revenue officers at
6    least at journey level have certain authorities.
7     Q    "Journey" you said?
8     A    Yeah.
9     Q    So, if your signature is over the name
10   of Fred Rice, then does that suggest to you Fred
11   Rice used your signature?
12     A    No. It suggested that he requested a
13   lien or lien filing and put it in the system and
14   then he allowed us to process it.
15     Q    That is how your signature got over his
16   name?
17     A    Yes.
18     Q    This was done in Dallas, Texas,
19   Government Exhibit 8. How would you go about
20   finding out who actually issued this? Exhibit 8.
21     A    I would check the system.
22     Q    What would you look for in the system to
23   determine who issued that?
24     A    I would ask someone in my organization.

1     Q    "Tell me what that was"?
2     A    Yes.
3     Q    That is not necessarily Dallas, Texas
4    but it could be anywhere. Dallas does not really
5    tell us anything, does it?
6       The next document is Government's
7    Exhibit 9 which is another withdraw and you see
8    your signature and you see August 23, 2007 there?
9     A    Yes.
10     Q    And would you have any reason to believe
11   that this document could be false or wrong or
12   issued in error as you sit here today? False,
13   wrong or issued in error?
14     A    I do not know that.
15     Q    Is there a presumption that it is false
16   or a presumption that it is not false?
17     A    Neither.
18     Q    Right in the middle?
19     A    It is neither. Without me actually
20   having access, you just gave me a document. I
21   can't answer that without actually looking.
22     Q    As a general rule, you authorized
23   documents to go out with your signature on them
24   with the presumption that they are accurate and

