UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

Ward Dean,
    Plaintiff,

v.                                              Civil No. 3:08-CV-125-RS-MD

United States of America
    Defendant

NOTICE TO CLERK
OF CHANGE OF ADDRESS AND REQUEST FOR UNRECEIVED DOCUMENTS;
AND MOTION TO EXTEND TIME LIMITATIONS TO FILE FOR SUBSEQUENT RELIEF

    On 14 July, 2009, while housed in FDC Tallahassee, Plaintiff filed a <u>Motion to Alter or Amend Judgment</u> (Doc 86) in the instant case.

    On 23 July, 2009, Plaintiff was transported from FDC Tallahassee, to FPC Atlanta. Plaintiff's current address is:

    Ward Dean
    06076-017
    Federal Prison Camp
    P.O. Box 150160
    Atlanta, Georgia  30315-0182

    On 3 August, 2009, Plaintiff filed a <u>Motion for Leave of Court for Plaintiff to File Response</u> (Doc # 89).

    Significantly, Plaintiff has heretofore received no response from the Court regarding either of his Motions. Notwithstanding, Plaintiff has today learned from outside sources that this Court has denied his Motions.

Filed 1013'09 UsDcFln 3AM 1146

Plaintiff requests that he be provided with copies of the <u>Orders</u> Denying his Motion to Alter Judgment (Doc # 90) and Denying his Motion for Leave of Court (Doc # 91).

Pursuant to Federal Rules of Appellate Procedure Rule 4(a)(5)(A)(ii), Plaintiff moves that the time to file a Notice of Appeal be enlarged, due to excusable neglect and for good cause, due to non-receipt of the Notice of Denial of Plaintiff's Motions.

Pursuant to Title 28 § 1764, I certify under penalty of perjury that the foregoing is true and correct. Executed on  8  October, 2009.

                                         Respectfully submitted,

                                         Ward Dean
                                         06076-017
                                         Federal Prison Camp
                                         P.O. Box 150160
                                         Atlanta, Georgia  30315-0182

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE TO CLERK** was sent by U.S. Mail on  8  October, 2009, to:

Katherine Walsh, J.D.
Trial Attorney, Tax Division
U.S. DOJ
P.O. Box 14198
Washington, DC  20044

                                         Respectfully submitted

                                         Ward Dean