9 October, 2009

Clerk of Court
U.S. District Court
Northern District of Florida
One North Palafox Street
Pensacola, Florida  32502

Dear Clerk:

    Enclosed is a supplemental page # 2, correcting a clerical error in my **NOTICE TO CLERK**, in Civil Case No. 3:08-CV-125-RS-MD, which was submitted on 8 October.

    This supplemental page corrects the typographical error, in which Section 1746 of Title 28 was incorrectly cited as "§ 1764,"

    Please replace the previously submitted page 2 of this NOTICE.

    I certify that a copy of this letter and the supplemental page 2 are also being sent to Katherine Walsh, Attorney for Defendant.

                                       Respectfully submitted,

                                         Ward Dean
                                         06076-017
                                         Federal Prison Camp
                                         P.O. Box 150160
                                         Atlanta, Georgia  30315-0182

Filed 1015'09 USDcFln 3AM1148

Plaintiff requests that he be provided with copies of the Orders Denying his Motion to Alter Judgment (Doc # 90) and Denying his Motion for Leave of Court (Doc # 91).

Pursuant to Federal Rules of Appellate Procedure Rule 4(a)(5)(A)(ii), Plaintiff moves that the time to file a Notice of Appeal be enlarged, due to excusable neglect and for good cause, due to non-receipt of the Notice of Denial of Plaintiff's Motions.

Pursuant to Title 28 § 1746, I certify under penalty of perjury that the foregoing is true and correct. Executed on 9 October, 2009.

Respectfully submitted,

Ward Dean
06076-017
Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia   30315-0182

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE TO CLERK** was sent by U.S. Mail on 9 October, 2009, to:

Katherine Walsh, J.D.
Trial Attorney, Tax Division
U.S. DOJ
P.O. Box 14198
Washington, DC   20044

Respectfully submitted,

Ward Dean