UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,
    Plaintiff,

v().                        Civil No. 3:08-CV-125-RS

UNITED STATES OF AMERICA,
    Defendant

---

### NOTICE OF APPEAL

Notice is hereby given that Ward Dean, Plaintiff in the above-named case, hereby Appeals to the United States Court of Appeals for the 11th Circuit from an Order granting the government's Motion for Summary Judgment entered in this action on the 7th day of July, 2009.

                                      Respectfully submitted,

                                      Ward Dean
                                      06076-017
                                      Federal Prison Camp
                                      P.O. Box 150160
                                      Atlanta, Georgia   30315-0182

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF APPEAL** was sent by U.S. Mail on __9__ November, 2009, to:

Katherine Walsh, J.D.
Trial Attorney, Tax Division
U.S. DOJ
P.O. Box 14198
Washington, DC   20044

                                      Respectfully submitted,

                                      Ward Dean

Filed 1112'09 USDCFln 3PM 0105

Ward Dean
06076-017
Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia  30315-0160

Clerk of the Court
U.S. District Court
Northern District of Florida
One North Palafox Street
Pensacola, Florida  32502