IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN,

       Plaintiff,

vs.                                             CASE NO. 3:08cv125/RS-MD

INTERNAL REVENUE SERVICE;
C. NICHOLS; R. A. MITCHELL; and
UNITED STATES OF AMERICA,

       Defendants.
_____/

## ORDER

      Before me is Plaintiff's Motion For Leave To Proceed On Appeal In Forma Pauperis (Doc. 97). I certify, for reasons set forth in the Order (Doc. 82), that Plaintiff's appeal is not taken in good faith.

      Plaintiff's Motion For Leave To Proceed On Appeal In Forma Pauperis (Doc. 97) is **denied**.

      **ORDERED** on November 19, 2009.


                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**