William McCool
   Clerk, U.S. District Court
   1 N PALAFOX ST STE 226
   PENSACOLA  FL  32502-5658

December 01, 2009

**Appeal Number: 09-15945-J**
Case Style: Ward Dean v. Internal Revenue Service
District Court Number:  08-00125 CV-3-RS-MD

TO:   Ward Franklin Dean (06076-017)

CC:   William  McCool

CC:   Katherine Walsh

CC:   Thomas F. Kirwin

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 01, 2009

Ward Franklin Dean (06076-017)
Atlanta USP
601 MCDONOUGH BLVD SE
PO BOX 150160
ATLANTA GA 30315-0160

**Appeal Number: 09-15945-J**
Case Style: Ward Dean v. Internal Revenue Service
District Court Number: 08-00125 CV-3-RS-MD

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

We have received a copy of the order of the district court which does not allow this appeal to proceed in forma pauperis. Rule 24(a) of the Federal Rules of Appellate Procedure provides in part:

> A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice prescribed in Rule 24(a)(4). The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

You may within thirty (30) days from this date either pay to the **DISTRICT COURT** clerk the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 14 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq . An attorney not yet

properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

c: District Court Clerk

Encl.

DKT-6 (11-2009)