UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

VS

INTERNAL REVENUE SERVICE et al

USDC NO. 3:08cv125-RS-MD
USCA NO.

09-15945-J

*U.S. COURT OF APPEALS RECEIVED CLERK NOV 25 2009 ATLANTA, GA.*

TRANSMITTAL OF MISCELLANEOUS APPEAL DOCUMENTS

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals.

Denied Leave to Appeal in forma pauperis (copy of Order # <u>100</u> enclosed).

Please acknowledge receipt on the enclosed copy of this transmittal to: PANAMA CITY DIVISION

WILLIAM M. McCOOL,
CLERK OF COURT

By: <u>Jeremy Wright</u>
Deputy Clerk
30 West Government Street
Panama City, Florida 32401

November 19, 2009

*OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FL*

09 DEC -8 AM 10:24

FILED