# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

April 02, 2010

Ward Franklin Dean (06076-017)
Atlanta USP
601 MCDONOUGH BLVD SE
PO BOX 150160
ATLANTA  GA  30315-0160

**Appeal Number: 09-15945-J**
Case Style: Ward Dean v. Internal Revenue Service
District Court Number:  08-00125  CV-3-RS-MD ()

The following action has been taken in the referenced case:

   The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice  unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

John Ley, Clerk of Court

Reply To: Deborah Hall (404) 335-6189

MOT-2 (10-2009)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-15945-J

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 0 2 2010
JOHN LEY
CLERK

WARD DEAN,

Plaintiff-Appellant,

versus

INTERNAL REVENUE SERVICE,
C. NICHOLS, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Northern District of Florida

ORDER:

Ward Dean's motion for leave to proceed on appeal *in forma pauperis* is DENIED because the appeal is frivolous. *See Pace v. Evans*, 709 F.2d 1428 (11th Cir. 1983).

/s/ William H. Pryor, Jr.
UNITED STATES CIRCUIT JUDGE