# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

April 20, 2010

William McCool
Clerk, U.S. District Court
1 N PALAFOX ST STE 226
PENSACOLA FL 32502-5658

**Appeal Number: 09-15945-J**
Case Style: Ward Dean v. Internal Revenue Service
District Court Number: 08-00125 CV-3-RS-MD

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

John Ley, Clerk of Court

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-15945-J

WARD DEAN,

Plaintiff-Appellant,

versus

INTERNAL REVENUE SERVICE,
C. NICHOLS, et al,

Defendants-Appellees.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 2 0 2010
JOHN LEY
CLERK

Appeal from the United States District Court for the

Northern District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 20th day of April, 2010.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By:
Deputy Clerk
Atlanta, Georgia

John Ley
Clerk of the Court

By: Deborah Hall
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40