UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Pensacola Division

WARD DEAN,
    Plaintiff/Appellant

v.                                  Appellate Case No. 09-15945-J
                                      District Case No. 08-125 CV-3-RS-MD

UNITED STATES OF AMERICA,
    Defendant, Appellee

---

**CREDITOR'S PROMISSORY NOTE PAYMENT FOR THE COMPLETE APPELLANT FILING FEE, IN THE SUM CERTAIN AMOUNT OF $455.00**

COMES NOW the Maker, Ward Dean, Plaintiff-Appellant Pro Se, Sui Juris, relinquishing this PROMISSORY NOTE PAYMENT for the complete Appellant filing fee in the sum certain amount of $455.00. This "negotiable note" being a "negotiable instrument" [See, e.g., Ameritrust Company, N.A., v. White, 73 F3d 1553, 1559 (11th Cir 1996)] is entrusted via fiduciary obligation of this Honorable Court to Pay/Credit the complete sum certain of $455.00.

This PROMISSORY NOTE payable to the Clerk of the United States District Court for the Northern District of Florida is redeemable after January 1st, 2015.

CERTIFIED PROMISSORY NOTE

Ward Dean                                           5 May, 2010
06076-017
Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia  30315-0182

Credit to                Clerk, U.S. District Court
the Order        One N. Palafox Street, Ste 226, Pensacola, FL 32502
OF:
                                                                $455.00

THE SUM:   Four Hundred Fifty Five and 00/100....Dollars

                                                                     */s/ Ward Dean*
                                                                     Ward Dean
                                                                     Creditor/Payee/Maker
                                                                     UCC 3-415
                                                                     Without Recourse
                                                                     All Rights Reserved

                                 Void Where Prohibited by Law

5 May, 2010

Clerk of the Court
U.S. District Court
Northern District of Florida
One North Palafox Street
Pensacola, Florida  32502

Dear Clerk:

   Pursuant to the enclosed letter dated April 30, 2010, from the Clerk of Court, 11th Circuit Court of Appeals, enclosed herewith is a Certified Promissory Note for $455.00, to discharge the filing and docketing fees for Appellate Case No. 09-15945-J (District Court Case No. 03:08-125CV-RS-MD).

   Thank you,

                                        Sincerely,

                                        Ward Dean
                                        Ward Dean
                                        06076-017
                                        Federal Prison Camp
                                        P.O. Box 150160
                                        Atlanta, Georgia   30315-0182

Rec'd 0510'10 USDC Fln 3AM 1148

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

April 30, 2010

Ward Franklin Dean (06076-017)
Atlanta USP
601 MCDONOUGH BLVD SE
PO BOX 150160
ATLANTA  GA  30315-0160

**Appeal Number: 09-15945-J**
Case Style: Ward Dean v. Internal Revenue Service
District Court Number:  08-00125 CV-3-RS-MD

The papers you recently submitted to this office are being returned for the reason stated.

It Appears This Appeal Was Dismissed For Want of Prosecution on 04/20/10 - Please Note That Default Must Be Cured Before Motion to Reinstate / Recall Mandate Can Be Processed.

Sincerely,

John Ley, Clerk of Court

Reply To: Deborah Hall (404) 335-6189

Encl.

MP-1 (12-2006)

UNITED STATES COURT OF APPEALS
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

WARD DEAN,
    Plaintiff/Appellant

v.

UNITED STATES OF AMERICA,
    Defendant, Appellee

Appellate Case No. 09-15945-J
District Case No. 08-125 CV-3-RS-MD

---

## MOTION FOR RECALL OF MANDATE

    Plaintiff moves this honorable court to Recall its Mandate dismissing Plaintiff's appeal for failure to prosecute, which was issued by this court on April 20th, 2010.

    On April 2nd, 2010, Plaintiff was notified by this court that his Motion to Proceed in Forma Pauperis was Denied, and that he should pay to the District Court clerk the $450 docket and $5 filing fee (total of $455) with notice to the Clerk, Eleventh Circuit Court of Appeals, that the payment had been tendered.

    Plaintiff is pro se, and inadvertently and erroneously submitted a Promissory Note for $455 to the Clerk, Eleventh Circuit Court of Appeals, instead of to the District Court, on April 7th, 2010. Plaintiff was not notified by the Clerk of his error, nor was the <u>original</u> promissory note returned to him.

Pursuant to Eleventh Circuit Rule 41-1(b), to prevent injustice, and in the interest of fairness, Plaintiff moves that this honorable court recall its mandate, and enlarge the time allowed for Plaintiff to pay the $455 filing and docketing fees to the correct court (i.e., District Court). Plaintiff further requests that his <u>original</u> (i.e., signed in blue ink) previously-submitted promissory note be returned to him forthwith.

### CERTIFICATE OF SERVICE

I hereby certify that I sent a copy of the foregoing **Motion for Recall of Mandate** on 25 April, 2010, to:

Robert J. Branman
U.S. DOJ, Tax Division
Appellate Section
P.O. Box 502
Washington, DC 20044

Respectfully submitted,

*Ward Dean*

Ward Dean
06076-017
Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia 30315-0182

Ward Dean
06076-017
Federal Prison Camp
P.O. Box 150160
Atlanta, Georgia 30315-0182

Clerk of the Court
U.S. District Court
Northern District of Florida
One North Palafox Street
Pensacola, Florida 32502

