## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### OFFICE OF THE CLERK

**WILLIAM M. MCCOOL**
CLERK OF COURT
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

**SHEILA HURST-RAYBORN**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Panama City Division

May 14, 2010

WARD DEAN
06076-017
Federal Prison Camp
P. O. Box 150160
Atlanta, GA 30315-0182

RE: Case No. 3:08CV125-RS-MD

Mr. Dean,

Your document, titled "CREDITOR'S PROMISSORY NOTE PAYMENT ..." is being returned to you for the following reason(s):

-A promissory note is not a valid form of payment for court fees. The appeal filing fee is $455 made payable to Clerk, U.S. District Court.

Sincerely,

Jeremy Wright
Deputy Clerk

---

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue, STE 243
Gainesville, Florida 32601
352.380.2400
352.380.2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850.521.3501
850.521.3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769.4556
850.769.7528 FAX