1    correct; true or false?
2     A    Say that one more time.
3     Q    Let me lay a foundation. You said -- on
4    Government's Exhibit 7 you said, "I certify the
5    following named taxpayer has met one or more of
6    the following elements of the Internal Revenue
7    Code 6323J", and you said, "that must be me"?
8     A    Yes.
9     Q    Obviously if it's not, there's another
10   issue we tried to avoid there. So what I am
11   saying with 9 here, that by your signature on
12   these withdraw documents, that there's a
13   presumption that everything on them is to be
14   believed by whoever, the public or County
15   Recorder's office; that they have a presumption
16   the public should rely upon those documents as
17   being accurate?
18     A    Generally.
19     Q    Generally. So, a withdraw is the same
20   general category, that it is more likely than not
21   the public and county courthouse rely upon those
22   documents as them being accurate?
23     A    Generally.
24     Q    Isn't it presumed accurate until

```
1      A    Okay.
2      Q    It does not say "been paid."  You did
3    not certify that all the money was received by the
4    IRS including interest and penalties and all that,
5    did you?
6      A    Not based on this.
7      Q    You certified this is your signature on
8    this document on here?
9      A    Yes.
10     Q    Can you give me an example or an
11   understanding -- because I know you laid
12   foundation you do not have firsthand knowledge of
13   documents with your name on them.  I want to know
14   your policy and procedure, as does the Court --
15   can you tell me how a document like this can be
16   issued with your name on it without somebody
17   knowing about it and doing it?  I will help you.
18   On Notice of Federal Tax Liens, you have given
19   testimony that it can be filed under certain
20   conditions.  You said it had to be signed.
21   Refiles had to be signed, but you did not
22   specifically say that some agent or officer had to
23   do it?
24     A    Yes.
```

```
1      A    Yes.
2      Q    Then if you notice on 10, is the date
3    the same date?
4      A    Yes.
5      Q    This is 6682; isn't that true?
6      A    Yes.
7      Q    The same capacity you signed the
8    withdraws on that day, you also, in same capacity,
9    released the tax lien, not just the Notices; isn't
10   that true?
11     A    Yes, based on this document.
12     Q    Now, this document it has up top of
13   it, "Small business, self-employment area 5."  You
14   spoke earlier about area 6 that you were over.  Do
15   you know where area 5 is?  Let me get you a dot in
16   the middle.  Is Texas in area 5?
17     A    I think it is.
18     Q    Thank you.  When you said
19   here, "Therefore, the lien provided by section
20   6321 for these taxes and additions has been
21   released", you did not say it has been paid, did
22   you?  Do you see that?
23     A    Yes.
24     Q    It says "been released"?
```

```
1    one I have is yours with -- yours does not
2    have -- you do not have the backside of this.
3    This is stack of your exhibits.  I took that
4    right off of your exhibit.
5         MR. STRONG:       I just wanted it
6    noted for the record.
7         MR. SPRINGER:      Good point.  Noted.
8    BY MR. SPRINGER:
9      Q    If you read along with me there, "I
10   certify" -- and again, that is you if your
11   signature is on the bottom?
12     A    I would assume.
13     Q    "That the following named taxpayer and
14   the requirement of 6325 Internal Revenue Code
15   satisfied taxes and liens listed below and all
16   statutory additions."  This does not go to a
17   Notice of Federal Tax Lien, that is not speaking
18   of withdrawing the federal tax lien like you saw
19   in 7, 8, 9, but this is actually saying, "Game
20   over"; isn't that true?
21     A    Yes.
22     Q    Do you remember on 7, 8, and 9 that they
23   were dated 23rd of 2007 on 9; 23rd, 2007 on 8; and
24   23rd, 2007 on 7.  Do you see that?
```

```
1    otherwise said by you?  If you have a document
2    with your signature on it and the County
3    Recorder's office said, "Here is a lien notice,
4    here is a withdraw", then right now everyone can
5    rely -- for every sale of property in the country
6    that has a document in the abstract with your name
7    on it, they can rely upon that withdraw as being
8    -- I would write "insurance" on it?
9      A    Generally.
10     Q    I understand "withdraw" does not
11   necessarily mean there is no tax lien, and we have
12   had testimony that the Notice of Federal Tax Lien
13   is just securing the Government's position.  So,
14   the withdraw unsecures the Government's position,
15   right --
16     A    Yes.
17     Q    -- in the same sense?  Now, what led us
18   to you has to do with Government's Exhibit 10 and
19   11.  Is that your signature on 10 at the bottom?
20     A    Yes.
21     Q    If you read along with me.
22         MR. STRONG:       That says, "part 2
23   taxpayer copy same as Exhibit 11?
24         MR. SPRINGER:      That is right.  The
```

```
 1    penalties imposed by this title are accruing under
 2    any former penalties of law that have not been
 3    duly paid by the time and manner applied by
 4    law"?  Is that what you just read in 6201?
 5         A    I believe so.
 6         Q    In 6202 did it not say, "Establishing by
 7    regulation a mode at time of assessment", and did
 8    it not say, "If the mode or time for the
 9    assessment of any Internal Revenue tax, including
10    interest and additional amounts to the tax and
11    assessment is not otherwise provided for the
12    secretary may establish the same by regulation"?
13    Did you read that?
14         A    Yes.
15         Q    And didn't 6203 say, "The assessment
16    shall by made by recording the liability of the
17    taxpayer in the office of the secretary in
18    accordance with the rules and regulations
19    prescribed by the secretary"?
20         A    Yes, I read that.
21         Q    The reason I went down that road, he
22    asked me to explain "recording".  That is not my
23    word, it is the law's word, "recording".  So when
24    I asked you, "Doesn't the assessment have to be
```

```
 1    with withdraw of liens.  And we have 6325 which we
 2    are on now dealing with the Certificate of Release
 3    that you certified.  Do you see that?
 4         A    Yes.
 5         Q    6201 says, in the same book we read
 6    earlier, chapters on assessment.  It goes down
 7    here and starts out -- 6201 -- it says, "Authority
 8    of the secretary", right?
 9         A    Yes.
10         Q    Now, you can read it first -- read that
11    first.  Doesn't it say 6201 and 6203 doesn't it go
12    down -- 6202 says "time of assessment", and
13    doesn't it explain the time of the assessment?
14         A    I did not look at that.
15         Q    Look at those, 6202 and 6203.
16         A    Okay.
17         Q    Have you ever on occasion read those
18    before today?
19         A    I probably have read this.
20         Q    In training or something.  Didn't 6201
21    say, "The secretary is authorized and required to
22    make inquiries and determinations and assessments
23    of all taxes, interest and addition amounts to tax
24    and any former" -- excuse me -- "and assessment
```

```
 1         Q    Are you familiar with assessment to some
 2    degree?
 3         A    Yes.
 4         Q    Are you familiar with the "summary
 5    record of assessment" as a phrase or terminology?
 6         A    Not really.
 7         Q    Okay.  You have heard the
 8    phrase "assessment officer"?
 9         A    Not really.
10         Q    Do you know what an assessment is?
11         A    Yes.
12         Q    Tell me what that is?
13         A    An assessment is the tax liability that
14    arises and it has been assessed.
15         Q    Is it safe to say it has been recorded?
16         A    Not necessarily.
17         Q    So an assessment can arise without it
18    being recorded?
19              MR. STRONG:        Objection.
20    Define "recorded".
21         Q    Earlier we discussed 6301 that dealt
22    with collection of taxes by the secretary, and we
23    dealt with 6321 dealing with tax liens arise as
24    matter of law.  And we dealt with 6323J that dealt
```

```
 1         Q    Then we got to withdraws and you said
 2    the same thing.  So there was a little difference
 3    between the Notice of Tax Liens and the other two
 4    I just gave you.  Now, this is a Certificate of
 5    Release of Lien.  You remember, the withdraws said
 6    that does not mean the tax lien -- the tax lien is
 7    still in place on Exhibits 7, 8 and 9.  It
 8    said, "The Internal Revenue Service therefore
 9    withdraws Notice of Federal Tax Lien.  Withdraw of
10    this Notice does not affect the statutory lien";
11    but on Exhibit 10 it does, doesn't it?
12         A    Yes.
13         Q    Have you ever -- by the way, this says
14    "Taxpayer copy part 2", right?
15         A    Yes.
16         Q    Now would a taxpayer's copy be obtained
17    -- who gets the taxpayer copy?
18         A    I will say the taxpayer should.
19         Q    "Should", right?
20         A    Yes.
21         Q    Now, you are familiar with the Internal
22    Revenue Service's master file system to some
23    degree?
24         A    Yes.
```

1      A      I know a Janice Wiedemann.

2      Q      That is what you know her as -- okay.

3      If Janice Wiedmann made a determination that

4      something happened, would she be authorized to

5      make that determination by herself or would you

6      have to approve that?

7              MR. STRONG:      Objection, that is

8      vague.

9      Q      Describe your relationship with Janice

10     Wiedemann?

11     A      She is a manager who works for Joseph

12     Bud who works for me.

13     Q      Okay.  So Joseph Bud, would he be a

14     person that she would have to get approval to

15     issue erroneous determinations?  I know, that is

16     just the word that is there.  Look on that

17     document.  She wrote --

18             MR. STRONG:      Objection.  Lack of

19     personal knowledge.

20     Q      Well, she said she knows Janice.  She

21     can answer if she knows.  Exhibit 12, Janice

22     wrote, "Erroneous receipt of taxpayer copy of

23     release of federal tax lien."

24             Under your official position, what do

1      A      Not, not from them.

2      Q      I will show you Exhibit 12.  I am

3      handing him the same.  Have you ever seen this

4      document, Government's Exhibit 12, signed by

5      Janice Wiedemann?

6      A      No.

7      Q      Do you know who Janice Wiedemann is?

8      A      Yes.

9      Q      How do you know her?

10     A      She works in lien operation.

11     Q      Okay.  Has she been underneath you or

12     above you?

13     A      Below.

14     Q      Ever since you've been at campus

15     compliance, has she been underneath you?

16     A      No.  Ever since she has been there, yes.

17     Q      How long has she been there, if you

18     know?

19     A      Probably about a year.

20     Q      A year, okay.

21     Q      Do you know if that is her real name --

22     do not tell me her real name, I am just asking if

23     that is her real name?  Does she operate under a

24     pseudonym or not?

1      Q      Are you also familiar with the racks 006

2      (phonetic)?

3      A      No.

4      Q      23-C is your experience -- that is fine.

5      On Exhibit 11 -- would your testimony be the same

6      on Exhibit 11 as it is on 10 that you certify the

7      same information and also says "taxpayer's copy"

8      on it?

9      A      Yes, based on this.

10     Q      Okay.  You testified earlier that you

11     have never -- other than Mr. Strong speaking with

12     you for this deposition or however that went, that

13     you never had occasion to utter or read or think

14     about the name Lindsey K. Springer?

15     A      Actually, I think simultaneously a

16     document came in the mail.

17     Q      Could it have been a Claim for Release

18     of Lien?

19     A      No.

20     Q      Do you know what that document was

21     generally?

22     A      I can't remember.

23     Q      A request from an IRS employee

24     underneath you?

1      recorded?"  And you said, "Not necessarily."

2      Although your documents that are signed -- I will

3      not say "your documents", the documents with your

4      name on them -- clearly have the word "assessment"

5      on them.  They have "Assessment Column", "Last day

6      for e-filing."  Those are words I did not make

7      up.  I am asking -- not you personally, but the

8      IRS in "you" -- to explain what you mean by those

9      words.  When I ask you, "isn't it true that for an

10     assessment to exist, it must be recorded based

11     upon what you just read?"

12     A      But it does not say "recorded" anywhere.

13     Q      I agree.  It just says "By regulation

14     prescribed by the secretary."

15     A      Yes.

16     Q      The "where" is answered by regulation,

17     wouldn't it?

18     A      I guess.

19     Q      You do not have any familiarity with

20     those regulations; is that true?

21     A      I think we already discussed that fact

22     that once a liability arises and the demand is

23     made for payment, you have the assessment on what

24     is known as a 23-C date.

1 matter whether it was valid or not if it was sent
2 to a recording office or not?  What is the
3 relevance of sending it to a recording office?
4 Does it have to be released first before it goes
5 to a recording office?
6     A   No.  It is valid that it was filed at
7 the recording office, so wherever it was filed it
8 has to be released there.
9     Q   It has to be released on the Notice of
10 Tax Lien, right?  The Notice of Tax Lien that is
11 in the County Recorder's office, not the lien
12 itself, that is the lien itself, it arises as a
13 matter of law?
14     A   Yes.
15     Q   Didn't you say the 1011 is releasing the
16 6321 lien itself, didn't you say that?
17     A   No.
18     Q   Go back to 10 and 11.  It says, "I
19 certify" -- and you said that was you, "I certify
20 that the following named taxpayer has met
21 requirements of section 6325 of the Internal
22 Revenue Code and has satisfied the taxes listed
23 below and all statutory additions."
24     A   Okay.

---

1 says, "However, no corresponding recording office
2 Release Certificates were mailed to the recording
3 office."  Does that really matter under your
4 position?
5     A   Are you asking my opinion?
6     Q   Yeah, as your boss -- yes, ma'am, I am
7 asking your official IRS opinion.
8     A   I would think it matters.  I think she
9 is saying that they weren't released at the
10 recording office.
11     Q   Okay.  Now just because a Certificate of
12 Release was issued in general, and these don't
13 have any recording information underneath the
14 exhibit stamp on Exhibits 10 and 11, these were
15 documents that said were mailed to me, "taxpayer
16 copy"?
17     A   Yes.
18     Q   And you said that you have no reason to
19 believe why she would say something if it were not
20 true.  Then the next sentence says, "However, no
21 corresponding recording office Release
22 Certificates were mailed to the recording office."
23 If a tax lien is released -- if the Certificate of
24 Release is to release all tax debt, what would it

---

1     Q   Okay.  So, what you are saying Janice
2 Wiedemann had the case file at the time she wrote
3 Exhibit 12?
4     A   No, I am not saying that.
5     Q   Okay.  Do you see the first line she
6 wrote -- it says, "On August 23, 2007 Internal
7 Revenue Service mailed to you two copies of
8 Release of Federal Tax Liens, serial number
9 37380607 and serial number 37380807"?
10     A   Yes.
11     Q   Would you have any reason to believe
12 that she would have said that not knowing whether
13 that is true or not?
14     A   I do not know.
15     Q   Has she ever been cited for being
16 dishonest in your employ?
17     A   No.
18     Q   You earlier said just because a document
19 -- a Notice of Tax Lien is issued, it is not just
20 issued for the County Recorder's offices, but it
21 is also issued for the public in general; do you
22 remember that?
23     A   Yes.
24     Q   So, her second line where it

---

1 you know about the procedure to make a
2 determination that a taxpayer copy of a
3 certificate of release of federal tax lien is
4 erroneous?
5     A   I am not sure what you are asking me.
6     Q   Did anyone ever ask you why Exhibit 10
7 and 11 with your name on it that you certified,
8 why those exist?
9     A   Did they ask me why?
10     Q   Yes.
11     A   No.
12     Q   In order for someone to determine that
13 Exhibit 10 and 11 were erroneous and you were the
14 one that signed those, wouldn't there be some
15 procedure they have to follow to determine if it
16 is or is not erroneous conduct on your behalf
17 procedure-wise?  How are your employees instructed
18 on making a determination that your signature on a
19 certificate is erroneous?  How is the
20 determination that a Certificate of Release is
21 issued erroneously?  How is that that procedure
22 under your --
23     A   I think that goes back to whatever is
24 going on in the case file.

112

```
1    releasing the entire lien"?
2         A    I do not know.
3         Q    Okay, that is fair.  Now, you said
4    earlier that the IRS has a lien no matter what is
5    filed?
6         A    Statutory lien.
7         Q    Isn't this Release released in the
8    statutory lien no matter what is filed?
9         A    The Release?
10        Q    Well, if something -- if the taxpayer is
11   burdened with the thing that exists with no
12   written document anywhere called "a lien that
13   arises out of a matter of law", statutory lien,
14   there is nothing in writing when there is a
15   statutory lien, correct?
16        A    No, I do not agree with that.
17        Q    Is there anything the IRS hands out that
18   says, "This is our lien against you, Taxpayer A"?
19        A    I can go only by what -- according to
20   what our procedures are.  Notice of Demand, when a
21   liability arises, is made to the taxpayer.
22        Q    Is that when the lien arises at that
23   point?
24        A    There is a time frame in the code for
```

111

```
1         Q    Could be United States District Court as
2    well?
3         A    Whatever is identified for that
4    particular location.  Generally the County
5    Recorder's office.
6         Q    It is your official position for the IRS
7    until that Certificate of Federal Tax Lien is
8    actually filed in the County Recorder's office,
9    the IRS still has a tax lien interest in that
10   taxpayer's property?
11        A    If it is not released.
12        Q    Do know of anything called "Release of
13   Notice of Federal Tax Lien", have you heard of
14   that?
15        A    Yes.
16        Q    Do you know what form that is?
17        A    No.
18        Q    There is a difference of Notice of a
19   Release of Federal Tax Lien and a Certificate of
20   Release; is there not?
21        A    Say that again.
22        Q    There is a difference between a document
23   that said, "We are releasing the notice of Federal
24   Tax Lien" versus a document that says, "we are
```

110

```
1    procedure before your name appears on a Notice of
2    Federal Tax Lien or a Refile of Federal Tax Lien
3    that some procedure is in place where somebody at
4    the IRS determines there is a judgment in the
5    favor of the United States in the amounts listed
6    on your Notice of Tax Lien with your signature on
7    it?
8         A    I am not exactly sure what you are
9    asking me.  I can only go by the code and how
10   taxes arise.
11        Q    And how taxes are owed?
12        A    Right.
13        Q    So, in the certificate on Exhibits 10
14   and 11, did that not release the tax liability on
15   10 and 11?  Doesn't this say the 6321 tax
16   liability is released?
17        A    That is what that says.  However, it is
18   clear that it didn't, because it was never
19   recorded.
20        Q    Okay.  A minute ago we talked
21   about "recorded on the assessments".  Just to be
22   clear, "record" here means filed in the County
23   Recorder's office?
24        A    Or the appropriate place.
```

109

```
1         Q    You certified that.  And 6325 does not
2    necessarily mean they were paid, does it?
3         A    I will say no, but it says "satisfied".
4         Q    That can be enforceable -- isn't that
5    the proper language of the 10 years?
6         A    No, it just says "satisfied".
7         Q    What is the relevance of having filed
8    something by the refile date?
9         A    Because there are time frames for which
10   you must refile.
11        Q    Otherwise they are not given -- put on
12   at the top of the list.  If you file a tax lien in
13   County Recorder's office, that is basically
14   locking an interest in the county; isn't that
15   true?
16        A    Just like any other lien.
17        Q    Except there is no judgment by a Court
18   or jury, is there?
19             MR. STRONG:         Objection.  Assumes.
20        Q    Do you ever have to review a verdict
21   from a jury before you authorize or sign your
22   signature on a Notice of Federal Tax Lien?
23        A    I am not sure what you are asking me.
24        Q    I will try it again.  Do you know of any
```

```
1    when the lien arises.
2         Q    We see that in section 6321, right?  Is
3    that what the Certificate of Release says that you
4    certified?
5              This is the same book you have been
6    reading out of and we will start right here at
7    6320, which is the CDP statute that you said
8    earlier you are familiar with.  Then we will go to
9    6321 which is right here.  Can you familiarize
10   yourself with that?
11        A    Okay.
12        Q    Have you seen that before?
13        A    Yes.
14        Q    Same answer for the rest of the statutes
15   in the past.  Does that not say, "If any person
16   liable to pay any in tax regrets or refuses to pay
17   the same after demand, the amount including any
18   interest, additional amount or additional tax
19   assessable or paired together with any cost that
20   may accrue shall be a lien in favor of the United
21   States upon all property rights to property,
22   whether real or personal, belonging to such
23   person"?
24        A    Yes.
```

```
1         Q    Doesn't that fit what you said earlier
2    that a tax lien arises as a matter of law
3    regardless of whether there is something filed in
4    a County Recorder's office anywhere?
5         A    Yes, it does.
6         Q    So wouldn't it make sense then that
7    something can arise without anything in writing at
8    the County Recorder's office that something could
9    be released without anything in writing?
10        A    No.
11        Q    Your "no" is only because of the
12   procedure that you know of, right?
13        A    My "no" is because of by law there are
14   certain requirements that must be met.
15        Q    And certificate of release is one of
16   those requirements, right?
17        A    In certain circumstances, yes.
18        Q    Do you know of any law that says in
19   order for a certificate of release signed by you
20   to be valid, it must be received in a County
21   Recorder's office?
22        A    Not only received, but recorded, yes.
23        Q    Do you know what section that is or
24   regulation?
```

```
1         A    I could not tell you right off the bat.
2         Q    Is that something Mr. Bud would know
3    about?
4         A    I do not know.
5         Q    Okay.  Who in the IRS hierarchy is in
6    charge of that?
7         A    Well, it is not that nobody knows, but
8    your reference that you want to follow is in the
9    IRM.
10        Q    Is the IRM something that every revenue
11   officer has to be familiar with?
12        A    Generally, yes.
13        Q    Is that true that you generally are to
14   be familiar with it as well?
15        A    Yes.
16        Q    By being a revenue officer, there is
17   continuing education going on all the time.
18        A    Yes.
19        Q    Now, when Ms. Wiedemann says "Our
20   office" -- and this is the beginning of the fourth
21   line of her letter -- "Our office inadvertently
22   prepared releases of these two liens, when we
23   should have prepared Withdraws of the Federal Tax
24   Lien."
```

116

1     Now, when she said, "Our office", is
2     that the IRS over the entire country, or is she
3     meaning the IRS in Dallas, Texas, or is she
4     meaning the IRS in Cincinnati?  As far as you
5     would think?  It says "our office"; it obviously
6     indicates there is more than one there.
7        A    Yes.  I do not know because I did not
8     write this.
9        Q    You are -- the small business self-
10    employment division over there falls under your
11    category?
12       A    Yes, I am in that operating division.
13       Q    Is anyone higher up in that division
14    than you?
15       A    Yes.
16       Q    Okay.  But she is speaking below you as
17    far as approval goes?
18       A    Yes.
19       Q    When she says, "We should have prepared
20    withdraws of the filed Notice of Federal Tax
21    Liens," you would not know that -- strike that.
22            MR. STRONG:        This is a good
23    opportunity to take a break.
24            (Whereupon a short recess was taken.)

117

1        Q    Back on the record.  We took a short
2     break.
3            Exhibit 15, this is exact filed exhibit
4     list.  This is called a -- this is Government's
5     Exhibit 15 and it is called a "Revocation of
6     Certificate of Release of Federal Tax Lien."  Now,
7     does a process exist where a person can sign
8     Revocation of Federal Tax Liens, but can't sign
9     tax liens?
10       A    I do not know.
11       Q    So, Mrs. Norman -- sorry, the lady's
12    name on this document is Revenue Officer Advisor
13    and the name is Kim Norman.  You testified earlier
14    that on a Notice of Tax Lien is requested to be
15    made, it goes through goes to one central
16    facility, right?  Generally?
17       A    But I also said it does not have to.
18       Q    Not all the time.  She testified she was
19    a grade 12.
20       A    Yes.
21       Q    You said earlier grade 5, you did not
22    have power to do that; but you did not know
23    exactly where the grade was that allowed an agent
24    or officer to sign a notice of tax lien?

118

1        A    Actually I said that is the journey
2     level.
3        Q    Is that a replacement phrase for an old
4     grade level?
5        A    No, it is not a replacement.  It is a
6     term that is generally used when you reach the
7     full working-level of a position.
8        Q    Such as a pocket commission revenue
9     officer?
10       A    Such as a revenue agent.
11       Q    Does the IRS still have pocket
12    commissions to this day with revenue officers?
13       A    I do not know, I have not been one for a
14    while.  They have to identify themselves someway.
15       Q    Have you had a occasion to work with
16    revocations of Certificate of Release before?
17       A    Yes.
18       Q    Are you aware that are only two options
19    that exist for a Revocation of Release of Tax
20    Lien?
21       A    I do not know at this point.
22       Q    When this document before you says, "I
23    certify we mistakenly issued", that "certify" is
24    not you?  That is the person that signed here?

119

1        A    Yes.
2        Q    And the "we" is her and is that other
3     part the Internal Revenue Service in general?
4        A    Probably, yes.
5        Q    She wouldn't have to get approval to do
6     that from anybody, would she?
7        A    I do not think so, she has knowledge.
8        Q    She has knowledge?
9        A    Yes.
10       Q    Is it required she have knowledge to do
11    that?
12       A    I do not know.  If she did that, I can't
13    speak for her.
14       Q    As a general rule for people that are
15    underneath you, if they issue a revocation of
16    certificate or --
17       A    She does not work under me.
18       Q    She is not in the small business,
19    self-employed area of 5, Gulf states?
20       A    Yeah, I guess she is.
21       Q    You're not in 6 anymore?
22       A    Right.
23       Q    That is hard to keep track of that
24    part.  That hurts me.  Is it different in

120

```
 1    different areas for the way procedures are
 2    followed?
 3         A    The IRS lays out the guidelines for how
 4    things occur.
 5         Q    Is there some leeway discretion as it
 6    relates to tax lien notices or is it pretty black
 7    and white?
 8         A    I do not know what you mean.
 9         Q    You use the phrase, "She had knowledge";
10    the suggestion is she had knowledge of what she
11    was doing to sign that document and revoke that.
12    And I asked her, "Did she ever talk to you?"  And
13    she said, "No, she did not have to."
14         A    That is correct.
15         Q    Now, it is correct because why?  Why is
16    that correct?  Why does she not have to talk to
17    the person who issued it when she is making a
18    determination that is was erroneous?  Why would
19    that be?
20         A    Remember, I said that generally, okay,
21    liens are filed through us and releases, we have a
22    site that does that.  I said, "not 100 percent of
23    the time."  That would go for the same things.
24         Q    This is a smaller area that is maybe the
```

121

```
 1    exception --
 2         A    -- that we don't have to do it.  I do
 3    not know her; she could be the person that has the
 4    case, or there is some other circumstances.
 5         Q    So, your signature is on a computer and
 6    through a certain procedure that is followed, it
 7    appears on documents throughout the country, if I
 8    summarized that correctly.  But when it comes to
 9    challenges to documents with your signature on
10    them, why you did that or why your name is on that
11    is irrelevant?
12         A    No, I did not say that.
13         Q    So, somebody would need to go in and
14    say, "Why did this certificate of release get
15    issued?"  Is that logical they ask that question?
16         A    They could.
17         Q    They do not have to?
18         A    They could.
19         Q    Okay.  Have you ever issued a revocation
20    of Certificate of Release before?
21         A    Through my office or are you asking me?
22         Q    With you as a revenue officer?
23         A    Yes.
24         Q    You have, okay.  Is that prior to 1999?
```

122

```
 1         A    Yes.
 2         Q    That is the district director side which
 3    is different than we are now.
 4         A    Okay.
 5         Q    Every document that you have seen here
 6    today with your name on it, it is your testimony
 7    here today that you do not recall ever seeing
 8    these documents ever other than today?
 9         A    That is correct.
10         Q    Is that safe to say the same when you
11    had been sued in other cases because of your name
12    on documents that that would be safe to say in
13    those cases, you had not seen those documents
14    generally as well?
15         A    I can't answer that --
16         Q    Without having each case?
17         A    Right.
18         Q    The case numbers -- there are plenty of
19    them, true?
20         A    There is enough.
21         Q    Yeah.  Are you familiar with the
22    phrase "erroneous" or "improvidently issued"?
23         A    Yes.
24         Q    What does "improvident" -- as far as you
```

123

```
 1    know on behalf of the IRS manual is concerned,
 2    what does it take to get the designation
 3    of "improvidently issued"?
 4         A    I am familiar with the term.  I can't
 5    give you the definition.  That is in the IRM.
 6         Q    In the manual, okay.  So you would agree
 7    that the IRM manual would be the source, not the
 8    law -- but the IRM manual would be source of
 9    defining words that the law does not define?
10    So "erroneous" and "improvident", we do not have
11    definition as to what those mean?
12         A    Right.
13         Q    You said you could not say either?
14         A    Right.
15         Q    How do we as citizens determine whether
16    or not a determination of "erroneous"
17    or "improvidently" is an accurate description or
18    determination?
19         A    They are defined in the IRM.
20         Q    Okay.  There would be no other source
21    for those words other than the IRM?
22         A    The IRM is the official document.
23         Q    Do you know -- have you ever sat on any
24    organizations or boards dealing with changes being
```

124

```
1    made to the Internal Revenue Manual?
2         A    No.
3         Q    Have you ever worked in the civil fraud
4    side of the IRS before?
5         A    What does that mean?
6         Q    Civil fraud, in other words have you
7    ever -- where I am heading, I am trying to find
8    out if you were on any committees or organizations
9    that make recommendations on things that wind up
10   in the manual?
11        A    No.
12        Q    Have you ever authored any reports to
13   anybody about problems you may have found in the
14   IRM manual?
15        A    Not recently.
16        Q    And by "recently", you mean at least
17   since 2000 maybe?
18        A    Right.
19        Q    Give me one second.  You do agree your
20   signature is not a stamp?
21        A    You mean, where somebody stamps it?
22        Q    Yeah, that is what I think it means.  A
23   stamp is a stamp, meaning someone is running
24   around with a rubber thing and you dip it into
```

125

```
1    some ink and go like this (indicating) with it?
2         A    Not that I know of.
3         Q    Have you ever had any experience dealing
4    with different requirements in different states in
5    the filing of Notices of Federal Tax Liens or
6    other IRS tax documents?
7         A    When I was revenue officer.
8         Q    You did?
9         A    Yes.
10        Q    But not now?
11        A    Yes.
12        Q    Have you ever been told that your
13   employment file is not available through the
14   Freedom of Information Act?
15        A    Have I ever been told that?
16        Q    Yeah.
17        A    I do not think I have ever been asked
18   that.
19        Q    If a formal request was made for your
20   employment file, would they have contacted you, to
21   the best of your knowledge?
22        A    Sometimes they do.
23        Q    Okay.  In that instance, you do not ever
24   remember any time they actually reported that you
```

126

```
1    did not have a file?
2         A    To me?
3         Q    Or just -- yeah, ask you for it and you
4    said, "No, it does not exist"?
5         A    Nobody ever asked me.
6              MR. STRONG:    Mr. Springer, let's
7    take a break.
8         Q    Okay.
9              (Whereupon a short recess was taken.)
10        Q    Back on the record.  This is Lindsey
11   Springer and I am through with this witness. Thank
12   you very much for your answers.
13             MR. STRONG:    I have a couple.
14             DIRECT EXAMINATION
15   BY MR. STRONG:
16        Q    On any of the documents that you have
17   seen today that had your signature on them, did
18   you personally sign any of those?
19        A    No.
20        Q    Is that a facsimile of your signature
21   that appears on those documents?
22        A    Yes, it is.
23        Q    I am done.
24             RE-CROSS-EXAMINATION
```

127

```
1    BY MR. SPRINGER:
2         Q    What do you mean by "facsimile"?
3         A    A facsimile is legally authorized where
4    I signed my name into the system, so I know I have
5    done that.  Then rather than me personally signing
6    all of the documents, a certified facsimile of my
7    signature is then what is used.
8         Q    Who certified that?
9         A    I have to basically say that is mine
10   when I sign.
11        Q    Okay.  When you certified that is your
12   signature, did you also certify who could use it?
13        A    It is understood, based on my position,
14   that certain documents -- that certain documents
15   issued through that operation, my signature is
16   used.  I am the authority -- or authorized in that
17   capacity of my position.
18        Q    You could never actually sign every
19   document that needs your signature, could you?
20        A    No.
21        Q    Is that more difficult because of the
22   Reform and Restructuring Act?
23        A    I do not think so.
24        Q    Seems like your name appears
```

128

```
 1    individually more times than anybody else's?
 2        A    It was not under the RA '98 that that
 3    happened.
 4        Q    Was that Restructuring -- did you know
 5    that the districts were done away with?
 6        A    Yeah.
 7        Q    Do you know about when that was done?
 8        A    I know officially in October 2000 we
 9    stood up as the new organization.
10        Q    Physically 2000, but could it have been
11    earlier that they started piecing it together?
12        A    Well, nothing official.  I think
13    something was signed that said October 2000 you
14    are operating, like, you know, under the new
15    structure.
16        Q    So if your signature is on a document,
17    that is the same signature; a facsimile does not
18    mean it is faxed?
19        A    No.
20        Q    In that terminology you are
21    saying "reproduced", it is a reproduced signature?
22        A    That I provided.
23        Q    You authorized the IRS through their
24    policies or procedures --
```

129

```
 1        A    No, the IRS authorizes me, in my
 2    position, as a director of campus compliance with
 3    oversight for the lien operation, to sign those
 4    documents.
 5        Q    So you do agree it is signed?
 6        A    Yes.
 7        Q    It is a facsimile signature?
 8        A    Right.
 9        Q    Then the oversight you have over that,
10    you do not know who is using it, when it being
11    used, you just trust the computer system that it
12    is being done right?
13        A    No, I do not agree with that, no.  I do
14    not agree.
15        Q    Of the percentage of times your name
16    appears on documents, at least here today, you
17    have never seen any of the documents with your
18    name on them?
19        A    Right.
20        Q    So, is it safe to say that a majority of
21    the documents that have your name on them, you
22    have never seen before?
23        A    Yes.
24        Q    By his question "facsimile", you were
```

130

```
 1    meaning it is in the computer, you signed it into
 2    the computer, then by your employment agreement
 3    with the United States, you agree to allow them to
 4    use your signature on these documents as long as
 5    they do it according to the IRM?
 6        A    No.  I am saying in the position I hold,
 7    which I think is a little different -- the
 8    position I hold as director of that organization,
 9    I am authorized to sign those documents, releases,
10    levies or sign over.
11        Q    So do you still consider a document with
12    your name on it, even though it is facsimile, that
13    is a document that you signed?
14        A    That has my signature.
15        Q    Your facsimile signature?
16        A    Yes.
17        Q    So at the time you made the facsimile
18    and certification for that signature, you did not
19    know when it was going to appear on documents, you
20    just knew what the plan was to use that signature
21    on the Notice of Tax Lien?
22        A    I do not understand that.
23        Q    At the time you -- you obviously knew
24    you why you signed that into a computer?  The
```

131

```
 1    United States was planning on using your name on
 2    Notices of Tax Liens and even documents offering
 3    CEP hearings as campus compliance director, right?
 4        A    Yes.
 5        Q    So, you knew at the time that your
 6    facsimile signature was going to be a -- any
 7    signature -- one of the signatures to appear as
 8    the signor?
 9        A    It should appear based off my position.
10        Q    By "position", you mean your employment?
11        A    Yes, employment.  Not me personally.
12        Q    I have been very careful not to get into
13    that.  Okay.  I am fine, thank you.
14             MR. STRONG:       We will read and
15        sign.
16             (Deposition concluded at 1:05 p.m.)
17
18
19
20
21             RENEE MITCHELL
22
23
24
```

132

```
 1          C E R T I F I C A T E

 2    STATE OF OHIO        )

 3                         ) SS

 4    HAMILTON COUNTY      )

 5          I, Jennifer Strothers, the undersigned,

 6    a duly qualified and commissioned notary public

 7    within and for the State of Ohio, do hereby

 8    certify that before the giving of her aforesaid

 9    deposition, the said RENEE MITCHELL was by me

10    first duly sworn, to depose the truth, the whole

11    truth, and nothing but the truth; and that the

12    foregoing is a deposition given at said time and

13    place by the said RENEE MITCHELL; that said

14    deposition was taken in all respects pursuant to

15    Notice; that said deposition was taken by me in

16    stenotypy and transcribed by computer-aided

17    transcription under my supervision; and that the

18    transcribed deposition is to be submitted to the

19    witness for her examination and signature.

20          I further certify that I am neither a

21    relative of nor attorney for any of the parties to

22    this cause, nor relative of nor employee of any of

23    their counsel, and have no interest whatsoever in

24    the result of the action.
```

133

```
 1          IN WITNESS WHEREOF, I have hereunto set

 2    my hand and official seal of office at Cincinnati,

 3    Ohio, this _____ day of _____, 2009.

 4

 5

 6

             JENNIFER STROTHERS

 7           Notary Public-State of Ohio

 8

 9    My commission expires:

      July 10, 2010

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```